MAR 6 2026 PM 3:46
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### AMENDED PROOF OF SERVICE (RETURN OF SERVICE)

Case No. 8:25-cv-03229-JLB-CPT

**DANIEL BENJAMIN FLEISCHMAN, Plaintiff,**

**v.**

**POLK COUNTY CLERK OF COURT, Defendant.**

I, Latoya Ortiz, being duly sworn, depose and state:

I am over the age of 18 and not a party to the above-styled action. I am a certified or appointed process server in good standing within the judicial circuit where service was executed.

**Documents Received on February 13, 2026**, at approximately 8:25 PM, I received the following documents for service:

a. **Summons in Civil Action (AO 440)** addressed to Polk County Clerk of Court / Stacy M. Butterfield, Clerk & Comptroller.

b. **Operative Complaint: Amended Complaint (Document 12, filed 11/28/2025).**

**Service of Process:** On **February 17, 2026, at 10:45 AM,** I executed service upon **Stacy M. Butterfield (Clerk & Comptroller) / Polk County Clerk of Court** at the usual place of business located at **255 N. Broadway Ave, Bartow, FL 33830.** Service via **Workplace Substituted Service** by delivering true and correct copies of the documents—duly endorsed with my initials, identification number, and the date and hour of service—to **April Williams.** Upon inquiry, Ms. Williams confirmed that Stacy M. Butterfield was unavailable for personal service and further confirmed that she (Ms. Williams) is the Administrative Assistant to Stacy M. Butterfield and is an authorized agent to accept service of process on behalf of the Polk County Clerk of Court. I informed Ms. Williams of the contents of the documents in compliance with state statutes.

**Description of Recipient:** April Williams is described as a Black female with brown/blonde hair, approximately 5'5" tall, weighing approximately 170 lbs, and approximately 52 years of age.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 21, 2026

Latoya Ortiz CA-1042
P.O Box 23
Lake Wales, Florida, 33859

