EXHIBIT M

Daniel Benjamin Fleischman v. Carola V. Pena Finol
DCA Case No.: 6D2025-1576

| Field | Detail |
| --- | --- |
| Exhibit Number | M |
| DCA Case Number | 6D2025-1576 |
| Lower Tribunal | 2025-DR-002205 |
| Case Type | Circuit Family |
| Status | Closed |
| Comparator Category | ANCHOR |
| Primary Failure Mode | Record non-transmission (118+ days); payment-conditioned admission; Two DCA orders defied; Dismissed without merits review |
| Key Evidentiary Fact | Clerk's written admission: 'Once payment is made then the Record will be uploaded.' (Oct. 31, Nov. 3, 2025).<br><br>Indigency approved July 8, 2025.<br><br>Two DCA orders ignored.<br><br>Appeal dismissed Dec. 10, 2025. |

Filing # 226822228 E-Filed 07/08/2025 04:14:38 PM

p. 2

IN THE CIRCUIT/COUNTY COURT OF THE __10th__ JUDICIAL CIRCUIT
IN AND FOR __POLK__ COUNTY, FLORIDA

CAROLA V PENA FINOL

CASE NO. 2025DR-002205-0000-0C

Plaintiff/Petitioner or in the Interest of

DANIEL B FLEISCHMAN                VS

Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1  I have __1__ dependents. *(Include only those persons you list on your U S Income tax return )*
    Are you Married? Yes .. [No]  Does your Spouse Work?...Yes... [No]  Annual Spouse Income? $ 0

2  I have a net income of $ __$0 income d...__ paid (x) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____
    *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,
    minus deductions required by law and other court-ordered payments such as child support.)*

3  I have other income paid ( ) weekly ( ) every two weeks  ( ) semi-monthly ( ) monthly ( ) yearly ( ) other __0/no__ .
    *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job .... ...... . ... .. Yes $ 0  No | Veterans' benefits...... . ......... . Yes $ 0  No |
| Social Security benefits | Workers compensation.... ......... .. Yes $ 0  No |
| For you ...  . . .... . .... Yes $ 0  No | Income from absent family members Yes $ 0  No |
| For child(ren) .  ..... ...... Yes $ 0  No | Stocks/bonds . .. .. .. .. .. Yes $ 0  No |
| Unemployment compensation  ..... Yes $ 0  No | Rental income . .. ... ............ ... . Yes $ 0  No |
| Union payments ...... . ..... ... Yes $ 0  No | Dividends or interest............... .. .... Yes $ 0  No |
| Retirement/pensions .. . ........ ... Yes $ 0  No | Other kinds of income not on the list . . Yes $ 0  No |
| Trusts .... .. .. .............. ...... Yes $ 0  No | Gifts............. .... ... .. ............. .. ...... Yes $ 0  No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4  I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash........... . .. ........ Yes $ 0  No | Savings account ... ....................... .... Yes $ 0  No |
| Bank account(s) .  .  ........ ...... Yes $ FROZEN  No | Stocks/bonds . ......................... ... .. Yes $ 0  No |
| Certificates of deposit or | Homestead Real Property* . .. . .. ..Yes $ 0  No |
| Money market accounts . ......... Yes $ 0  No | Motor Vehicle* . ... . ......... . Yes $ 30 000  No |
| Boats* .. .. .... ...... . ........ Yes $ 0  No | Non-homestead real property/real estate* Yes $ 0  No |

All accounts frozen or shut down due to civil retaliation and malicious injunction filings       Other assets*       NA       Yes $ 0  No

Check one: I ( ) DO (x) DO NOT expect to receive more assets in the near future. The asset is____

5.  I have total liabilities and debts of $ 100 000 00 as follows. Motor Vehicle $ 30000 , Home $____ , Boat
$ 0 , Non-homestead Real Property $ 0 , Child Support paid direct  $ 0 , Credit Cards $ 25000 .
Medical Bills $ 5000 , Cost of medicines (monthly) $ 200 . Other $ 25000 .

6  I have a private lawyer in this case ... ...___Yes       X No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __JULY 7th__ , 20 25 .          *Daniel Fleischman*

| 1982 | 8000 | Signature of Applicant for Indigent Status |
|---|---|---|
| Year of Birth | Last 4 digits of Driver License or ID Number | Print Full Legal Name DANIEL BENJAMIN FLEISCHMAN |

Email address: OPERATIONREUNIFICATION@GMAIL.COM          Phone Number/s: 724 462 5730

5613 ARAL DR LAKELAND FL 33805 ( FILE UNDER SEAL )

Address: Street, City, State, Zip Code Due to retaliation I am currently experiencing total income loss tied to unconstitutional court interference I am submitting $0 income under protest to avoid further obstruction I reserve all rights and will raise this issue with the DCA if needed

This form was completed with the assistance of:  NA

Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (N) Indigent ( ) Not Indigent, according to s. 57.082, F.S.
Dated on __7-8__ , 20 25 .          Stacy M. Butterfield

Clerk of the Circuit Court
By _____ , Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision *Daniel Fleischman*

Currently unemployed due to retaliatory injunction and judicial interference  No recurring income  Living off selling personal property to survive    $0 income due to court interference
(All accounts frozen or shut down due to civil retaliation and malicious injunction filings)        * 3rd attempt ( submitting under duress * )
All income and bank access lost due to coordinated retaliation and injunction abuse  Under federal investigation as part of §1983 civil rights claim.
07/01/2014 - upd 7-20-18

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

September 12, 2025

DANIEL BENJAMIN FLEISCHMAN,
APPELLANT

V.

CAROLA V. PENA FINOL,
APPELLEE.

**CASE NO.: 6D2025-1576**
L.T. NO.: 2025-DR-002205

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1576 September 12,

**Stacey Pectol**
Clerk

cc:
JEANETTE CRISTINA ABUCHAIBE
POLK CLERK

DANIEL BENJAMIN FLEISCHMAN

Filing # 231476643 E-Filed 09/12/2025 04:34:25 PM



# Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

09/14/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Daniel Benjamin Fleischman, Appellant -vs Carola . Pena Finol, Appellee
      Appeal No. 6D25-1576 Case No. 2025DR-002205-0000-00

Dear Ms. Pectol:

    In response to Order Received on September 12, 2025.  The following status report is
submitted.

    As of 09/12/2025, The Service Copy Index and Invoice were mailed out to the Appellant
on 08/01/2025 (seq 19 and 20).  Once this has been paid for then the Record will be uploaded.

    If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by*
*preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and*
*providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 14, 2025

DANIEL BENJAMIN FLEISCHMAN,
APPELLANT

**CASE NO.: 6D2025-1576**
L.T. NO.: 2025-DR-002205

V.

CAROLA V. PENA FINOL,
APPELLEE.

## BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed September 12, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1576  October 14, 20

Stacey Pectol
Clerk

cc:

JEANETTE CRISTINA ABUCHAIBE
POLK CLERK
DANIEL BENJAMIN FLEISCHMAN

## EXHIBIT

M-1

## Nicole Page and Steven Sosa v. Ryan Thomas
### DCA Case No.: 6D2025-2291

| Field | Detail |
|---|---|
| Exhibit Number | M-1 |
| DCA Case Number | 6D2025-2291 |
| Lower Tribunal | 2025-CC-007380 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Open |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission (x2); Show cause; payment-conditioned transmission; Filing fee order; Indigency applied; Dismissed |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 2, 2025

NICOLE PAGE AND STEVEN SOSA,      **CASE NO.: 6D2025-2291**
APPELLANTS                         L.T. NO.: 2025-CC-007380

V.

RYAN THOMAS,
APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2291 December 2, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK                  NICOLE PAGE
JAISON JAMES                STEVEN SOSA

Filing # 236815974 E-Filed 12/02/2025 11:34:57 AM

**_Stacy M. Butterfield, CPA_**

_Clerk of the Circuit Court and County Comptroller_
_Polk County, Florida_

Post Office Box 9000
Bartow, FL  33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

12/02/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Nicole Page and Steven Sosa, Appellant -vs Ryan Thomas, Appellee
          Appeal No. 6D25-2291 Case No. 2025CC-007380-0000-00

Dear Ms. Pectol:

    In response to Order Received on November 25, 2025.  The following status report is submitted.

    As of 11/06/2025, The Service Copy Index and Invoice were mailed out to the Appellant (seq 74 & 75) There is still an amount due for the Record.  Once payment is made or an arrangement for payment for the Record then the Record will be uploaded.

    If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

_The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations._

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

December 4, 2025

NICOLE PAGE AND STEVEN SOSA,   **CASE NO.: 6D2025-2291**
APPELLANTS                     L.T. NO.: 2025-CC-007380

V.

RYAN THOMAS,
APPELLEE.

**BY ORDER OF THE COURT:**

Upon consideration of the status report filed by the clerk of the lower tribunal, docketed December 3, 2025, it appears financial arrangements for the transmission of the record on appeal have not been completed. Within ten days from the date of this order, Appellants shall make any financial arrangements necessary for the transmission of the record on appeal. Within twenty days from the date of this order, the clerk of the lower tribunal shall transmit the record on appeal. Appellants must ensure the timely transmission of the record. Fla. R. App. P. 9.200(e). If the record is not transmitted within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2291 December 4, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK                     NICOLE PAGE
JAISON JAMES                   STEVEN SOSA

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 10 of 113 PageID
643
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 10 of 202 PageID
213

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

February 10, 2026

NICOLE PAGE AND STEVEN SOSA,
                APPELLANTS

**CASE NO.: 6D2025-2291**
L.T. NO.: 2025-CC-007380

V.

RYAN THOMAS,
                APPELLEE.

**BY ORDER OF THE COURT:**

Having failed to comply with this Court's December 31, 2025, order, this appeal is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20... February 10, 2...

Stacey Pectol
Clerk

PANEL: STARGEL, WOZNIAK, and SMITH, JJ.

cc:

POLK CLERK
JAISON JAMES
NICOLE PAGE
STEVEN SOSA

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 11 of 113 PageID
644
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 11 of 202 PageID
214

# EXHIBIT
## M-2

## Christopher Smalls v. Lake Gibson Owner, LLC
### DCA Case No.: 6D2024-2690

| Field | Detail |
|---|---|
| Exhibit Number | M-2 |
| DCA Case Number | 6D2024-2690 |
| Lower Tribunal | 2024-CC-009885 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission; Order to transmit; Show cause (x3); Indigency approved; Dismissed |

Filing # 213013496 E-Filed 12/17/2024 12:22:50 PM

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ POLK _____ COUNTY, FLORIDA

CASE NO. 24-CC-9885

Christopher Smalls
**Plaintiff/Petitioner or In the Interest of**

vs.

Lake Gibson Owner, LLC dbs Story Lake Gibson
**Defendant//Respondent**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __2__ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?...Yes... No    Does your Spouse Work?...Yes....No    Annual Spouse Income? $_____

2. I have a net income of $__190.00__ paid X weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid X weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   Second Job .......................................Yes $_____ **No**    Veterans' benefits................................Yes $_____ **No**
   Social Security benefits                                              Workers compensation.........................Yes $_____ **No**
      For you..........................................Yes $_____ **No**    Income from absent family members .......Yes $_____ **No**
      For child(ren) ...............................Yes $_____ **No**    Stocks/bonds.......................................Yes $_____ **No**
   Unemployment compensation ........Yes $_____ **No**    Rental income ......................................Yes $_____ **No**
   Union payments .............................Yes $_____ **No**    Dividends or interest............................Yes $_____ **No**
   Retirement/pensions.......................Yes $_____ **No**    Other kinds of income not on the list........Yes $_____ **No**
   Trusts ..............................................Yes $_____ **No**    Gifts......................................................Yes $_____ **No**

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*
   Cash........................................Yes $__0__ **No**    Savings account ....................................Yes $ 0 **No**
   Bank account(s) ....................Yes $__0__ **No**    Stocks/bonds ........................................Yes $____ **No**
   Certificates of deposit or                            Homestead Real Property* .....................Yes $____ **No**
   Money market accounts ..........Yes $__0__ **No**    Motor Vehicle* ......................................Yes $____ **No**
   Boats* ....................................Yes $__0__ **No**    Non-homestead real property/real estate* .......Yes $____ **No**
                                                         Other assets*

   Check one: I ( ) DO X DO NOT expect to receive more assets in the near future. The asset
   is_____.

5. I have total liabilities and debts of $__7900__ as follows: Motor Vehicle $ 560.00 , Home $ 1900 , Boat
   $__0__ , Non-homestead Real Property $_____. Child Support paid direct $ 900.00 , Credit Cards
   $__0__ , Medical Bills $ 5,000.00 , Cost of medicines (monthly) $_____ , Other $ 600.00 .

6. I have a private lawyer in this case.........____Yes    ✓ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __December 16__, 20 24 .

1980
**Year of Birth**    0170
**Last 4 digits of Driver License or ID Number**

Email address: Christopher54smalls@gmail.com

6340 Burnett St. Apt. 101
**Address: Street, City, State, Zip Code**

**Signature of Applicant for Indigent Status**
Print Full Legal Name Christopher Smalls
Phone Number/s: 813-680-4315

This form was completed with the assistance of: _____
                                    Clerk/Deputy Clerk/Other authorized person.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be X Indigent ( ) Not Indigent according to s. 57.082, F.S.

Dated on __12-17__, 20 24 .

Stacy M. Butterfield
Clerk of the Circuit Court
By _____ , Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision: _____

Updated 5/1/2019

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

March 24, 2025

CHRISTOPHER SMALLS,
   APPELLANT

**CASE NO.: 6D2024-2690**
L.T. NO.: 2024-CC-009885

V.

LAKE GIBSON OWNER, LLC D/B/A
STORY LAKE GIBSON,
   APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2690 March 24, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
RYAN RUFFNER MCCAIN

CHRISTOPHER SMALLS

Filing # 219477324 E-Filed 03/24/2025 03:24:45 PM



### Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

03/24/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Christopher Smalls Appellant -vs Lake Gibson Owner, Llc d/b/a Story Lake Gibson,
Appellee
Appeal No. 6D24-2690 Case No. 2024CC-009885-0000-XX

Dear Ms. Pectol:

In response to Order Received on March 24, 2025. The following status report is submitted.

As of 03/24/2025, The Record has not been paid for. The Service Copy Index and Invoice were mailed out on 02/05/2024 (seq 30 and Seq 310). Once the Record is paid for or payment arrangements made then it will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

April 17, 2025

CHRISTOPHER SMALLS,
           APPELLANT,

**CASE NO.: 6D2024-2690**
L.T. NO.: 2024-CC-009885

V.

LAKE GIBSON OWNER, LLC D/B/A
STORY LAKE GIBSON,
           APPELLEE.

## BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed March 24, 2025, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2690 April 17, 2025

Stacey Pectol
Clerk

cc:

POLK CLERK
RYAN RUFFNER MCCAIN
CHRISTOPHER SMALLS

EXHIBIT

M-3

Lorie A. Shiver v. James R. McKinnish et al.

DCA Case No.: 6D2024-2415

| Field | Detail |
|---|---|
| Exhibit Number | M-3 |
| DCA Case Number | 6D2024-2415 |
| Lower Tribunal | Polk County |
| Case Type | Circuit Civil |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission (x4); Orders to transmit (x2); Show cause (x3); payment-conditioned transmission; Indigency approved; Dismissed |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 13, 2024

LORIE A. SHIVER,
          APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME D. MCKINNISH, AS TRUSTEES OF THE JAMES R. MCKINNISH TRUST,
          APPELLEE(S).

**CASE NO.: 6D2024-2415**
L.T. NO.: 2023-CA-005027

## BY ORDER OF THE COURT:

This appeal has been filed without the filing fee required under section 35.22(2)(a), Florida Statutes. Within twenty days of this order, Appellant shall forward the required $300.00 filing fee or, if applicable, an order or certificate from the lower tribunal finding Appellant indigent. Failure to comply with this order will result in the dismissal of this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 November 13, 2024

Stacey Pectol
Clerk

cc:
POLK CLERK
JOSEPH PACE MAWHINNEY

LORIE A. SHIVER

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

December 10, 2024

LORIE A. SHIVER,
                    APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
                    APPELLEE(S).

CASE NO.: 6D2024-2415
L.T. NO.: 2023-CA-005027

**BY ORDER OF THE COURT:**

Upon consideration of Appellant's filings docketed December 4, 2024, the Court's order to show cause docketed November 13, 2024, is discharged.

Within twenty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430. To obtain an order of insolvency, Appellant must file a motion and affidavit of indigency with the clerk of the lower tribunal (the court, agency, officer, board, or commission whose order is being appealed). The clerk of the lower tribunal will decide whether an order of insolvency should be issued pursuant section 57.081 or 57.085, Florida Statutes. If Appellant fails to timely comply with this order, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 December 10, 2024

Stacey Pectol
Clerk

cc:

**POLK CLERK**
**JOSEPH PACE MAWHINNEY**

**LORIE A. SHIVER**

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

March 5, 2025

LORIE A. SHIVER,
               APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
               APPELLEE(S).

**CASE NO.: 6D2024-2415**
**L.T. NO.: 2023-CA-005027**

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 March 5, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
JOSEPH PACE MAWHINNEY

LORIE A. SHIVER

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

April 8, 2025

LORIE A. SHIVER,
        APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
        APPELLEE(S).

**CASE NO.: 6D2024-2415**
L.T. NO.: 2023-CA-005027

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within ten days from the date of this order, the clerk of the lower tribunal shall transmit the record on appeal to this Court or, alternatively, file a status report on the preparation of the record on appeal.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 April 8, 2025

**Stacey Pectol**
Clerk

cc:
POLK CLERK
JOSEPH PACE MAWHINNEY

LORIE A. SHIVER

Filing # 220547153 E-Filed 04/08/2025 12:57:43 PM



**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

04/08/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Lorie A. Shiver -vs James R. McKinnish and Jayme D. McKinnish, as trustees of the
James R. McKinnish Trust, Appellee
Appeal No. 6D24-2415 Case No. 2023CA-005027-0000-00

Dear Ms. Pectol:

In response to Order Received on April 8, 2025. The following status report is submitted.

As of 04/08/2025, The Service copy Index and Invoice (seq 112 and 113) were mailed out on 12/30/2024. The payment for the Record is still due. Once Payment has been made or a payment plan been established then can we move forward with sending the Record.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

April 11, 2025

LORIE A. SHIVER,
        APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
        APPELLEE(S).

**CASE NO.: 6D2024-2415**
L.T. NO.: 2023-CA-005027

**BY ORDER OF THE COURT:**

The clerk of the lower tribunal filed a status report, docketed April 8, 2025, that indicates financial arrangements have not been made for the transmission of the record on appeal. Within twenty days from the date of this order, Appellant shall make any financial arrangements necessary for the transmission of the record on appeal and shall file a response in this Court that certifies such arrangements have been made. If Appellant fails to timely comply with this order, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 April 11, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
JOSEPH PACE MAWHINNEY

LORIE A. SHIVER

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

August 8, 2025

LORIE A. SHIVER,
                APPELLANT(S)

**CASE NO.: 6D2024-2415**
L.T. NO.: 2023-CA-005027

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
                APPELLEE(S).

## BY ORDER OF THE COURT:

Within twenty days from the date of this order, Appellant shall serve an initial brief or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to timely serve an initial brief. If Appellant fails to timely comply with this order, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 August 8, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
JOSEPH PACE MAWHINNEY

LORIE A. SHIVER

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

September 10, 2025

LORIE A. SHIVER,
        APPELLANT(S)

V.

JAMES R. MCKINNISH AND JAYME
D. MCKINNISH, AS TRUSTEES OF
THE JAMES R. MCKINNISH TRUST,
        APPELLEE(S).

**CASE NO.: 6D2024-2415**
L.T. NO.: 2023-CA-005027

## BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed August 8, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2415 September 10,

**Stacey Pectol**
**Clerk**

cc:

POLK CLERK
JOSEPH PACE MAWHINNEY
LORIE A. SHIVER

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 26 of 113 PageID
659
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 26 of 202 PageID
229

# EXHIBIT
M-4

## Kharisma Cook v. Alta Davenport, LLC
### DCA Case No.: 6D2024-2533

| Field | Detail |
|---|---|
| Exhibit Number | M-4 |
| DCA Case Number | 6D2024-2533 |
| Lower Tribunal | 2024-CC-009100 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission (x5); Orders to transmit (x3); Show cause (x3); payment-conditioned transmission; Indigency approved; Dismissed |

Filing # 213697855 E-Filed 12/31/2024 11:33:00 AM

IN THE CIRCUIT/COUNTY COURT OF THE __Tenth__ JUDICIAL CIRCUIT
IN AND FOR __POLK__                    COUNTY, FLORIDA

CASE NO __2024CC9100__

__Alta Davenport LLC__
Plaintiff/Petitioner or In the interest of
                                        vs.

__KHARISMA COOK__
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __1__ dependents(Include only those persons you list on your U.S. Income tax return.)
Are you Married?...Yes...(No)   Does your Spouse Work?..Yes....No   Annual Spouse Income? $_____

2. I have a net income of $ __0__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly (✓) other _____.
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | |
|---|---|---|
| Second Job.....................Yes $____ (No) | Veterans' benefits...............Yes $____ (No) | |
| Social Security benefits | Workers compensation...........Yes $____ (No) | |
| For you.............................Yes $____ (No) | Income from absent family members.......Yes $____ (No) | |
| For child(ren)....................Yes $____ (No) | Stocks/bonds.....................Yes $____ (No) | |
| Unemployment compensation.......Yes $____ (No) | Rental income.....................Yes $____ (No) | |
| Union payments....................Yes $____ (No) | Dividends or interest..............Yes $____ (No) | |
| Retirement/pensions..............Yes $____ (No) | Other kinds of income not on the list....Yes $____ (No) | |
| Trusts..............................Yes $____ (No) | Gifts...............................Yes $____ (No) | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | |
|---|---|---|
| Cash..................................Yes $____ (No) | Savings account....................Yes $____ (No) | |
| Bank account(s).....................Yes $____ (No) | Stocks/bonds.......................Yes $____ (No) | |
| Certificates of deposit or | Homestead Real Property*...........Yes $____ (No) | |
| Money market accounts..............Yes $____ (No) | Motor Vehicle*.....................Yes $____ (No) | |
| Boats*..............................Yes $____ (No) | Non-homestead real property/real estate*......Yes $____ (No) | |
| | Other assets* | |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is_____.

5. I have total liabilities and debts of $27,616 as follows: Motor Vehicle $24,000, Home $____, Boat $____, Non-homestead Real Property $____, Child Support paid direct $____, Credit Cards $____, Medical Bills $3,456, Cost of medicines (monthly) $278, Other $ 160.

6. I have a private lawyer in this case. ...____Yes    ✓No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __December 31st__, 2024    _Kharisma Cook_
                                        Signature of Applicant for Indigent Status
__1997__    __7860__
Year of Birth    Last 4 digits of Driver License or ID Number    Print Full Legal Name __Kharisma Cook__
Email address: __Kharismac194@gmail.com__    Phone Number/s: __561-975-2635__
(Homeless)2071 Dinger Drive Apt 3203 Davenport Fl 33837
Address: Street, City, State, Zip Code

This form was completed with the assistance of: N/A
                                        Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on __12-31__, 20__24__

Stacy M. Butterfield
Clerk of the Circuit Court
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

11/28/2018

2024CC-009100-0000-00    Received in Polk 12/31/2024 11:50 AM

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

April 15, 2025

KHARISMA COOK,
    APPELLANT

V.

ALTA DAVENPORT, LLC,
    APPELLEE.

**CASE NO.: 6D2024-2533**

L.T. NO.: 2024-CC-009100

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within ten days from the date of this order, the clerk of the lower tribunal shall transmit the record on appeal to this Court or, alternatively, file a status report on the preparation of the record on appeal.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2533 April 15, 2025

Stacey Pectol
Clerk

cc:
KHARISMA COOK
POLK CLERK

KENNETH JAMES LOWENHAUPT



# Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

04/16/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Kharisma Cook Appellant -vs Alta Davenport, LLC, Appellee
      Appeal No. 6D24-2533 Case No. 2024CC-009100-0000-00

Dear Ms. Pectol:

In response to Order Received on April 15, 2025. The following status report is submitted.

As of 04/16/2025, There has been no payment for the Record as noted on seq 54 and seq 55 showing the Service Copy Index and Invoice. Once the Payment for the Record has been paid for or a payment plan been made then the Record will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*



**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-2538 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

April 14, 2025

<u>NOTICE OF INABILITY TO COMPLETE THE RECORD</u>

Re: Kharisma Cook Appellant -vs Alta Davenport, LLC, Appellee

Appeal No. 6D24-2533 Case No. 2024CC-009100-0000-00

We are unable to prepare and serve the appellate record prescribed by rule 9.200 within 110 days of the filing of the Notice of Appeal. As of April 14, 2025, we are still waiting on payment for the preparation of record on appeal. The invoice for preparation costs was mailed to the parties on January 15, 2025 seq 54 and seq 55  (copy attached).

As soon as the payment is received in our office, we will be able to transmit the record on appeal.

Very Truly Yours,

STACY BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT &
COUNTY COMPTROLLER, IN AND
FOR POLK COUNTY, FL

By /s/ Martha Pullo

Deputy Clerk

C: 6th DCA, Attorney(s) for Appellant(s), Attorney(s) for Appellee(s)

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

May 20, 2025

KHARISMA COOK,
          APPELLANT,

**CASE NO.: 6D2024-2533**
L.T. NO.: 2024-CC-009100

V.

ALTA DAVENPORT, LLC,
          APPELLEE.

## BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed April 22, 2025, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2533 May 20, 2025

Stacey Pectol
Clerk

cc:

KHARISMA COOK
POLK CLERK
KENNETH JAMES LOWENHAUPT

# EXHIBIT

## M-5

## Krista Todd and Larry Clark v. Bruce Lykins
## DCA Case No.: 6D2025-0370

| Field | Detail |
|---|---|
| Exhibit Number | M-5 |
| DCA Case Number | 6D2025-0370 |
| Lower Tribunal | 2024-CC-009927 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission (x2); Order to transmit; payment-conditioned transmission; Filing fee order; Indigency approved; Dismissed |

Filing # 218012933 E-Filed 03/04/2025 11:37:39 AM

IN THE CIRCUIT/COUNTY COURT OF THE ____10th____ JUDICIAL CIRCUIT
IN AND FOR ____Polk____ COUNTY, FLORIDA

Russell Kims
Plaintiff/Petitioner or in the interest of

CASE NO 2024cc 009927

vs.
Krista Todd and Larry Clark
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __2__ dependents. *(Include only those persons you list on your U.S. income tax return.)*
   Are you Married? ....☐Yes....☑No    Does your Spouse Work? ....☐Yes....☐No  Annual Spouse Income? $__N/A__

2. I have a net income of $__0.00__ paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other __N/A__.
*(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | | |
|---|---|---|---|---|
| Second Job.............. ☐Yes ☑No$_____ | | Veterans' benefits.................... ☐Yes ☑No$_____ | | |
| Social Security benefits | | Workers compensation................ ☐Yes ☑No$_____ | | |
| For you.................. ☐Yes ☑No$_____ | | Income from absent family members.☐Yes ☑No$_____ | | |
| For child(ren)............☐Yes ☑No$_____ | | Stocks/bonds............................☐Yes ☑No$_____ | | |
| Unemployment compensation☐Yes ☑No$_____ | | Rental income.......................☐Yes ☑No$_____ | | |
| Union payments...........☐Yes ☑No$_____ | | Dividends or interest.................☐Yes ☑No$_____ | | |
| Retirement/pensions.....☐Yes ☑No$_____ | | Other kinds of income not on the list.☐Yes ☑No$_____ | | |
| Trusts.....................☐Yes ☑No$_____ | | Gifts....................................☐Yes ☐No$_____ | | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | |
|---|---|---|
| Cash............................. ☐Yes ☑No$_____ | Savings account.......................☐Yes ☑No$_____ |
| Bank account(s).............☐Yes ☑No$_____ | Stocks/bonds...........................☐Yes ☑No$_____ |
| Certificates of deposit or | Homestead Real Property*.........☐Yes ☑No$_____ |
| Money market accounts.☐Yes ☑No$_____ | Motor Vehicle*.........................☑Yes ☐No$1500.00 |
| Boats*.........................☐Yes ☑No$_____ | Non-homestead real property/real estate*.☐Yes ☑No$_____ |
| | Other assets*............................☐Yes ☑No$_____ |

Check one: I ☐ DO ☑ DO NOT expect to receive more assets in the near future. The asset is _____.

5. I have total liabilities and debts of $__143__ as follows: Motor Vehicle $__143__, Home $__—__,
Boat $__—__, Non-homestead Real Property $__—__, Child Support paid direct $__—__, Other $__—__, Credit
Cards $__—__, Medical Bills $__—__, Cost of medicines (monthly) $__—__, Other $__—__.

6. I have a private lawyer in this case.........☐Yes ☑No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __March 4th__, 20__25__.

__1992__    __9641__
Year of Birth    Last 4 digits of Driver License or ID Number

Email address: Krista.Kay.todd@gmail.com

3117 Wall St Bartow Fl 33830
Address: Street, City, State, Zip Code

Signature of Applicant for Indigent Status
Print Full Legal Name __Krista Todd__
Phone Number/s: __863 614 5470__

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (☑) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on __March 4__, 20__25__

Stacy M. Butterfield
Clerk of the Circuit Court

_____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

Updated 5/1/2019

2024CC-009927-0000-00    Received in Polk 03/04/2025 11:41 AM

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 34 of 113 PageID
667
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 34 of 202 PageID
237

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

May 12, 2025

KRISTA TODD AND LARRY CLARK,  **CASE NO.: 6D2025-0370**
APPELLANTS  L.T. NO.: 2024-CC-009927

V.

BRUCE LYKINS,
APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D20... ...2, 2025

Stacey Pectol
Clerk

cc:
LARRY CLARK
POLK CLERK

BRUCE LYKINS
KRISTA TODD

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 35 of 113 PageID
668
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 35 of 202 PageID
238



# Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

05/12/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Krista Todd & Larry Clark, Appellant -vs Bruce Lykins, Appellee
       Appeal No. 6D25-0370 Case No. 2024CC-009927-0000-00

Dear Ms. Pectol:

In response to Order Received on May 12, 2025. The following status report is submitted.

As of 05/12/2025, The Service Copy Index and Invoice was mailed out on 04/22/2025, Once the Record is paid for or payment arrangements made, it will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

June 16, 2025

KRISTA TODD AND LARRY CLARK,
APPELLANTS,

**CASE NO.: 6D2025-0370**
L.T. NO.: 2024-CC-009927

V.

BRUCE LYKINS,
APPELLEE.

**BY ORDER OF THE COURT:**

Because Appellant failed to comply with this Court's orders docketed May 12 and May 16, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20            June 16, 2025

Stacey Pectol
Clerk

cc:

LARRY CLARK
POLK CLERK
BRUCE LYKINS
KRISTA TODD

## EXHIBIT

M-6

## Melissa Gadson v. FKH SFR C1, L.P.
### DCA Case No.: 6D2024-2259

| Field | Detail |
|---|---|
| Exhibit Number | M-6 |
| DCA Case Number | 6D2024-2259 |
| Lower Tribunal | 2024-CC-007465 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission; Order to transmit; Show cause; payment-conditioned transmission; Filing fee order; Indigency approved; Dismissed |

Filing # 210753426 E-Filed 11/12/2024 03:04:12 PM

IN THE CIRCUIT/COUNTY COURT OF THE ~~Tenth~~ Sixth JUDICIAL CIRCUIT
IN AND FOR __POLK__ COUNTY, FLORIDA     GO 2024 - 2259

CASE NO. LT  IND : 2024 · CC · 007465

__FKH SFR CI LP, a Delaware limited partnership__
Plaintiff/Petitioner or in the interest of
                                vs.
__Melissa Gadson__
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __3__ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? (Yes)....No   Does your Spouse Work? (Yes)....No   Annual Spouse Income? $__6,000__

2. I have a net income of $__1400__ paid ( ) weekly (✓) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | |
|---|---|---|---|
| Second Job ... Yes $ ____ | (No) | Veterans' benefits ... Yes $ ____ | (No) |
| Social Security benefits | | Workers compensation ... Yes $ ____ | (No) |
| For you ... Yes $ ____ | (No) | Income from absent family members ... Yes $ ____ | (No) |
| For child(ren) ... Yes $ ____ | (No) | Stocks/bonds ... Yes $ ____ | (No) |
| Unemployment compensation ... Yes $ ____ | (No) | Rental income ... Yes $ ____ | (No) |
| Union payments ... Yes $ ____ | (No) | Dividends or interest ... Yes $ ____ | (No) |
| Retirement/pensions ... Yes $ ____ | (No) | Other kinds of income not on the list ... Yes $ ____ | (No) |
| Trusts ... Yes $ ____ | (No) | Gifts ... Yes $ ____ | (No) |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | |
|---|---|---|---|
| Cash ... Yes $ ____ | (No) | Savings account ... Yes $ ____ | (No) |
| Bank account(s) ... Yes $ ____ | (No) | Stocks/bonds ... Yes $ ____ | (No) |
| Certificates of deposit or | | Homestead Real Property* ... Yes $ ____ | (No) |
| Money market accounts ... Yes $ ____ | (No) | Motor Vehicle* ... Yes $ ____ | (No) |
| Boats* ... Yes $ ____ | (No) | Non-homestead real property/real estate* ... Yes $ ____ | (No) |
| | | Other assets* ... Yes $ ____ | (No) |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is ____.

5. I have total liabilities and debts of $__1,000__, as follows: Motor Vehicle $__1200.00__, Home $__1,800.00__, Boat $__3000__
$__0__, Non-homestead Real Property $____, Child Support paid direct $__0__, Credit Cards $__3000.__
Medical Bills $__0__, Cost of medicines (monthly) $__0__, Other $__0__.

6. I have a private lawyer in this case ........ __Yes   ✓__No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __Nov 12__, 20__24__.

__1979__   __5250__
Year of Birth    Last 4 digits of Driver License or ID Number
Email address: __dnm.services@yahoo.com__
__N/A ←7 last known   11055 Fruitwood Dr Lakeland FL 33805__
Address: Street, City, State, Zip Code

Signature of Applicant for Indigent Status
Print Full Legal Name __Gadson  Melissa__
Phone Number/s: ~~813-~~ __813-900-0131__

This form was completed with the assistance of: ____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082
Dated on __11-12__, 20__24__.

Clerk of the Circuit Court Stacy M. Butterfield
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision ____

FILED IN THIS OFFICE
CLERK CIRCUIT COURT
NOV 12 2024

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

February 18, 2025

MELISSA GADSON,
      APPELLANT

V.

FKH SFR C1, L.P.,
      APPELLEE.

**CASE NO.: 6D2024-2259**
L.T. NO.: 2024-CC-007465

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2259 February 18, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
MELISSA GADSON

MARK LIPPMAN



## Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

02/18/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Melissa Gadson, Appellant -vs FKH SFR C1, L.P., Appellee
Appeal No. 6D24-2259 Case No. 2024CC-007465-0000-00

Dear Ms. Pectol:

In response to Order Received on February 18, 2025. The following status report is submitted.

As of 02/18/2025, The Service copy Index and Invoice (seq 28 and 29) were mailed out on 01/15/2025. The payment for the Record is due. Once Payment has been made or a payment plan been established then can we move forward with sending the Record.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

**February 18, 2025**

MELISSA GADSON,
          **APPELLANT**

V.

FKH SFR C1, L.P.,
          **APPELLEE.**

**CASE NO.: 6D2024-2259**
L.T. NO.: 2024-CC-007465

---

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2259 February 18, 2025

**Stacey Pectol**
**Clerk**

cc:
POLK CLERK
MELISSA GADSON

MARK LIPPMAN

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SIXTH DISTRICT

March 18, 2025

MELISSA GADSON,
                APPELLANT,

**CASE NO.: 6D2024-2259**
L.T. NO.: 2024-CC-007465

V.

FKH SFR C1, L.P.,
                APPELLEE.

## BY ORDER OF THE COURT:

Because Appellant failed to respond to this Court's order docketed February 18, 2025, which required Appellant to ensure the transmission of the record on appeal or file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2259 March 18, 2025

_____
Stacey Pectol
Clerk

cc:
POLK CLERK
MELISSA GADSON
MARK LIPPMAN

# EXHIBIT
## M-7

## Lisa Basile v. Wilmington Savings Fund Society, FSB
### DCA Case No.: 6D2025-2318

| Field | Detail |
|---|---|
| Exhibit Number | M-7 |
| DCA Case Number | 6D2025-2318 |
| Lower Tribunal | Polk County |
| Case Type | Circuit Civil — Foreclosure |
| Status | Open |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission; Show cause; Indigency approved; Dismissed |

# EXHIBIT
## M-7

## Lisa Basile v. Wilmington Savings Fund Society, FSB
### DCA Case No.: 6D2025-2318

| Field | Detail |
|---|---|
| Exhibit Number | M-7 |
| DCA Case Number | 6D2025-2318 |
| Lower Tribunal | Polk County |
| Case Type | Circuit Civil — Foreclosure |
| Status | Open |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission; Show cause; Indigency approved; Dismissed |

Filing # 231961920 E-Filed 09/19/2025 03:15:51 PM

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA    CASE NO. _2024CA0030_
_1 000000_

_Lisa Basile_
Plaintiff/Petitioner or in the interest of

vs.

_Wilmington Savings fund Society_
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have _2_ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?...Yes....No✓  Does your Spouse Work?...Yes....No✓  Annual Spouse Income? $ _None_

2. I have a net income of $ _1400_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly (✓ monthly) ( ) yearly ( ) other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly (✓ monthly) ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job | Yes $ _____ No | Veterans' benefits | Yes $ _____ No |
| Social Security benefits | | Workers compensation | Yes $ _____ No |
| For you | Yes $ _1648_ No | Income from absent family members | Yes $ _____ No |
| For child(ren) | Yes $ _____ No | Stocks/bonds | Yes $ _____ No |
| Unemployment compensation | Yes $ _____ No | Rental income | Yes $ _____ No |
| Union payments | Yes $ _____ No | Dividends or interest | Yes $ _____ No |
| Retirement/pensions | Yes $ _____ No | Other kinds of income not on the list | Yes $ _____ No |
| Trusts | Yes $ _____ No | Gifts | Yes $ _____ No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash | Yes $ _200_ No | Savings account | Yes $ _____ No |
| Bank account(s) | Yes $ _0_ No | Stocks/bonds | Yes $ _____ No |
| Certificates of deposit or | | Homestead Real Property* | Yes $ _____ No |
| Money market accounts | Yes $ _____ No | Motor Vehicle* | Yes $ _____ No |
| Boats* | Yes $ _____ No | Non-homestead real property/real estate* | Yes $ _____ No |
| | | Other assets* | |

Check one: I ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset
is _____ as follows: Motor Vehicle $ _235_, Home $ _0_, Boat
_____. Credit Cards _400_

5. I have total liabilities and debts of $ _13,000_ as follows: Motor Vehicle $ _235_, Home $ _0_, Credit Cards _400 A month_
$ _____, Non-homestead Real Property $ _0_, Child Support paid direct $ _0_, Other $ _Food, 1_
$ _____, Medical Bills $ _175_, Cost of medicines (monthly) $ _50_

6. I have a private lawyer in this case.......... Yes   No ✓

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on _9-19-25_, 20__.

_1980_
Year of Birth   Last 4 digits of Driver License or ID Number

Email address: _lbasile@my.yahoo.com_

Signature of Applicant for Indigent Status _Lisa A. Basile_
Print Full Legal Name _Lisa A. Basile_
Phone Number/s: _973-876-0334_

Address: Street, City, State, Zip Code _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _9-19_, 20_25_.

Stacy M. Butterfield
Clerk of the Circuit Court
By _____

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS.
Sign here if you want the judge to review the clerk's decision _____

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 3, 2025

LISA BASILE,
                APPELLANT

V.

WILMINGTON SAVINGS FUND
SOCIETY FSB NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR CSMC
2022-ATH2 TRUST, A DELAWARE
STATUTORY TRUST,
                APPELLEE.

CASE NO.: 6D2025-2318
L.T. NO.: 2024-CA-003061

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2318 December 3, 2025

Stacey Pectol
Clerk

cc:
LISA BASILE
POLK CLERK

MORGAN BRITTANY LEA

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

12/04/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Lisa Basile Appellant -vs Wilmington Savings Fund Society FSB Not In Its Individal
Capacity But Soley As Owner Trustee For CSMC 2022-AT-H2 Trust, a Delaware
Statutory Trust, Appellee
Appeal No. 6D25-2318 Case No. 2024CA-003061-0000-00

Dear Ms. Pectol:

In response to Order Received on December 03, 2025. The following status report is
submitted.

As of 12/04/2025, The Service Copy Index and Invoice were mailed out to the Appellant
on November 05, 2025 (seq 74 and seq 75), and there is payment owed for the Record. Once
payment is made then the Record will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by
preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and
providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 13, 2026

LISA BASILE,
                APPELLANT

V.

WILMINGTON SAVINGS FUND
SOCIETY FSB NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR CSMC
2022-ATH2 TRUST, A DELAWARE
STATUTORY TRUST,
                APPELLEE.

**CASE NO.: 6D2025-2318**
L.T. NO.: 2024-CA-003061

## BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order to show cause issued December 3, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2318 January 13, 2026

Stacey Pectol
Clerk

cc:

LISA BASILE
POLK CLERK
MORGAN BRITTANY LEA

# EXHIBIT

## M-8

## Orlando Moore v. Nowkoomari Dewnarayan
## DCA Case No.: 6D2025-1806

| Field | Detail |
|---|---|
| Exhibit Number | M-8 |
| DCA Case Number | 6D2025-1806 |
| Lower Tribunal | 2025-CC-004933 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Similarly Situated in All Material Respects |
| Primary Failure Mode | Record non-transmission; DCA order: 'lower tribunal has not transmitted the record'; Dismissal warning |

Filing # 231419974 E-Filed 09/12/2025 10:07:22 AM

To: Judge Hope Pattey          Page: 2 of 2          2025-07-28 13:38:17 GMT          14075300327          From: Orlando Moore

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

CASE NO. _____

**APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS**

*(text heavily degraded and illegible)*

Signature of Applicant for Indigent Status
Print Full Legal Name: Orlando Moore
Phone Number:

**CLERK'S DETERMINATION**

Stacy M. Butterfield
Clerk of the Circuit Court

Filed Polk County Clerk of Court          07/29/2025 08:47 AM

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 14, 2025

ORLANDO MOORE,
        APPELLANT

V.

NOWKOOMARI DEWNARAYAN,
        APPELLEE.

**CASE NO.: 6D2025-1806**
L.T. NO.: 2025-CC-004933

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1806 October 14, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
NOWKOOMARI DEWNARAYAN

ORLANDO MOORE

Filing # 233754588 E-Filed 10/16/2025 09:14:00 AM



## Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

10/16/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Orlando Moore, Appellant -vs Nokoomari Dewnarayan, Appellee
       Appeal No. 6D25-1806 Case No. 2025CC-004933-0000-00

Dear Ms. Pectol:

In response to Order Received on October 14, 2025. The following status report is submitted.

As of 10/16/2025, The Service Copy Index and Invoice (seq 73 and seq74) were mailed out to the Appellant, and there is payment owed for the Record. Once payment is made then the Record will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SIXTH DISTRICT

November 13, 2025

ORLANDO MOORE,
                APPELLANT

V.

NOWKOOMARI DEWNARAYAN,
                APPELLEE.

**CASE NO.: 6D2025-1806**
L.T. NO.: 2025-CC-004933

**BY ORDER OF THE COURT:**

Because Appellant failed to comply with this Court's order docketed October 14, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20          ember 13, 2

Stacey Pectol
Clerk

cc:

POLK CLERK
NOWKOOMARI DEWNARAYAN
ORLANDO MOORE

## EXHIBIT

M-9

## Sell-N-Fix, Inc. and Fahme Ahmad v. Regions Bank
## DCA Case No.: 6D2023-4259

| Field | Detail |
|---|---|
| Exhibit Number | M-9 |
| DCA Case Number | 6D2023-4259 |
| Lower Tribunal | 2022CA-003749 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Show cause |

Filing # 212523551 E-Filed 12/10/2024 11:34:44 AM

**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Post Office Box 9000
Bartow, FL  33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

12/10/2024

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Sell-N-Fix and Fahme Ahmad, Appellant -vs Regions Bank, Appellee
       Appeal No. 6D23-4259 Case No. 2022CA-003749-0000-00

Dear Ms. Pectol:

         In response to Order Received on December 10, 2024.  The following status report is submitted.

         As of 12/10/2024, The Record has not been paid for.  If needed our office can work with the Appellant on the payment, they can contact our office to do so.


         If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

Case 8:25-cv-03229-JLB-CPT Document 40-1 Filed 03/06/26 Page 56 of 202 PageID 259

Filing # 215212576 E-Filed 01/23/2025 04:25:13 PM



# Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

01/23/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE: Sell-N-Fix and Fahme Ahmad, Appellant -vs Regions Bank, Appellee
Appeal No. 6D23-4259 Case No. 2022CA-003749-0000-00

Dear Ms. Pectol:

In response to Order Received on January 22, 2025. The following status report is submitted.

As of 01/23/2025, The Record was not delayed due to the appellant. It was paid for and saved on 01/14/2025 and will be uploaded on 01/23/2025.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 22, 2025

SELL-N-FIX AND FAHME AHMAD,  
APPELLANT(S),

**CASE NO.: 6D2023-4259**  
L.T. NO.: 2022CA-003749-0000-00

V.

REGIONS BANK,  
APPELLEE(S).

## BY ORDER OF THE COURT:

Because Appellant failed to respond to this Court's order docketed December 26, 2024, which required Appellant to ensure the transmission of the record on appeal or file another response as appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~........~~ January 22, 20~~..~~

**Stacey Pectol**  
**Clerk**

cc:

STACY BUTTERFIELD, CLERK  
JAMES DOMINECK, JR., ESQ.  
JONATHAN HEMPFLING, ESQ.  
ROBERT J. LINDEMAN, ESQ.  
RALPH S. MARCADIS, ESQ.  
GILBERT M. SINGER, ESQ.  
AMY WINARSKY, ESQ.

Filing # 191956259 E-Filed 02/14/2024 02:10:40 PM

RECEIVED, 02/14/2024 02:11:21 PM, Clerk, Six District Court of Appeal

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SIXTH DISTRICT

January 22, 2024

**CASE NO.: 6D23-4259**
L.T. No.: 2022CA-003749-0000-00

SELL-N-FIX AND FAHME AHMAD     v.     REGIONS BANK

Appellant / Petitioner(s),        Appellee / Respondent(s).

## BY ORDER OF THE COURT:

This appeal has been filed without a filing fee required by section 35.22(2)(a), Florida Statutes, Florida Statutes.

If the attorney for appellant has not already done so, they shall forward the required $300.00 filing fee or, if applicable, a certificate or order of the lower tribunal finding appellant insolvent pursuant to section 57.081, Florida Statutes, within twenty days from the date of this order.

If this court does not receive either of the above within the prescribed time, this appeal may be subject to dismissal without further notice.

I hereby certify that the foregoing is a true copy of the original court order.

Stacey Pectol
Clerk

cc:
JAMES DOMINECK, JR., ESQ.
STACY BUTTERFIELD, CLERK

RALPH S. MARCADIS, ESQ.

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

December 26, 2024

SELL-N-FIX AND FAHME AHMAD,
APPELLANT(S)

**CASE NO.: 6D2023-4259**
L.T. NO.: 2022CA-003749-0000-00

V.

REGIONS BANK,
APPELLEE(S).

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Upon consideration of the status report docketed December 10, 2024, it appears that Appellant must make financial arrangements with the clerk of the lower tribunal to ensure transmission of the record on appeal. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D20.........December 26, 2...

Stacey Pectol
Clerk

cc:
STACY BUTTERFIELD, CLERK
JAMES DOMINECK, JR., ESQ.
JONATHAN HEMPFLING, ESQ.
ROBERT J. LINDEMAN, ESQ.

RALPH S. MARCADIS, ESQ.
GILBERT M. SINGER, ESQ.
AMY WINARSKY, ESQ.

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 28, 2025

SELL-N-FIX AND FAHME AHMAD,
APPELLANT(S)

**CASE NO.: 6D2023-4259**
L.T. NO.: 2022CA-003749-0000-00

V.

REGIONS BANK,
APPELLEE(S).

## BY ORDER OF THE COURT:

Upon consideration of the status report docketed January 23, 2025, this Court's order docketed January 22, 2025, dismissing this case is vacated. This case shall proceed. Appellee shall serve an answer brief within thirty days from the date of this order.

I hereby certify that the foregoing is a true copy of the original court order.

6D20_____ January 28, 20__

Stacey Pectol
Clerk

cc:
STACY BUTTERFIELD, CLERK
JAMES DOMINECK, JR., ESQ.
JONATHAN HEMPFLING, ESQ.
ROBERT J. LINDEMAN, ESQ.

RALPH S. MARCADIS, ESQ.
GILBERT M. SINGER, ESQ.
AMY WINARSKY, ESQ.

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 22, 2025

SELL-N-FIX AND FAHME AHMAD,
APPELLANT(S),

**CASE NO.: 6D2023-4259**
L.T. NO.: 2022CA-003749-0000-00

V.

REGIONS BANK,
APPELLEE(S).

## BY ORDER OF THE COURT:

Because Appellant failed to respond to this Court's order docketed December 26, 2024, which required Appellant to ensure the transmission of the record on appeal or file another response as appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20          22, 20

Stacey Pectol
Clerk

cc:
STACY BUTTERFIELD, CLERK
JAMES DOMINECK, JR., ESQ.
JONATHAN HEMPFLING, ESQ.
ROBERT J. LINDEMAN, ESQ.
RALPH S. MARCADIS, ESQ.
GILBERT M. SINGER, ESQ.
AMY WINARSKY, ESQ.

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 62 of 113 PageID
695
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 62 of 202 PageID
265

## EXHIBIT

M-10

## Jorge A. Cordero and Maria Nieves v. Central Florida Building and Renovations, Inc.

### DCA Case No.: 6D2024-0745

| Field | Detail |
|---|---|
| Exhibit Number | M-10 |
| DCA Case Number | 6D2024-0745 |
| Lower Tribunal | 2019-CA-003432 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Show cause; DCA status report demanded |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

April 12, 2024

**CASE NO.: 6D24-0745**
L.T. No.: 2019-CA-003432

JORGE A. CORDERO and MARIA NIEVES

v.

CENTRAL FLORIDA BUILDING AND RENOVATIONS, INC.

Appellant / Petitioner(s),

Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

This appeal has been filed without a filing fee required by section 35.22(2)(a), Florida Statutes, Florida Statutes.

If the attorney for appellant has not already done so, they shall forward the required $300.00 filing fee or, if applicable, a certificate or order of the lower tribunal finding appellant insolvent pursuant to section 57.081, Florida Statutes, within twenty days from the date of this order.

If this court does not receive either of the above within the prescribed time, this appeal may be subject to dismissal without further notice.

I hereby certify that the foregoing is a true copy of the original court order.

Stacey Pectol
Clerk

cc:
JULIO E. GIL DE LAMADRID ESQ.
STACY BUTTERFIELD, CLERK

KIMBLE CLARK BOUCHILLON ESQ.

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

November 20, 2024

JORGE A. CORDERO AND MARIA NIEVES,    APPELLANT(S)

V.

CENTRAL FLORIDA BUILDING AND RENOVATIONS, INC.,
                    APPELLEE(S).

**CASE NO.: 6D2024-0745**
L.T. NO.: 2019-CA-003432

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure the transmission of the record on appeal or file a response that shows cause why this appeal should not be dismissed. If the record is not transmitted or Appellant fails to file a response within the time allowed, this appeal may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-0745 November 20, 2024

Stacey Pectol
Clerk

cc:
STACY BUTTERFIELD, CLERK
K. C. BOUCHILLON, ESQ.

JULIO E. GIL DE LAMADRID ESQ.



## Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

11/21/2024

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:  Jorge A. Cordero and Maria Nieves, Appellant -vs Central Florida Building & Renovations, Inc. , Appellee
Appeal No. 6D24-0745 Case No. 2019CA-003432-0000-00

Dear Ms. Pectol:

In response to Order Received on November 20, 2024. The following status report is submitted.

As of 11/21/2024, The Record has not been paid for. Once it has been the Record can be submitted. The Service Copy Index and Invoice are marked as Seq 194 and 195 in the lower court.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*



Stacy M. Butterfield
Clerk Of The Circuit Court    SUPPLEMENTAL INVOICE

2024 NOV 25  PM 12: 14

STACY M. BUTTERFIELD
CLERK OF CIRCUIT COURT
POLK COUNTY, FLORIDA

Please Remit To:
Appeals Department
Drawer CC-12, P.O. Box 9000
Bartow, FL 33831-9000

Make Check Out To:
Polk County Clerk Of Courts

Received Of: Julio E. Gil de Lamadrid
Address: Repoarto Alhambra
A-11 Granada St.
Bayamon PR 00957

Date: 07/01/2024

Case No.: 53-2019CA-003432-0000-00

Jorge A. Cordero and Maria Nieves
VS.
Central Florida Building & Renovations, Inc.

| Code | Cost | Quantity | Total |
|------|------|----------|-------|
| Cover Pages & Certificates – BCR124 | $7.00 | 2 | $14.00 |
| Pleadings – BCR88 | $3.50 | 147 | $514.50 |
| Pleadings – BCR88.25 | $87.50 | 0 | |
| Copy Of Notice Of Appeal, Copy Of Progress Docket & Copies Of Index– 02120 | $1.00 / pg. | 38 | $38.00 |
| Certifying Copy of Notice of Appeal – BCR118 | $2.00 | 1 | $2.00 |
| Appeal Filing Fee – BCRAPP FAMAPP JDPAPP | $100.00 | 0 | $0.00 |
| | | TOTAL | $568.50 |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 20, 2024

JORGE A. CORDERO AND MARIA
NIEVES,
            APPELLANT(S)

V.

CENTRAL FLORIDA BUILDING AND
RENOVATIONS, INC.,
         APPELLEE(S).

**CASE NO.: 6D2024-0745**
L.T. NO.: 2019-CA-003432

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure the transmission of the record on appeal or file a response that shows cause why this appeal should not be dismissed. If the record is not transmitted or Appellant fails to file a response within the time allowed, this appeal may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-0745 November 20, 2024

Stacey Pectol
Clerk

cc:
STACY BUTTERFIELD, CLERK
K. C. BOUCHILLON, ESQ.

JULIO E. GIL DE LAMADRID ESQ.

EXHIBIT

M-11

Miguel Alvarez v. Lakeland Motors, LLC
d/b/a Lakeland Chrysler
DCA Case No.: 6D2024-1102

| Field | Detail |
|---|---|
| Exhibit Number | M-11 |
| DCA Case Number | 6D2024-1102 |
| Lower Tribunal | 2023-SC-005622 |
| Case Type | County Small Claims |
| Status | Open |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Order to transmit; DCA status report demanded |

Filing # 207348028 E-Filed 09/20/2024 12:06:33 PM

IN THE CIRCUIT/COUNTY COURT OF THE ___*10*___ JUDICIAL CIRCUIT
IN AND FOR ___*POLK*___ COUNTY, FLORIDA

CASE NO. *2023-SC-005622*

*LAKELAND MOTORS LLC*
Plaintiff/Petitioner or In the Interest of

vs.

*MIGUEL ALVAREZ*
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __*3*__ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married? ....☒Yes....☐No     Does your Spouse Work? ....☐Yes....☒No  Annual Spouse Income?  $__*0*__

2. I have a net income of $ *1914.20* paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☒ monthly ☐ yearly ☐ other _____.
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other _____.
*(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | | |
|---|---|---|---|---|
| Second Job............... | ☐Yes ☒No$_____ | | Veterans' benefits.................... | ☐Yes ☒No$_____ |
| Social Security benefits | | | Workers compensation............... | ☐Yes ☒No$_____ |
| For you.................. | ☒Yes ☐No$_____ | | Income from absent family members. | ☐Yes ☒No$_____ |
| For child(ren)........... | ☐Yes ☒No$_____ | | Stocks/bonds.......................... | ☐Yes ☒No$_____ |
| Unemployment compensation | ☐Yes ☒No$_____ | | Rental income........................ | ☐Yes ☒No$_____ |
| Union payments.......... | ☐Yes ☒No$_____ | | Dividends or interest................ | ☐Yes ☒No$_____ |
| Retirement/pensions..... | ☐Yes ☒No$_____ | | Other kinds of income not on the list. | ☒Yes ☐No$ *250.00 MD* |
| Trusts.................... | ☐Yes ☒No$_____ | | Gifts................................. | ☐Yes ☐No$_____ |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, *although I may agree to pay more if I choose to do so.*

4. I have other assets: *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | | | |
|---|---|---|---|---|
| Cash............................ | ☒Yes ☐No$ *220.00* | | Savings account.................... | ☐Yes ☒No$_____ |
| Bank account(s)............. | ☒Yes ☐No$ *24.00* | | Stocks/bonds........................ | ☐Yes ☒No$_____ |
| Certificates of deposit or | | | Homestead Real Property*......... | ☒Yes ☒No$ *1047.00 mo* |
| Money market accounts. | ☐Yes ☒No$_____ | | Motor Vehicle*...................... | ☒Yes ☐No$ *1500.00* |
| Boats*....................... | ☐Yes ☒No$_____ | | Non-homestead real property/real estate*. | ☐Yes ☐No$_____ |
| | | | Other assets*...................... | ☐Yes ☒No$_____ |

Check one: I ☐ DO ☒ DO NOT expect to receive more assets in the near future. The asset is_____.

5. I have total liabilities and debts of $ *2137.00* as follows: Motor Vehicle $ *0* , Home $ *1047.00 mo*
Boat $ *0* , Non-homestead Real Property $ *0* , Child Support paid direct $_____, Credit Cards $ *230.00* , Medical Bills $ *175.00* , Cost of medicines (monthly) $ *335.00* , Other $ *350.00* .

6. I have a private lawyer in this case.........☐Yes ☒No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on ___*5/20*___, 20 *24* .

Signature of Applicant for Indigent Status

*04/10/1955*     *1300*
Year of Birth     Last 4 digits of Driver License or ID Number

Print Full Legal Name *MIGUEL J. ALVAREZ*

Phone Number/s: *772-828-7340*

Email address: _____

*1413 Shorewood Dr. Auburndale, Fl. 33823*
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

---

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (√)Indigent ( ) Not Indigent, according to s. 57.082
Dated on ___*Aug 20*___, 20 *24*

Stacy M. Butterfield
Clerk of the Circuit Court
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

September 20, 2024

MIGUEL ALVEREZ,
    APPELLANT

V.

LAKELAND MOTORS, LLC D/B/A
LAKELAND CHRYSLER,
    APPELLEE.

**CASE NO.: 6D2024-1102**
L.T. NO.: 53-2023-SC-005622-
000000

### BY ORDER OF THE COURT:

Upon consideration that the record on appeal has not yet been served in this case, Appellant's initial brief is stricken as premature without prejudice to refile after the record has been served.

Appellant must make arrangements with the clerk of the lower tribunal for the preparation and service of the record on appeal, and the record must be served within twenty days of this order.

If the clerk of the lower tribunal is unable to serve the record within twenty days of this order, the clerk of the lower tribunal shall file a notice of inability to transmit the record specifying the reason.

Appellant's initial brief must be served within thirty days of service of the record.

Appellant is reminded that the burden to ensure that the record is served in accordance with the Florida Rules of Appellate Procedure rests with the Appellant. See Fla. R. App. P. 9.200(e). Failure to ensure the timely service of the record may result in the dismissal of this case for failure to prosecute.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1102 September 20,

Stacey Pectol
Clerk

cc:
MIGUEL ALVEREZ                                    WALTER C. THOMAS, JR.
POLK CLERK

6D2024-1102
2

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

June 13, 2025

MIGUEL ALVAREZ,
                    APPELLANT

V.

LAKELAND MOTORS, LLC D/B/A
LAKELAND CHRYSLER,
                    APPELLEE.

**CASE NO.: 6D2024-1102**
L.T. NO.: 53-2023-SC-005622-000000

### BY ORDER OF THE COURT:

The hearing transcript from the hearing on June 26, 2024, was not included in the record on appeal. Within seven days, Appellee/Cross-Appellant shall make arrangements with the clerk of the lower tribunal to supplement the record with the hearing transcript. The clerk of the lower tribunal shall transmit the supplemental record within ten days of the date of this order. As appropriate or necessary, the supplemental record shall be identified as redacted, unredacted, or confidential.

I hereby certify that the foregoing is a true copy of the original court order.

6D20...    , 2025

Stacey Pectol
Clerk

cc:
MIGUEL ALVAREZ                          WALTER C. THOMAS, JR.
POLK CLERK

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 74 of 113 PageID
707
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 74 of 202 PageID
277

## EXHIBIT
M-12

## Francisco Javier Juarez v. Wanda Liz Davila
### DCA Case No.: 6D2024-1200

| Field | Detail |
| --- | --- |
| Exhibit Number | M-12 |
| DCA Case Number | 6D2024-1200 |
| Lower Tribunal | 2022-DR-009943 |
| Case Type | Circuit Family — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Orders to transmit; Show cause; Filing fee order; DCA status report demanded |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 5, 2024

FRANCISCO JAVIER JUAREZ,
        APPELLANT

**CASE NO.: 6D2024-1200**
L.T. NO.: 2022-DR-009943

V.

WANDA LIZ DAVILA,
        APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1200 December 5, 2024

**Stacey Pectol**
**Clerk**

cc:
POLK CLERK
BRUNO FERNANDO DEZAYAS, II

RICHARD TAYLOR MCKENDRICK

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

March 3, 2025

FRANCISCO JAVIER JUAREZ,
APPELLANT,

**CASE NO.: 6D2024-1200**
L.T. NO.: 2022-DR-009943

V.

WANDA LIZ DAVILA,
APPELLEE.

### BY ORDER OF THE COURT:

Because Appellant failed to respond to this Court's order docketed December 5, 2024, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1200 March 3, 2025

Stacey Pectol
Clerk

cc:

POLK CLERK
BRUNO FERNANDO DEZAYAS, II
RICHARD TAYLOR MCKENDRICK

# M A N D A T E

### from

## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

## SIXTH DISTRICT

THIS CAUSE HAVING BEEN BROUGHT TO THIS COURT BY NOTICE OF APPEAL, AND AFTER DUE CONSIDERATION THE COURT HAVING ISSUED ITS OPINION OR DECISION;

YOU ARE HEREBY COMMANDED THAT SUCH FURTHER PROCEEDINGS BE HAD IN SAID CAUSE, IF REQUIRED, IN ACCORDANCE WITH THE OPINION OF THIS COURT ATTACHED HERETO AND INCORPORATED AS PART OF THIS ORDER, AND WITH THE RULES OF PROCEDURE AND LAWS OF THE STATE OF FLORIDA.

WITNESS THE HONORABLE DAN TRAVER, CHIEF JUDGE OF THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, SIXTH DISTRICT, AND THE SEAL OF THE SAID COURT AT LAKELAND, FLORIDA ON THIS DAY.

DATE:    March 25, 2025

SIXTH DCA CASE NO.   6D2024-1200

COUNTY OF ORIGIN:   Polk County

LOWER TRIBUNAL CASE NO.  2022-DR-009943

CASE STYLE:    FRANCISCO JAVIER JUAREZ, Appellant
v.
WANDA LIZ DAVILA, Appellee.

6D2024-1200 March 25, 2025

**Stacey Pectol**
**Clerk**

cc:
POLK CLERK
BRUNO FERNANDO DEZAYAS, II

RICHARD TAYLOR MCKENDRICK



**Stacy M. Butterfield, CPA**
Clerk of Courts & Comptroller
Polk County, Florida

**Polk Records Online**

Accessibility Information

Home   Help   My Account   Log Out

User: PUBLIC - IP (97.97.211.142)

## Case Detail

New Search    Back to Search Results

Case : 2022DR009943000000
Case Type : PATE – PATERNITY
Section : 05 KEITH SPOTO
Case Style : JUAREZ FRANCISCO JAVIER vs. DAVILA WANDALIZ
Disposition : Closed

Print Case Summary

Dockets    Parties    Hearings    Financial    Disposition

● Available for viewing

● Not available for viewing

▼ Available for viewing after manual review

▲ Manual review pending or completed

| Date | Description | | | |
|---|---|---|---|---|
| | | 1 | 42 | ● |
| 06/06/2024 | NOTICE OF APPEAL | 2 | 43 | ● |
| 06/10/2024 | NOTICE OF APPEAL TRANSMITTAL FORM | 1 | 44 | ● |
| 06/13/2024 | ACKNOWLEDGMENT OF NEW CASE | 1 | 45 | ● |
| 06/13/2024 | DCA ORDER | 1 | 46 | ● |
| 06/13/2024 | DCA ORDER | 7 | 47 | ● |
| 07/23/2024 | SERVICE OF COPY OF INDEX | 4 | 48 | ● |
| 07/23/2024 | INVOICE | 1 | 49 | ● |
| 12/05/2024 | DCA ORDER | | | |
| | | 1 | 51 | |
| 03/03/2025 | DCA ORDER | 1 | 52 | Not available for viewing |
| 03/25/2025 | MANDATE | | | |



**Documents**

*Documents are not available. They may not be public records or require review before release. Some documents may require reasonable fees. Contact the clerk or public information officer in the court where the case is filed.*

CLOSE

LOGIN / REGISTER    LANGUAGE

☰   Florida Appellate Case Information System

**DOCKET ENTRIES**

| Docket Date | Type | Subtype | Description | On Behalf Of | View |
|---|---|---|---|---|---|
| 03/25/2025 | Mandate | Mandate | Mandate | | |
| 03/03/2025 | Disposition by Order | Dismissed | Because Appellant failed to respond to this Court's order docketed December 5, 2024, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed. | | |
| 12/05/2024 | Notice | Notice | Notice of Unavailability to Complete the Record | | |
| 12/05/2024 | Order | Order to Transmit Record/Supplemental Record on Appeal | The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410. | | |
| 07/10/2024 | Response | Response | Response to Motion to Show Cause | JUAREZ, FRANCISCO JAVIER | |
| 06/24/2024 | Misc. Events | Order Appealed | Order Appealed | JUAREZ, FRANCISCO JAVIER | |
| 06/24/2024 | Event | Fee Satisfied | Fee Satisfied | | |



# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 5, 2024

FRANCISCO JAVIER JUAREZ,
   APPELLANT

**CASE NO.: 6D2024-1200**
L.T. NO.: 2022-DR-009943

V.

WANDA LIZ DAVILA,
   APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1200 December 5, 2024

**Stacey Pectol**
Clerk

cc:
POLK CLERK
BRUNO FERNANDO DEZAYAS, II

RICHARD TAYLOR MCKENDRICK

2/26/26, 12:00 PM                Case View - FRANCISCO JAVIER JUAREZ v. WANDA LIZ DAVILA - Florida Appellate Case Information System

| | | | | |
|---|---|---|---|---|
| 03/03/2025 | Disposition by Order | Dismissed | 2024, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed. | |
| 12/26/2024 | Notice | Notice | Notice of Unavailability to Complete the Record | Clerk, Polk |
| 12/05/2024 | Order | Order to Transmit Record/Supplemental Record on Appeal | The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted | |

Documents                                                                      ☐   ✕

Documents are not available. They may not be public records or require review before release. Some documents may require reasonable fees. Contact the clerk or public information officer in the court where the case is filed.

0

0

                                                                                          CLOSE

0

| | | | |
|---|---|---|---|
| | | | This appeal has been filed without a filing fee required by section 35.22(2)(a), Florida Statutes, Florida Statutes. If the attorney for appellant has not already done so, they shall forward the required $300.00 filing fee or, if applicable, a certificate or order of the lower tribunal finding appellant insolvent pursuant to section 57.081, Florida Statutes, within twenty days from the date of this order. If this court does not receive either of the above within the prescribed time, this appeal may be subject to dismissal without further notice." |
| 06/13/2024 | Order | Order on Filing Fee | |
| | | | Within fifteen days, Appellant shall show cause why this appeal should not |

2/26/26, 12:00 PM    Case View · FRANCISCO JAVIER JUAREZ v. WANDA LIZ DAVILA - Florida Appellate Case Information System

| | | | | |
|---|---|---|---|---|
| 03/03/2025 | Disposition by Order | Dismissed | 2024, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed. | |
| 12/26/2024 | Notice | Notice | Notice of Unavailability to Complete the Record | Clerk, Polk |
| 12/05/2024 | Order | Order to Transmit Record/Supplemental Record on Appeal | The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted | |

Documents

Documents are not available. They may not be public records or require review before release. Some documents may require reasonable fees. Contact the clerk or public information officer in the court where the case is filed.

CLOSE

| | | | |
|---|---|---|---|
| 06/13/2024 | Order | Order on Filing Fee | This appeal has been filed without a filing fee required by section 35.22(2)(a), Florida Statutes, Florida Statutes. If the attorney for appellant has not already done so, they shall forward the required $300.00 filing fee or, if applicable, a certificate or order of the lower tribunal finding appellant insolvent pursuant to section 57.081, Florida Statutes, within twenty days from the date of this order. If this court does not receive either of the above within the prescribed time, this appeal may be subject to dismissal without further notice." |
| | | | Within fifteen days, Appellant shall show cause why this appeal should not |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

March 3, 2025

FRANCISCO JAVIER JUAREZ,
       APPELLANT,

**CASE NO.: 6D2024-1200**
L.T. NO.: 2022-DR-009943

V.

WANDA LIZ DAVILA,
       APPELLEE.

## BY ORDER OF THE COURT:

Because Appellant failed to respond to this Court's order docketed December 5, 2024, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1200 March 3, 2025

Stacey Pectol
Clerk

cc:

POLK CLERK
BRUNO FERNANDO DEZAYAS, II
RICHARD TAYLOR MCKENDRICK

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 85 of 113 PageID
718
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 85 of 202 PageID
288

# M A N D A T E

from

## DISTRICT COURT OF APPEAL OF
## THE STATE OF FLORIDA

### SIXTH DISTRICT

THIS CAUSE HAVING BEEN BROUGHT TO THIS COURT BY NOTICE OF APPEAL, AND AFTER DUE CONSIDERATION THE COURT HAVING ISSUED ITS OPINION OR DECISION;

YOU ARE HEREBY COMMANDED THAT SUCH FURTHER PROCEEDINGS BE HAD IN SAID CAUSE, IF REQUIRED, IN ACCORDANCE WITH THE OPINION OF THIS COURT ATTACHED HERETO AND INCORPORATED AS PART OF THIS ORDER, AND WITH THE RULES OF PROCEDURE AND LAWS OF THE STATE OF FLORIDA.

WITNESS THE HONORABLE DAN TRAVER, CHIEF JUDGE OF THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, SIXTH DISTRICT, AND THE SEAL OF THE SAID COURT AT LAKELAND, FLORIDA ON THIS DAY.

DATE:    March 25, 2025

SIXTH DCA CASE NO.    6D2024-1200

COUNTY OF ORIGIN:    Polk County

LOWER TRIBUNAL CASE NO.  2022-DR-009943

CASE STYLE:    FRANCISCO JAVIER JUAREZ, Appellant
v.
WANDA LIZ DAVILA, Appellee.

6D2024-1200  March 25, 2025

_____
Stacey Pectol
Clerk

cc:
POLK CLERK                          RICHARD TAYLOR MCKENDRICK
BRUNO FERNANDO DEZAYAS, II

Case 8:25-cv-03229-JLB-CPT     Document 52-1     Filed 04/01/26     Page 86 of 113 PageID
719
Case 8:25-cv-03229-JLB-CPT     Document 40-1     Filed 03/06/26     Page 86 of 202 PageID
289

# EXHIBIT
## M-13

## Nicole Sanfilippo, Individually and as Parent and Natural Guardian of M.P., a Minor v. Carlton Arms of Winter Haven, LLC
### DCA Case No.: 6D2024-1436

| Field | Detail |
|---|---|
| Exhibit Number | M-13 |
| DCA Case Number | 6D2024-1436 |
| Lower Tribunal | 2021-CA-002173 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Order to transmit; DCA status report demanded |

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

July 19, 2024

NICOLE SANFILIPPO, INDIVIDUALLY
AND AS PARENT AND NATURAL
GUARDIAN OF M.P., A MINOR ,
APPELLANT(S)

**CASE NO.: 6D2024-1436**
L.T. NO.: 2021-CA-002173

V.

CARLTON ARMS OF WINTER
HAVEN, LLC.,
APPELLEE(S).

**BY ORDER OF THE COURT:**

This appeal has been filed without a filing fee required by section 35.22(2)(a), Florida Statutes, Florida Statutes.

If the attorney for appellant has not already done so, they shall forward the required $300.00 filing fee or, if applicable, a certificate or order of the lower tribunal finding appellant insolvent pursuant to section 57.081, Florida Statutes, within twenty days from the date of this order.

If this court does not receive either of the above within the prescribed time, this appeal may be subject to dismissal without further notice."

I hereby certify that the foregoing is a true copy of the original court order.

6D20____, 2024

Stacey Pectol
Clerk

cc:
POLK CLERK                              AMY RAY
BRIAN JAMES LEE                         MICHAEL E REED

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 88 of 113 PageID
721
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 88 of 202 PageID
291
Filing # 209358734 E-Filed 10/22/2024 06:15:25 PM

**IN THE DISTRICT COURT OF APPEAL
SIXTH DISTRICT, STATE OF FLORIDA**

NICOLE SANFILIPPO, individually
and as Parent and Natural Guardian
of M.P., a minor,

      Appellant,

vs.

                                  Case No.:     6D24-1436
                                  L.C. Case No.:  2021-CA-2173

CARLTON ARMS OF WINTER
HAVEN, LLC,

      Appellee.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE RECORD ON APPEAL AND TO FILE INITIAL BRIEF

Appellant, by and through undersigned counsel, respectfully requests this Court allow an extension of time to provide the Record on Appeal in this matter, and to then file the Initial Brief, and in support thereof shows:

1. The Record on Appeal has not yet been provided to the Court as of this date. Undersigned counsel is currently taking steps with the Clerk below so that this Record can be put together and transmitted to the Court for this appeal.

2. To do so, undersigned counsel needs more time to have the

1

Case 8:25-cv-03229-JLB-CPT   Document 52-1   Filed 04/01/26   Page 89 of 113 PageID
722
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 89 of 202 PageID
292

Record transmitted to the Court, and to then prepare and complete the Initial Brief once the Record is received. Appellant respectfully requests a 60-day global extension of time to make sure the Record on Appeal is transmitted and to then file the Initial Brief.

3. Counsel for Appellant certifies that he has contacted opposing counsel in this matter and that Appellee has no objection to this global extension of time.

WHEREFORE, Appellant respectfully requests this Court enter an order extending the time to provide the Record on Appeal and to file the Initial Brief for 60 days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Florida Courts E-Portal, and a copy of said document has been served via the Florida Courts E-Portal to ALYSSA REITER, ESQUIRE, *Counsel for Appellee*, 515 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, this 22nd day of October, 2024.

**Morgan & Morgan**

By: /s/ Brian J. Lee
BRIAN J. LEE, ESQUIRE
Florida Bar No. 561681
501 Riverside Avenue, Suite 1200
Jacksonville, Florida 32202
E-mail: blee@forthepeople.com
Telephone:(904) 456-6816
*Attorney for Appellant*

2

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 90 of 113 PageID
723
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 90 of 202 PageID
293

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 30, 2024

NICOLE SANFILIPPO, INDIVIDUALLY   **CASE NO.: 6D2024-1436**
AND AS PARENT AND NATURAL          L.T. NO.: 2021-CA-002173
GUARDIAN OF M.P., A MINOR ,
APPELLANT(S)

V.

CARLTON ARMS OF WINTER
HAVEN, LLC.,
APPELLEE(S).

## BY ORDER OF THE COURT:

Appellant's motion for extension of time for transmission of the record on appeal and service of the initial brief is granted, and the initial brief shall be served on or before December 23, 2024.

Within ten days from the date of this order, the clerk of the lower tribunal shall file a status report concerning the record on appeal.

I hereby certify that the foregoing is a true copy of the original court order.

6D20...........30, 20...

**Stacey Pectol**
**Clerk**

cc:
POLK CLERK                          MICHAEL E REED
BRIAN JAMES LEE                     ALYSSA MARA REITER
AMY RAY

Filing # 209990481 E-Filed 10/31/2024 11:25:48 AM



**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

10/31/2024

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:  NICOLÉ SANFILIPPO AS PARENT AND NATURAL GURADIAN OF M.P. A MINOR and NICOLE SANFILIPPO INDIVIDUALLY, Appellant -vs CARLTON ARMS OF WINTER HAVEN, LLC, Appellee
Appeal No. 6D24-1436 Case No. 2021CA-002173-0000-00

Dear Ms. Pectol:

In response to Order Received on October 30, 2024. The following status report is submitted.

As of 10/31/2024, The Record has not been paid for, once this has been paid for or a payment plan set up for this, then the Record can be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 92 of 113 PageID
725
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 92 of 202 PageID
295

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 8, 2024

NICOLE SANFILIPPO, INDIVIDUALLY
AND AS PARENT AND NATURAL
GUARDIAN OF M.P., A MINOR ,
APPELLANT(S)

**CASE NO.: 6D2024-1436**
L.T. NO.: 2021-CA-002173

V.

CARLTON ARMS OF WINTER
HAVEN, LLC.,
APPELLEE(S).

### BY ORDER OF THE COURT:

In light of the lower tribunal clerk's status report filed on October 31, 2024, within ten days from the date of this order Appellant shall make financial arrangements for the transmission of the record on appeal with the clerk of the lower tribunal and shall file a status report indicating that those arrangements were made within fifteen days from the date of this order. Appellant is cautioned that the burden to ensure that the record is served in accordance with the Florida Rules of Appellate Procedure rests with the Appellant. See Fla. R. App. P. 9.200(e).

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1436 November 8, 2024

Stacey Pectol
Clerk

cc:
POLK CLERK
BRIAN JAMES LEE
AMY RAY

MICHAEL E REED
ALYSSA MARA REITER

Filing # 211025353 E-Filed 11/15/2024 11:48:43 AM

# IN THE DISTRICT COURT OF APPEAL
## SIXTH DISTRICT, STATE OF FLORIDA

NICOLE SANFILIPPO, individually
and as Parent and Natural Guardian
of M.P., a minor,

      Appellant,

                               Case No.:     6D24-1436
vs.                            L.C. Case No.:  2021-CA-2173

CARLTON ARMS OF WINTER
HAVEN, LLC,

      Appellee.

---

## NOTICE OF STATUS REPORT

Appellant, by and through undersigned counsel, and pursuant to this Court's Order of November 8, 2024, provides this Court a Status Report and states that Appellant has made financial arrangements for the transmission of the Record on Appeal with the Clerk below, and expects the Record on Appeal to be transmitted to the Court well prior to the time set for the Initial Brief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Florida Courts E-Portal, and a copy of said document has been served via the Florida Courts E-Portal to ALYSSA REITER, ESQUIRE, *Counsel for Appellee*, 515 East Las Olas

1

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 94 of 113 PageID
727
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 94 of 202 PageID
297

Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, this 15th day of November, 2024.

**Morgan & Morgan**

By: /s/ Brian J. Lee

BRIAN J. LEE, ESQUIRE
Florida Bar No. 561681
501 Riverside Avenue, Suite 1200
Jacksonville, Florida 32202
E-mail: blee@forthepeople.com
Telephone:(904) 456-6816
*Attorney for Appellant*

2

Filing # 211134544 E-Filed 11/18/2024 10:50:03 AM



**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL  33831-9000

(863)534-2538 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

November 18, 2024

## NOTICE OF INABILITY TO COMPLETE THE RECORD

Re: NICOLE SANFILIPPO, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF M.P. A MINOR, Appellant, vs.  CARLTON ARMS OF WINTER HAVEN, LLC, Appellee.

Case No. 53-2021CA-002173-0000-00, Appeal No. 6D2024-1436

We are unable to prepare and serve the appellate record prescribed by rule 9.200 within 110 days of the filing of the Notice of Appeal.  As of November 18, 2024, we are still waiting on payment for the preparation of record on appeal.  The invoice for preparation costs was mailed to the parties on (copy attached).

As soon as the payment is received in our office, we will be able to transmit the record on appeal.

Very Truly Yours,

STACY BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT &
COUNTY COMPTROLLER, IN AND
FOR POLK COUNTY, FL

By /s/ Martha Pullo

Deputy Clerk 11/18/24

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# MANDATE

### DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

WHEREAS an opinion or dispositive order has issued following this Court's due consideration of the cause brought before it by appeal or by petition, this Court

HEREBY COMMANDS YOU to conduct further proceedings, if applicable, in accordance with this Court's ruling and with the rules of procedure and laws of the State of Florida.

WITNESS the Honorable Dan Traver, Chief Judge of the District Court of Appeal of the State of Florida, Sixth District, and the seal of said Court at Lakeland, Florida on this day.

DATE:                            December 1, 2025
DATE OF DISPOSITION:    November 10, 2025
CASE NO.:                     6D2024-1436
COUNTY OF ORIGIN:      Polk County
L.T. CASE NO.:               2021-CA-002173
CASE STYLE:                  NICOLE SANFILIPPO, INDIVIDUALLY AND AS
                                     PARENT AND NATURAL GUARDIAN OF M.P., A
                                     MINOR ,
                                                    Appellant(s)

                           v.

                           CARLTON ARMS OF WINTER HAVEN, LLC.,
                                                    Appellee(s).

6D2024-1436 December 1, 2025

Stacey Pectol
Clerk

Mandate and opinion, if any, to follow to:    Polk Clerk

cc:
Polk Clerk
Brian James Lee
Amy Ray
Michael E Reed
Alyssa Mara Reiter
Hon. Jennifer Anne Swenson

# EXHIBIT

M-14

## Henry Alcantara v. State of Florida
### DCA Case No.: 6D2024-1499

| Field | Detail |
|---|---|
| Exhibit Number | M-14 |
| DCA Case Number | 6D2024-1499 |
| Lower Tribunal | 2023-CF-4984 |
| Case Type | Circuit Criminal — J&S |
| Status | Open |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Order to transmit; DCA status report demanded (Criminal context) |

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 98 of 113 PageID
731
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 98 of 202 PageID
301

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
SIXTH DISTRICT**

December 5, 2024

HENRY ALCANTARA,
            **APPELLANT**

V.

STATE OF FLORIDA,
            **APPELLEE.**

**CASE NO.: 6D2024-1499**
L.T. NO.: 2023-CF-4984

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1499 December 5, 2024

Stacey Pectol
Clerk

cc:
HENRY ALCANTARA            POLK CLERK
CRIM APP TAMPA ATTORNEY
GENERAL

**FILED POLK COUNTY CLERK OF COURTS    12/05/2024 12:59 PM**

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 99 of 113 PageID
732
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 99 of 202 PageID
302

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
SIXTH DISTRICT**

December 26, 2024

HENRY ALCANTARA,
APPELLANT

V.

STATE OF FLORIDA,
APPELLEE.

**CASE NO.: 6D2024-1499**
L.T. NO.: 2023-CF-4984

**BY ORDER OF THE COURT:**

To the extent Appellant's affidavit docketed December 26, 2024, is intended as a motion to proceed in forma pauperis, the Court denies Appellant's motion. This Court does not make initial determinations of indigency in cases proceeding under the Court's appellate jurisdiction. Fla. R. App. P. 9.430(a). Within twenty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430. To obtain an order of insolvency, Appellant must file a motion and affidavit of indigency with the clerk of the lower tribunal (the court, agency, officer, board, or commission whose order is being appealed). The clerk of the lower tribunal will decide whether an order of insolvency should be issued pursuant section 57.081 or 57.085, Florida Statutes.

Furthermore, the lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record.

If Appellant fails to timely comply with this order in full, the Court may dismiss this case without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~...~~ber 26, 2
Stacey Pectol
Clerk

**RECEIVED AND FILED**

**DEC 26 2024**

**STACY M. BUTTERFIELD, CLERK**

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 100 of 113
PageID 733
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 100 of 202
PageID 303

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 17, 2025

HENRY ALCANTARA,
           **APPELLANT**

V.

STATE OF FLORIDA,
           APPELLEE.

**CASE NO.: 6D2024-1499**
L.T. NO.: 2023-CF-4984

## BY ORDER OF THE COURT:

Appellant's motion for extension of time, docketed January 15, 2025, is granted.

Within sixty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430.

In addition, within sixty days from the date of this order, Appellant shall ensure that the lower tribunal clerk transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record.

If Appellant fails to timely comply with this order in full, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1499 January 17, 2025

Stacey Pectol
Clerk

cc:
HENRY ALCANTARA
CRIM APP TAMPA ATTORNEY
GENERAL

POLK CLERK

**FILED POLK COUNTY CLERK OF COURTS   01/21/2025 07:29 AM**

CLERK OF COURTS

Mailed from Polk County Jail

Case 8:25-cv-03229-JLB-CPT     Document 52-1     Filed 04/01/26     Page 102 of 113
PageID 735
Case 8:25-cv-03229-JLB-CPT     Document 40-1     Filed 03/06/26     Page 102 of 202
PageID 305

RECEIVED AND FILED

IN AND FOR THE TENTH JUDICIAL JAN 10 2025

CIRCUIT OF POLK COUNTY FLORIDA STACY M. BUTTERFIELD, CLERK

STATE OF FLORIDA        /    CASE: 23CF-4984-XX

V.                      /    DCA # 6D2024-1499

HENRY ALCANTARA /

## AFFIDAVIT OF INSOLVENCY

I, HENRY ALCANTARY, DO NOW SUBMIT THIS AFFIDAVIT IN REGUARDS TO THE APPEAL FILED IN THIS CASE HOPING TO BE DEEMED INDIGENT AND ANY FEES ASSOCIATED WITH THIS APPEAL BE WAIVED. I AM AN INDIGENT INMATE IN POLK COUNTY JAIL WITH NO INCOME. I HAVE NO BANK ACCTS, NO STOCKS, NO BONDS, AND OWN NO REAL PROPERTY OR ASSETS. I AM UNAWARE OF MY CURRENT DEBTS & WAS PREVIOUSLY REPRESENTED BY THE OFFICE OF THE P.D. I DO SWEAR UNDER THE PENALTY OF PERJURY THIS INFO IS TRUE THIS 5TH DAY OF JAN. 2025 AND ASK THAT IT BE APPROVED.

RESPECTFULLY, Henry Alcantara

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 103 of 113
PageID 736
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 103 of 202
PageID 306

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

March 14, 2025

HENRY ALCANTARA,
            APPELLANT

V.

STATE OF FLORIDA,
            APPELLEE.

**CASE NO.: 6D2024-1499**
L.T. NO.: 2023-CF-4984

### BY ORDER OF THE COURT:

Upon consideration of the determination of indigency docketed February 14, 2025, it appears that the Office of the Public Defender, Tenth Judicial Circuit, has been appointed as counsel for Appellant in this case. Within ten days from the date of this order, the Public Defender shall file a response that addresses Appellant's representational status in this case. If the Public Defender is counsel for Appellant, the response shall also address the status of the record on appeal.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-1499 March 14, 2025

Stacey Pectol
Clerk

**RECEIVED AND FILED**

**MAR 14 2025**

STACY M. BUTTERFIELD, CLERK

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 104 of 113
PageID 737
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 104 of 202
PageID 307

## EXHIBIT
M-15

## Douglass Miller v. Camp Inn Associates, LLC
### DCA Case No.: 6D2025-2012

| Field | Detail |
|---|---|
| Exhibit Number | M-15 |
| DCA Case Number | 6D2025-2012 |
| Lower Tribunal | 2024-CC-004508 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Show cause |

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 105 of 113
PageID 738
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 105 of 202
PageID 308

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

August 22, 2025

DOUGLASS MILLER,
          APPELLANT
V.

**CASE NO.: 6D2025-2058**
L.T. NO.: 2024-CC-004508

CAMP INN ASSOCIATES, LLC,
          APPELLEE.

**BY ORDER OF THE COURT:**

Within forty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430. To obtain an order of insolvency, Appellant must file a motion and affidavit of indigency with the clerk of the lower tribunal (the court, agency, officer, board, or commission whose order is being appealed). The clerk of the lower tribunal will decide whether an order of insolvency should be issued pursuant section 57.081 or 57.085, Florida Statutes. If Appellant fails to timely comply with this order, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2058 August 22, 2025

Stacey Pectol
Clerk

cc:
MELISSA ANN CAIRATTI               DOUGLASS MILLER
POLK CLERK

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 106 of 113
PageID 739
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 106 of 202
PageID 309

IN THE CIRCUIT/COUNTY COURT OF THE 10TH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

Dooclers Miller
**Plaintiff/Petitioner or in the Interest Of**

CASE NO. 2024CC 004508-0000-xx

RHP Camp Inn IIC
**Defendant/Respondent**

### APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have ___1___ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married?...Yes...No   Does your Spouse Work?...Yes...No   Annual Spouse Income?  $ _____0_____

2. I have a net income o. _____ paid ( ) weekly ( ) every two weeks ( ) semi-monthly  ⌐monthly ( ) yearly ( ) other
   _____
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____0____
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | |
|---|---|---|---|---|
| Second Job .......... Yes $ _____ No | | | Veterans' benefits ...... Yes $ ___0___ No |
| Social Security benefits | | | Workers compensation ...... Yes $ _____ No |
| For you .......... Yes $ 1,12? No | | | Income from absent family members ...... Yes $ _____ No |
| For child(ren) .......... Yes $ _____ No | | | Stocks/bonds ...... Yes $ _____ No |
| Unemployment compensation .......... Yes $ _____ No | | | Rental income ...... Yes $ _____ No |
| Union payments .......... Yes $ _0_ No | | | Dividends or interest ...... Yes $ _____ No |
| Retirement/pensions .......... Yes $ _0_ No | | | Other kinds of income not on the list ...... Yes $ _____ No |
| Trusts .......... Yes $ _0_ No | | | Gifts ...... Yes $ _____ No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | |
|---|---|---|---|
| Cash .......... Yes $ _____ No | | | Savings account ...... Yes $ _0_ No |
| Bank account(s) .......... Yes $ 2,234 No | | | Stocks/bonds ...... Yes $ _____ No |
| Certificates of deposit or | | | Homestead Real Property* ...... Yes $ _____ No |
| money market accounts .......... Yes $ _0_ No | | | Motor Vehicle* ...... Yes $ _____ No |
| Boats* .......... Yes $ _0_ No | | | Non-homestead real property/real estate* ...... Yes $ _____ No |

*show loans on these assets in paragraph 5

Check one: I ( ) DO (X) DO NOT expect to receive more assets in the near future. The asset is_____

5. I have total liabilities and debts of $ 1,129 as follows: Motor Vehicle $ 129, Home $ 900, Other Real Property
   $ _0_, Child Support paid direct $ _____, Credit Cards $ 25,000, Medical Bills $ 100, Cost of medicines (monthly)
   $ _0_
   Other $ _0_.

6. I have a private lawyer in this case............ Yes No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this ___4___ day of ___September___ 20_25_

Date of Birth ___090960-102-70-209-0___

Driver's License or ID Number

Signature of Applicant for Indigent Status
Print Full Legal Name Dooclers Miller
Phone Number: 0-521-865-1255

Address, P O Address, Street, City, State, Zip Code
2030 Savan landra Dr Apt 30 Lakeland FL 33810

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent (x) Not Indigent according to s. 57.082, F.S.
Dated this ___4___ day of ___Sept___, 20_25_

Stacy M. Butterfield
Clerk of the Circuit Court by _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

Case 8:25-cv-03229-JLB-CPT   Document 52-1   Filed 04/01/26   Page 107 of 113
PageID 740
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 107 of 202
PageID 310

Stacy M. Butterfield
Clerk Of The Circuit Court                    INVOICE

Please Remit To:
Appeals Department
Drawer CC-12, P.O. Box 9000
Bartow, FL 33831-9000

Make Check Out To:
Polk County Clerk Of Courts

Received Of: Douglass Miller
Address: 2030 Swann Landing Drive, Apt 301
         Lakeland, Fl 33810

Date: 10/08/2025
Case No.: 53-2024CC-004508-0000-00
Appeal No: 6D2025-2012 and 6D25-2058

Douglass Miller
VS.
Melissa Cairatti

| Code | Cost | Quantity | Total |
| --- | --- | --- | --- |
| Cover Pages & Certificates BCO124 | $7.00 | 2 | $14.00 |
| Pleadings – BCO88 | $3.50 | 99 | $346.50 |
| Copy Of Notice Of Appeal, Copy Of Progress Docket & Copies Of Index– 12120 | $1.00 / pg. | 75 | $75.00 |
| Certifying Copy of Notice of Appeal – BCO118 | $2.00 | 1 | $2.00 |
| Appeal Filing Fee – BSC6 | 281.00 | X | $0.00 |
| | | TOTAL | $437.50 |

Case 8:25-cv-03229-JLB-CPT   Document 52-1   Filed 04/01/26   Page 108 of 113
PageID 741
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 108 of 202
PageID 311

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

January 7, 2026

DOUGLASS MILLER,
          APPELLANT

V.

CAMP INN ASSOCIATES, LLC,
          APPELLEE.

**CONSOLIDTATED
CASE NO.: 6D2025-2012
6D2025-2058**
L.T. NO.: 2024-CC-004508

### BY ORDER OF THE COURT:

The motion and amended motion to dismiss is granted, and this appeal is dismissed. The motion to determine confidentiality is granted to the extent that the case docket shall remain confidential but available to the court and the parties within this appeal. The motion to deny motion to seal and for order to show cause is denied.

I hereby certify that the foregoing is a true copy of the original court order.

6D2~~~~ January 7, 202~

Stacey Pectol
Clerk

PANEL: NARDELLA, WOZNIAK, and BROWNLEE, JJ.

cc:

MELISSA ANN CAIRATTI
POLK CLERK
DOUGLASS MILLER
SCOTT AUBREY PADGETT

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 109 of 113
PageID 742
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 109 of 202
PageID 312

EXHIBIT

M-16

Charmaine Saunders v. Breit MF Preserve at Lakeland, LLC
DCA Case No.: 6D2024-2566

| Field | Detail |
|---|---|
| Exhibit Number | M-16 |
| DCA Case Number | 6D2024-2566 |
| Lower Tribunal | 2023-CA-005394 |
| Case Type | Circuit Civil — Certiorari |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | DCA status report demanded |

Case 8:25-cv-03229-JLB-CPT Document 52-1 Filed 04/01/26 Page 110 of 113
PageID 743
Case 8:25-cv-03229-JLB-CPT Document 40-1 Filed 03/06/26 Page 110 of 202
PageID 313

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

September 9, 2025

CHARMAINE SAUNDERS,
          **APPELLANT**

V.

JEREMY SMITH,
          **APPELLEE.**

**CASE NO.: 6D2025-2207**
**L.T. NO.: 2023-CA-005395**

## BY ORDER OF THE COURT:

Within forty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430. To obtain an order of insolvency, Appellant must file a motion and affidavit of indigency with the clerk of the lower tribunal (the court, agency, officer, board, or commission whose order is being appealed). The clerk of the lower tribunal will decide whether an order of insolvency should be issued pursuant section 57.081 or 57.085, Florida Statutes. If Appellant fails to timely comply with this order, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2207 September 9, 2025

**Stacey Pectol**
**Clerk**

cc:
WILLIAM A. BACKER
POLK CLERK
RICARDO ENRIQUE DE LUCCA

CHARMAINE SAUNDERS
JOYE WALFORD
SEAN-KELLY XENAKIS

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 111 of 113
PageID 744
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 111 of 202
PageID 314

Filing # 233585742 E-Filed 10/14/2025 11:47:14 AM

Filing # 231985423 E-Filed 09/19/2025 08:23:23 PM

IN THE CIRCUIT/COUNTY COURT OF THE ___TENTH___ JUDICIAL CIRCUIT
IN AND FOR __POLK__ COUNTY, FLORIDA

CHARMAINE SAUNDERS                                          CASE NO. 2023-CA-05395
Plaintiff/Petitioner or in the interest of
                                        vs.
JEREMY SMITH
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have ___0___ dependents. *(Include only those persons you list on your U.S. income tax return.)*
   Are you Married? .... ☐Yes....☒No    Does your Spouse Work? ....☐Yes....☐No    Annual Spouse Income? $_____

2. I have a net income of $ 0.00 _____ paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other _____.
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other 0.00 _____.
   *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | |
|---|---|---|---|
| Second Job............... ☐Yes ☒No$_____ | Veterans' benefits.................☐Yes ☒No$_____ |
| Social Security benefits | Workers compensation...........☐Yes ☒No$_____ |
|   For you................. ☐Yes ☒No$_____ | Income from absent family members.☐Yes ☒No$_____ |
|   For child(ren)........... ☐Yes ☒No$_____ | Stocks/bonds.......................☐Yes ☒No$_____ |
| Unemployment compensation☐Yes ☒No$_____ | Rental income.....................☐Yes ☒No$_____ |
| Union payments...........☐Yes ☒No$_____ | Dividends or interest.............☐Yes ☒No$_____ |
| Retirement/pensions......☐Yes ☒No$_____ | Other kinds of income not on the list.☐Yes ☒No$_____ |
| Trusts......................☐Yes ☒No$_____ | Gifts................................☐Yes ☒No$_____ |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | |
|---|---|---|
| Cash ...........................☐Yes ☒No$_____ | Savings account......................☐Yes ☒No$_____ |
| Bank account(s). ...........☒Yes ☐No$_15.00 | Stocks/bonds.........................☐Yes ☒No$_____ |
| Certificates of deposit or | Homestead Real Property*.........☒Yes ☐No$433,000.00 |
| Money market accounts..☐Yes ☒No$_____ | Motor Vehicle*.......................☒Yes ☐No$27,000.00 |
| Boats*.......................☐Yes ☒No$_____ | Non-homestead real property/real estate*..☐Yes ☒No$_____ |
| | Other assets*...........................☐Yes ☒No$_____ |

Check one: I ☐ DO ☒ DO NOT expect to receive more assets in the near future. The asset is _____.

5. I have total liabilities and debts of $ 495,600.00 _____ as follows: Motor Vehicle $ 27,000.00 ____, Home $ 433,000.00 ____, Boat $ 0.00 _____, Non-homestead Real Property $ 0.00 _____, Child Support paid direct $ 0.00 _____, Credit Cards $ 33,000.00 ____, Medical Bills $ 2,800.00 ____, Cost of medicines (monthly) $ 0.00 _____, Other $ 0.00 ____.

6. I have a private lawyer in this case.........☐Yes ☒No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on SEPTEMBER 19TH _____, 20 25 _____.

1971 ___ 8621 _____                Phone          CHARMAINE ASTRID SAUNDERS
Year of Birth   Last 4 digits of Driver License or ID Number          (863) 738-7820
Email address: C.ASTRIDLEGAL@PROTON.ME

30 N GOULD ST STE N SHERIDAN, WY 82801
Address: Street, City, State, Zip Code  30 N GOULD ST STE N SHERIDAN, WY 82801

This form was completed with the assistance of: _____
                                        Clerk/Deputy Clerk/Other authorized person.

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ☒ Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on __9-22-__, 20 25.          Stacy M. Butterfield
                                    Clerk of the Circuit Court
                                    By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

Updated 5/1/2019

2023CA-005395-0000-WH          Received in Polk 09/19/2025 08:25 PM

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 112 of 113
PageID 745
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 112 of 202
PageID 315

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 4, 2025

CHARMAINE SAUNDERS,
                APPELLANT

V.

JEREMY SMITH,
                APPELLEE.

**CASE NO.: 6D2025-2207**
L.T. NO.: 2023-CA-005395

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2207 December 4, 2025

Stacey Pectol
Clerk

cc:
WILLIAM A. BACKER
MICHAEL CHRISTOPHER CLARKE
POLK CLERK
RICARDO ENRIQUE DE LUCCA

CHARMAINE SAUNDERS
JOYE WALFORD
SEAN-KELLY XENAKIS

Case 8:25-cv-03229-JLB-CPT    Document 52-1    Filed 04/01/26    Page 113 of 113
PageID 746
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 113 of 202
PageID 316

Filing # 237025096 E-Filed 12/04/2025 12:44:59 PM



# *Stacy M. Butterfield, CPA*

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

12/04/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:    Charmaine Saunders Appellant -vs Jeremy Smith, Appellee
        Appeal No. 6D25-2207 Case No. 2023CA-005395-0000-00

Dear Ms. Pectol:

    In response to Order Received on Dec 04, 2025. The following status report is submitted.

    As of 12/04/2025, The Service Copy Index and Invoice were mailed out to the Appellant on October 03, 2025 (seq106 & seq107), I have included a copy for your Records. Once payment is made then the Record will be uploaded.


    If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk


*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*