# EXHIBIT

M-17

## Michael Simmons v. Florida Southeast Connection, LLC
### DCA Case No.: 6D2024-2687

| Field | Detail |
|---|---|
| Exhibit Number | M-17 |
| DCA Case Number | 6D2024-2687 |
| Lower Tribunal | 2021-CA-003337 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Show cause |

Filing # 222439808 E-Filed 05/05/2025 03:51:07 PM



**Stacy M. Butterfield, CPA**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

05/05/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:  Michael Simmons, Appellant -vs Florida Southeast Connection, Appellee
     Appeal No. 6D24-2687 Case No. 2021CA-003337-0000-00

Dear Ms. Pectol:

In response to Order Received on April 22, 2025.  The following status report is submitted.

As of 05/05/2025, The Record has not been paid for.  The Service Copy Index and Invoice was mailed out on 01/31/2025 (Seq 160 and Seq 161). Once the payment is made or a payment plan made for this it will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

Filing # 220980059 E-Filed 04/14/2025 04:31:57 PM



### Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-2538 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

April 14, 2025

### NOTICE OF INABILITY TO COMPLETE THE RECORD

Re: Michael Simmons, Appellant -vs Florida Southeast Connection, LLC, Appellee

Appeal No. 6D24-2687 Case No. 2021CA-003337-0000-00

We are unable to prepare and serve the appellate record prescribed by rule 9.200 within 110 days of the filing of the Notice of Appeal. As of April 14, 2025, we are still waiting on payment for the preparation of record on appeal. The invoice for preparation costs was mailed to the parties on January 31, 2025 seq 160 and seq 161 (copy attached).

As soon as the payment is received in our office, we will be able to transmit the record on appeal.

Very Truly Yours,

STACY BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT &
COUNTY COMPTROLLER, IN AND
FOR POLK COUNTY, FL

By /s/ Martha Pullo

Deputy Clerk

C: 6th DCA, Attorney(s) for Appellant(s), Attorney(s) for Appellee(s)

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by*
*preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and*
*providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

April 22, 2025

MICHAEL SIMMONS,
      APPELLANT

V.

FLORIDA SOUTHEAST
CONNECTION, LLC,
      APPELLEE.

**CASE NO.: 6D2024-2687**
L.T. NO.: 2021-CA-003337

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2687 April 22, 2025

**Stacey Pectol**
Clerk

cc:

MICHAEL CHRISTOPHER CLARKE
POLK CLERK

AUBREY GEORGE RUDD
ZACHARY THOMAS UDELL

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

May 20, 2025

MICHAEL SIMMONS,
          APPELLANT,

**CASE NO.: 6D2024-2687**
L.T. NO.: 2021-CA-003337

V.

FLORIDA SOUTHEAST
CONNECTION, LLC,
          APPELLEE.

### BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed April 22, 2025, which required Appellant to ensure the transmission of the record on appeal or to file another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20┄┄┄┄ May 20, 2025

**Stacey Pectol**
**Clerk**

cc:

MICHAEL CHRISTOPHER CLARKE
POLK CLERK
AUBREY GEORGE RUDD
ZACHARY THOMAS UDELL

## EXHIBIT

M-18

### Sean Voss v. Greenvipes, Inc.
### DCA Case No.: 6D2025-1545

| Field | Detail |
|---|---|
| Exhibit Number | M-18 |
| DCA Case Number | 6D2025-1545 |
| Lower Tribunal | 2025-CC-002603 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Show cause |

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

September 16, 2025

SEAN VOSS,
        APPELLANT
V.

GREENVIPES, INC.,
        APPELLEE.

**CASE NO.: 6D2025-1545**
L.T. NO.: 2025-CC-002603

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1545 September 16, 2025

**Stacey Pectol**
Clerk

cc:
POLK CLERK
J. CONRAD GRANT

SEAN VOSS

Filing # 231694229 E-Filed 09/16/2025 05:00:51 PM



# *Stacy M. Butterfield, CPA*

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL  33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

09/16/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Sean Voss, Appellant -vs Greenvipes, Inc., Appellee
      Appeal No. 6D25-1545 Case No. 2025CC-002603-0000-00

Dear Ms. Pectol:

In response to Order Received on September 16, 2025.  The following status report is submitted.

As of 09/16/2025, The Service Copy Index and Invoice were mailed out to the Appellant on 08/14/2025 (seq 42 and 43).  There is payment owed for the Record.  Once payment is made then the Record will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

October 14, 2025

SEAN VOSS,
      APPELLANT

V.

**CASE NO.: 6D2025-1545**
L.T. NO.: 2025-CC-002603

GREENVIPES, INC.,
      APPELLEE.

### BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's order docketed September 16, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D20... 14, 20...

**Stacey Pectol**
Clerk

cc:

POLK CLERK
J. CONRAD GRANT
SEAN VOSS

## EXHIBIT

M-19

### Bryan Neal Johnson v. Christina Lee Johnson
### DCA Case No.: 6D2025-1634

| Field | Detail |
|---|---|
| Exhibit Number | M-19 |
| DCA Case Number | 6D2025-1634 |
| Lower Tribunal | 2024-CA-001046 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator -- Payment-Conditioned Admission |
| Primary Failure Mode | payment-conditioned record transmission mechanism; Clerk status report with payment-conditioned language |

**Exhibit 7 – Johnson v. Johnson**

**Case Number(s): 6D2025-1634**

- Days open: ≈240 days (Jul 2025 – Mar 2026)
- Record not transmitted: Yes
- Transmission delay: Unknown
- Show-cause orders: Yes
- Notice of inability: Yes (payment required)
- Fee-gate order: $300 fee order
- Invoice amount: Unknown
- Outcome: Pending / unresolved

On July 11, 2025, the appellate court instructed Bryan Neal Johnson to pay the $300 filing fee or file an insolvency order within forty days 【830760104105164†screenshot】 . The Polk County Clerk later advised that payment for the record remained outstanding and that the record would not be uploaded until payment was made 【358835410196096†screenshot】 . The court then issued an order noting that the record had not been transmitted and gave Mr. Johnson twenty days to ensure transmission or show cause 【66238978551001†screenshot】 . As of this filing, the appeal remains pending, with the record still untransmitted.

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

July 11, 2025

BRYAN NEAL JOHNSON,
    APPELLANT

**CASE NO.: 6D2025-1634**
L.T. NO.: 2024-CA-001046

V.

CHRISTINA LEE JOHNSON,
   APPELLEE.

**BY ORDER OF THE COURT:**

Within forty days from the date of this order, Appellant shall either pay to the Clerk of the Sixth District Court of Appeal the $300.00 filing fee required by section 35.22, Florida Statutes, or file in this Court a certified copy of the lower tribunal's order of insolvency for appellate purposes as described under Florida Rule of Appellate Procedure 9.430. To obtain an order of insolvency, Appellant must file a motion and affidavit of indigency with the clerk of the lower tribunal (the court, agency, officer, board, or commission whose order is being appealed). The clerk of the lower tribunal will decide whether an order of insolvency should be issued pursuant section 57.081 or 57.085, Florida Statutes. If Appellant fails to timely comply with this order, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D20&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95; 2025

**Stacey Pectol**
**Clerk**

cc:
POLK CLERK         WALTER C. THOMAS, JR.
ALAN BRENT GEOHAGAN

Filing # 231693972 E-Filed 09/16/2025 04:58:52 PM



# Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Post Office Box 9000
Bartow, FL  33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

09/16/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Bryan Neal Johnson, Appellant -vs Christina Lee Johnson, Appellee
       Appeal No. 6D25-1634 Case No. 2024CA-001046-0000-00

Dear Ms. Pectol:

       In response to Order Received on September 16, 2025.  The following status report is submitted.

       As of 09/16/2025, The Service Copy Index and Invoice were mailed out to the Appellant, on 09/04/2025 (seq. 63 and 64).  There is payment owed for the Record.  Once payment is made then the Record will be uploaded.

       If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

September 16, 2025

BRYAN NEAL JOHNSON,
APPELLANT

**CASE NO.: 6D2025-1634**
L.T. NO.: 2024-CA-001046

V.

CHRISTINA LEE JOHNSON,
APPELLEE.

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1634 September 16,

Stacey Pectol
Clerk

cc:
POLK CLERK
ALAN BRENT GEOHAGAN

WALTER C. THOMAS, JR.

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 12, 2025

BRYAN NEAL JOHNSON,
          APPELLANT

**CASE NO.: 6D2025-1634**
L.T. NO.: 2024-CA-001046

V.

CHRISTINA LEE JOHNSON,
          APPELLEE.

## BY ORDER OF THE COURT:

This Court's order issued October 24, 2025, is vacated as having been issued due to clerical error. Appellant has filed a notice of voluntary dismissal. However, Appellee's motion for attorney's fees, docketed July 15, 2025, remains pending. Within ten days from the date of this order, Appellee may file a response that addresses whether Appellee seeks a ruling on the motion for attorney's fees. If Appellee files no response within the time allowed, the motion for attorney's fees will be denied without further notice and this appeal will be dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1634 November 12, 2025

**Stacey Pectol**
Clerk

cc:
POLK CLERK
ALAN BRENT GEOHAGAN

WALTER C. THOMAS, JR.

# EXHIBIT

M-20

## Rachel Sankin and James Dawson v. Broadway (LMT), LLC
## DCA Case No.: 6D2025-2422

| Field | Detail |
|---|---|
| Exhibit Number | M-20 |
| DCA Case Number | 6D2025-2422 |
| Lower Tribunal | 2025-CC-008163 |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Order to transmit; DCA status report demanded; Filing fee order |

Filing # 232724171 E-Filed 10/01/2025 11:14:54 AM

IN THE CIRCUIT/COUNTY COURT OF THE __TENTH__ JUDICIAL CIRCUIT
IN AND FOR __POLK__ COUNTY, FLORIDA

__BROADWAY LMT LLC__
Plaintiff/Petitioner or In the Interest of

vs.

__JAMES DAWSON__
Defendant//Respondent

FILED IN THIS OFFICE CASE NO. __2025CC - 008163 - A000 - BA__

OCT 01 2025

CLERK CIRCUIT COURT

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived

1. I have __4__ dependents. (Include only those persons you list on your U.S. Income tax return.)
Are you Married?...Yes..(No)   Does your Spouse Work?...Yes....No    Annual Spouse Income? $_____

2. I have a net income of $__5200__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly (X) monthly ( ) yearly ( ) other _____.
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

Second Job ....................................Yes $__~~1200~~__ (No)    Veterans' benefits...................................Yes $__0__ (No)
Social Security benefits                                               Workers compensation............................Yes $__0__ (No)
  For you.............................Yes $__0__ (No)    Income from absent family members ......Yes $__0__ (No)
  For child(ren) ....................Yes $__0__ (No)    Stocks/bonds.........................................Yes $__0__ (No)
Unemployment compensation .........Yes $__0__ (No)    Rental income ......................................Yes $__0__ (No)
Union payments ............................Yes $__0__ (No)    Dividends or interest............................Yes $__0__ (No)
Retirement/pensions.......................Yes $__0__ (No)    Other kinds of income not on the list ......Yes $__0__ (No)
Trusts .......................................Yes $__0__ (No)    Gifts.....................................................Yes $__0__ (No)

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

Cash......................................Yes $__120.00__ No    Savings account ....................................(Yes) $__15.00__ No
Bank account(s) ...........................Yes $____ (No)    Stocks/bonds.........................................Yes $____ No
Certificates of deposit or                                       Homestead Real Property*.....................Yes $____ No
Money market accounts ...............Yes $____ (No)    Motor Vehicle*......................................(Yes) $__2500.00__ No
Boats* .......................................Yes $____ (No)    Non-homestead real property/real estate* ......Yes $____ No
                                              Other assets*                                Yes $____ No

Check one: I ( ) DO (X) DO NOT expect to receive more assets in the near future.  The asset is_____.

5. I have total liabilities and debts of $__4942.00__ as follows: Motor Vehicle $__75/m (ins)__ Home $__1000/m__, Boat
$__0__, Non-homestead Real Property $__0__, Child Support paid direct $__0__, Credit Cards
$__300.00__, Medical Bills $__300.00/m__, Cost of medicines (monthly) $__300.00__, Other $__2967/m. STUDENT LOAN CELL SISTER'S mortgage__

6. I have a private lawyer in this case. ........___Yes    (X) No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on _____, 20__25__.

__1989__    __6287__
Year of Birth    Last 4 digits of Driver License or ID Number
Email address: __DAWS.J.F@outlook.com__
__130 S. MASSACHUSETTS AVE SUITE 407, LAKELAND FL 33801__
Address: Street, City, State, Zip Code

_____
Signature of Applicant for Indigent Status
Print Full Legal Name __JAMES DAWSON__
Phone Number/s: __(718) 414 - 9304__

This form was completed with the assistance of: _____
                              Clerk/Deputy Clerk/Other authorized person.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on __10 - 1__, 20__25__

Stacy M. Butterfield
Clerk of the Circuit Court
By __[signature]__, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS.
Sign here if you want the judge to review the clerk's decision _____

Updated 5/1/2019

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SIXTH DISTRICT

December 9, 2025

RACHEL SANKIN AND JAMES DAWSON,

APPELLANTS

V.

BROADWAY (LMT), LLC,
APPELLEE.

**CASE NO.: 6D2025-2422**
L.T. NO.: 2025-CC-008163

### BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2422 December 9, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
JAMES DAWSON

MARK LIPPMAN
RACHEL SANKIN



**Stacy M. Butterfield**
**Clerk Of The Circuit Court**

**INVOICE**

Please Remit To:
Appeals Department
Drawer CC-12, P.O. Box 9000
Bartow, FL 33831-9000

Make Check Out To:
Polk County Clerk Of Courts

Received Of: James Dawson & Rachel Sankin
Address: P.O. Box 560
New York, NY 10038

Date: 11/20/2025
Case No.: 53-2025CC-008163-A000-BA
Appeal No: 6D2025-2422

James Dawson & Rachel Sankin
VS.
Broadway (LMT)

| Code | Cost | Quantity | Total |
|---|---|---|---|
| Cover Pages & Certificates BCO124 | $7.00 | 2 | $14.00 |
| Pleadings – BCO88 | $3.50 | 28 | $98.00 |
| Copy Of Notice Of Appeal, Copy Of Progress Docket & Copies Of Index– 12120 | $1.00 / pg. | 22 | $22.00 |
| Certifying Copy of Notice of Appeal – BCO118 | $2.00 | 1 | $2.00 |
| Appeal Filing Fee – BSC6 | 281.00 | X | $0.00 |
| | | TOTAL | $136.00 |

Filing # 237065724 E-Filed 12/04/2025 05:12:57 PM

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

BROADWAY (LMT), LLC, a Florida limited
liability company,
    Plaintiff,

v.
                                   CASE NO.: 2025 CC 008163

RACHEL SANKIN and
JAMES DAWSON,
    Defendants.

_____/

## MOTION FOR ISSUANCE OF WRIT OF POSSESSION

COMES NOW Plaintiff, BROADWAY (LMT), LLC, ("Plaintiff"), by and through the

undersigned attorney, and moves the Court to enter an order directing the Clerk of Court to issue a

Writ of Possession to Plaintiff, and in support thereof states as follows:

1. Plaintiff filed a Complaint alleging grounds for eviction against Defendants.

2. Defendants were properly served.

3. An Order of Default Judgment of Possession was entered by the presiding Judge on

    September 29, 2025.

4. The Writ of Possession was submitted to the Clerk for issuance on September 30, 2025.

5. Defendants filed a Notice of Appeal on or about October 1, 2025.

6. Defendants filed an Amended Verified Motion for Stay on October 19, 2025.

7. The Sixth District Court of Appeals entered an order on October 31, 2025 denying

    Defendants' Amended Verified Motion for Stay.

8. As of the date of this motion, there is no stay in place preventing the Clerk from issuing

    the Writ of Possession.

WHEREFORE, Plaintiff asks this court to enter an Order directing the Clerk of Court to issue to Plaintiff an Writ of Possession for the property at 130 S Massachusetts Ave., Apt. 407, Lakeland, FL 33801.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2025, the foregoing was submitted for filing to the Clerk of the Courts by using the Florida Courts E-Filing Portal which will send a Notice of Electronic Filing to the Electronic Service Recipients of record, in accordance with Florida Rules of Judicial Administration 2.516, and by U.S. Mail to: Rachel Sankin and James Dawson, 130 S Massachusetts Ave., Apt. 407, Lakeland, FL 33801 and to James Dawson at daws.j.e@outlook.com.

Respectfully,

/s/ Mark R. Lippman
Mark R. Lippman, Esq.
Florida Bar No.: 244030
1000 Legion Place, Suite 750
Orlando, FL 32801
407-648-4213 (Phone)
407-839-3948 (Fax)
Attorney for Plaintiff
Primary:       filings@llopa.com
Secondary:    mlippman@llopa.com

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SIXTH DISTRICT

January 7, 2026

RACHEL SANKIN AND JAMES DAWSON,

**APPELLANTS**

V.

**CASE NO.: 6D2025-2422**
L.T. NO.: 2025-CC-008163

BROADWAY (LMT), LLC,
APPELLEE.

### BY ORDER OF THE COURT:

Because Appellants failed to comply with this Court's December 9, 2025 order, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2422   January 7, 2026

Stacey Pectol
Clerk

cc:

POLK CLERK
JAMES DAWSON
MARK LIPPMAN
RACHEL SANKIN

## EXHIBIT

M-21

## Cheryl L. Williams v. State of Florida
## DCA Case No.: 6D2025-2424

| Field | Detail |
|---|---|
| Exhibit Number | M-21 |
| DCA Case Number | 6D2025-2424 |
| Lower Tribunal | 2022-CF-008402 |
| Case Type | Circuit Criminal — J&S |
| Status | Open |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Order to transmit; DCA status report demanded (Criminal context) |

Filing # 233494949 E-Filed 10/13/2025 12:25:24 PM

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA

**STATE OF FLORIDA,**
        **Plaintiff,**

        **CASE NO.:  CF22-8402-XX**
        **COURT APPOINTED**

**CHERYL LYNN WILLIAMS,**
        **Defendant.**
_____/

## MOTION FOR FINDING OF INDIGENCE FOR PURPOSE OF PAYING COSTS FOR APPEAL

Defendant, **CHERYL LYNN WILLIAMS**, through undersigned counsel, moves the Court to find her indigent for the purpose of paying the costs of her appeal, and as grounds therefor states:

1.      Defendant was previously found indigent by the Court.

2.      Defendant has been sentenced to life in prison.  She has no income or income source from which to pay the costs of her appeal.

3.      Based upon the forgoing Defendant moves the Court to find her indigent for the purpose of paying the costs of her appeal.

**WHEREFORE,** Defendant moves the Court to find her indigent for the purpose of paying the costs of her appeal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-filing to the Office of the State Attorney, Post Office Box 9000, Drawer SA, Bartow, Florida 33831, on this 11th day of October, 2025.

/s/**Robin H. Stevenson**
_____
**ROBIN H. STEVENSON**
**Attorney for Defendant**
**Florida Bar No. 0977470**
**1125 East Main Street**
**Bartow, Florida 33830**
**863-669-8565 Telephone**
**rhstevensonlaw@gmail.com**

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 2, 2025

CHERYL L. WILLIAMS,
   APPELLANT
V.

**CASE NO.: 6D2025-2424**
L.T. NO.: 2022-CF-008402

STATE OF FLORIDA,
   APPELLEE.

## BY ORDER OF THE COURT:

  The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

  I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2424 December 2, 2025

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

Case 8:25-cv-03229-JLB-CPT  Document 52-2  Filed 04/01/26  Page 27 of 89 PageID
773
Case 8:25-cv-03229-JLB-CPT  Document 40-1  Filed 03/06/26  Page 140 of 202
PageID 343



**STACY M. BUTTERFIELD, CPA**

Clerk of the Circuit Court & Comptroller
Polk County, Florida

Drawer CC-10
Post Office Box 9000
Bartow, FL 33831-9000

(863) 534-4000 Phone
(863) 534-4137 Fax

www.polkcountyclerk.net

Stacey Pectol, Clerk
Sixth District Court of Appeal
811 E Main St.
Lakeland, FL 33801

11/25/2025

Re: CHERYL L WILLIAMS, Appellant, vs. STATE OF FLORIDA, Appellee
Case No.: 53-2022-CF-008402-A000-XX
Appeal No.: 6D2025-2424

## NOTICE OF INABILITY TO COMPLETE THE RECORD

To Whom it May Concern:

We are unable to prepare and serve the appellate record prescribed by
rule 9.200 within 50 days of the filing of the Notice of Appeal. As of
11/25/2025, the following proceedings designated for transcription have not
been filed with the Clerk:

| Case Event Notes |
| --- |
| |
| JURY SELECTION & TRIAL PROCEEDINGS HELD 09/09/25-09/11/25 (MARANDA SULLIVAN-WEST / LEWIS & LONG COURT REPORTING) |

All other proceedings requested in the Designations to the Court Reporter have
been received.

Thank you,

Stacy M. Butterfield, CPA
Polk County Clerk of the Circuit
Court & Comproller

By: /S/T. Medler
Deputy Clerk

CC: DCA, AG, PD, Lewis & Long Court Reporting

EXHIBIT

M-22

## Nicholas James Filippone v. State of Florida
### DCA Case No.: 6D2025-2975

| Field | Detail |
|-------|--------|
| Exhibit Number | M-22 |
| DCA Case Number | 6D2025-2975 |
| Lower Tribunal | 2025-MM-001543 |
| Case Type | County Criminal — Dom. Violence |
| Status | Open |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Criminal payment-conditioned record transmission mechanism; Record transmission tied to payment |

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR ___Polk___ COUNTY, FLORIDA    CASE NO. 25MM001543

STATE OF FLORIDA    vs.

Filippone, Nicholas
Defendant/Minor Child

## APPLICATION FOR CRIMINAL INDIGENT STATUS

[✓] I AM SEEKING THE APPOINTMENT OF THE PUBLIC DEFENDER    OR

[ ] I HAVE A PRIVATE ATTORNEY OR AM SELF-REPRESENTED AND SEEK DETERMINATION OF INDIGENCE STATUS FOR COSTS

**Notice to Applicant:** The provision of a public defender/court appointed lawyer and costs/due process services are not free. A judgment and lien may be imposed against all real or personal property you own to pay for legal and other services provided on your behalf or on behalf of the person for whom you are making this application. There is a $50.00 fee for each application filed. If the application fee is not paid to the Clerk of the Court within 7 days, it will be added to any costs that may be assessed against you at the conclusion of this case. If you are a parent/guardian making this affidavit on behalf of a minor or tax-dependent adult, the information contained in this application must include your income and assets.

1. I have __0__ dependents. *(Do not include children not living at home and do not include a working spouse or yourself.)*
2. I have a take home income of $ __570__ paid (✓)weekly (_)bi-weekly (_)semi-monthly (_)monthly (_) yearly
   *(Take home income equals salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered support payments)*
3. I have other income paid (_)weekly (_)bi-weekly (_)semi-monthly (_)monthly (_)yearly: (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No.")

| | | | |
|---|---|---|---|
| Social Security benefits ...Yes $_____ (No) | Veterans' benefit...Yes $_____ (No) |
| Unemployment compensation ...Yes $_____ (No) | Child support or other regular support from |
| Union funds...Yes $_____ (No) | family members/spouse...Yes $_____ (No) |
| Workers compensation...Yes $_____ (No) | Rental income...Yes $_____ (No) |
| Retirement/pensions...Yes $_____ (No) | Dividends or interest...Yes $_____ (No) |
| Trusts or gifts...Yes $_____ (No) | Other kinds of income not on the list...Yes $_____ (No) |

4 I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash ...Yes $_____ (No) | Savings ...(Yes) $ 545,--- No |
| Bank account(s)...Yes $_____ (No) | Stocks/bonds ...Yes $_____ (No) |
| Certificates of deposit or | *Equity in homestead real estate ...Yes $ 15.--- No |
| money market accounts ...Yes $_____ (No) | *Equity in non-homestead real estate ...Yes $_____ (No) |
| *Equity in motor vehicles ...(Yes) $ 12 u.-- No | |
| *Equity in boats/other tangible property...Yes $_____ (No) | *include expectancy of an interest in such property |

5. I have a total amount of liabilities and debts in the amount of $ 300,000

6. I receive: *(Circle "Yes" or "No.")*
   Temporary Assistance for Needy Families-
   Cash Assistance ...Yes (No)    Poverty- related veterans' benefits ...Yes (No)
   Supplemental Security Income (SSI) ...Yes (No)

7. I have been released on bail in the amount of $ __0__ . __Cash __Surety  Posted by: __Self __Family __Other

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 27.52, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this Application is true and accurate.

__1/6/26__
Signed on

__12/17/85__
Year of Birth

__4570__
Last four digits of Driver's License or ID Number

Signature of applicant for indigent status
Print full legal name: __Nicholas Filippone__
Address: __6858 Shimmering Dr.__
City, State, Zip: __Lakeland, FL 33813__
Phone number: __863 602 4065__
E-mail Address: __Wonderpill @ gmail.com__

---

**CLERK DETERMINATION**
[✓] Based on the information in this Application, I have determined the applicant to be ([✓]) Indigent ([ ]) Not Indigent
[✓] The Public Defender is hereby appointed to the case listed above until relieved by the Court
Dated this __6__ day of __January__, 20__26__

_____
Clerk of the Circuit Court, by Deputy Clerk

This form was completed with the assistance of:

_____
Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT INDIGENT MAY SEEK REVIEW BY ASK... if you want the judge to review the clerk's decision of not indigent. _____

RECEIVED AND FILED

JAN 06 2026

STACY M. BUTTERFIELD, CLERK

Florida Supreme Court Form 3.984, Updated 5/1/19

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

February 3, 2026

NICHOLAS JAMES FILIPPONE,                **CASE NO.: 6D2025-2975**
           APPELLANT                L.T. NO.: 2025-MM-001543

V.

STATE OF FLORIDA,
           APPELLEE.
_____

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2975 February 3, 2026

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY                    LISA BETH LOTT
GENERAL                                    10TH CIRCUIT PUBLIC DEFENDER
POLK CLERK



## STACY M. BUTTERFIELD, CPA

Clerk of the Circuit Court & Comptroller
Polk County, Florida

Drawer CC-10
Post Office Box 9000
Bartow, FL 33831-9000

(863) 534-4000 Phone
(863) 534-4137 Fax

www.polkcountyclerk.net

---

Stacey Pectol, Clerk
Sixth District Court of Appeal
811 E Main St.
Lakeland, FL 33801

02/03/2026

Re: NICHOLAS J FILIPPONE, Appellant, vs. STATE OF FLORIDA, Appellee
Case No.: 53-2025-MM-001543-A000-BA
Appeal No.: 6D2025-2975

### NOTICE OF INABILITY TO COMPLETE THE RECORD

To Whom it May Concern:

We are unable to prepare and serve the appellate record prescribed by
rule 9.200 within 50 days of the filing of the Notice of Appeal. The Notice of
Appeal was filed 11/25/2025, but the Designations to the Court Reporter were
not filed until 01/13/2026. We are currently waiting for the following designated
transcripts to be filed with the Clerk:

- Trial and Sentencing held 11/05/2025 (ECR)

Also, please review the attached Court Minutes from 01/30/2026 regarding the
defendant's indigency and representation.

Thank you,

Stacy M. Butterfield, CPA
Polk County Clerk of the Circuit
Court & Comptroller

By: /S/T. Medler
Deputy Clerk

CC: DCA, AG, PD, DEFT, ECR

ILED POLK COUNTY CLERK OF COURT - 02/03/2026 03:12:43 PM

## IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA

**STATE OF FLORIDA**                              **DATE: 1/30/2026**
**vs.**
**DEFENDANT:** NICHOLAS J FILIPPONE
**CASE NO.:** 53-2025-MM-001543-A000-BA

**ASSIGNED JUDGE:** VACANT JUDGE          **START TIME:** 8:43 AM
                                          **END TIME:** 8:47 AM

### COURT MINUTES
Status Hearing

**STATE ATTORNEY:** Victoria Hacking
**COUNSEL PRESENT FOR DEFENDANT:** JB THORNHILL
**PRESIDING JUDGE:** PATTEY, HOPE M

**Minutes from today's hearing are captured by ECR (Electronic Court Reporting) unless otherwise specified.**

**Recap:**

Other: Defendant present with an attorney.

Other: STATUS HEARING>HELD

Other: DEFT FOUND TO BE NOT INDIGENT

Other: THE COURT WITHDRAWS THE PD'S SERVICES FROM CASE

Other: DEFT TO HIRE AN ATTORNEY

Other: CASE ON APPEAL. NO COURT DATE SET AT THIS TIME.

Count 1 - MF VIOL INJUNCTION PROTECTION DOMESTIC VIOLENCE 741.31(4A)

**Next Court Date(s), if any:**

| Event Date | Event Time | Event Type | Court Location |
|------------|------------|------------|----------------|
|            |            |            |                |

C. Landress, Deputy Clerk

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,

IN AND FOR POLK COUNTY, FLORIDA

Nicholas J Filippone,                    )
     Defendant, Appellant             )          Case No:  6D25-2975
                                      )          L.T. Case No: 25MM-001543
                                      )
                                      )
v                                        )
                                      )
STATE OF FLORIDA,                        )
                                      )
     Plaintiff, Appellee              )

## STATUS REPORT

The Office of the Electronic Court Reporter was advised of a Designation to Court Reporter on January 15,2026. The court file showed the Public Defender was appointed so we sent out the November 5, 2025 trial date for transcription.

On February 3, 2026, this office learned that the Court withdrew the Public Defender's Office on January 30, 2026 and advised the Defendant he was to hire his own attorney.

The Designation to Court Reporter is now on hold until we receive a deposit.

I hereby certify that the following parties were e-served:

Polk County Clerk of Court
Public Defender's Office
Office of Attorney General

Dated this 4th day of February 2026.

*Susan Grubba*

Susan Grubba
Electronic Court Reporting Services Manager
Florida's Tenth Judicial Circuit
P.O. Box 9000-Drawer J-124
Bartow, Florida 33831-9000
(863) 534-4009
Fax (863) 534-2599

ILED POLK COUNTY CLERK OF COURT - 02/25/2026 08:09:41 AM

## IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA

**STATE OF FLORIDA**
**vs.**
**DEFENDANT:** NICHOLAS J FILIPPONE
**CASE NO.:** 53-2025-MM-001543-A000-BA
**ASSIGNED JUDGE:** VACANT JUDGE

**DATE:** 1/30/2026

**START TIME:** 8:43 AM
**END TIME:** 8:47 AM

**COURT MINUTES**
Status Hearing

**STATE ATTORNEY:** Victoria Hacking
**COUNSEL PRESENT FOR DEFENDANT:** JB THORNHILL
**PRESIDING JUDGE:** PATTEY, HOPE M

**Minutes from today's hearing are captured by ECR (Electronic Court Reporting) unless otherwise specified.**

**Recap:**

Other: Defendant present with an attorney.

Other: STATUS HEARING>HELD

Other: DEFT FOUND TO BE NOT INDIGENT

Other: THE COURT WITHDRAWS THE PD'S SERVICES FROM CASE

Other: DEFT TO HIRE AN ATTORNEY

Other: CASE ON APPEAL. NO COURT DATE SET AT THIS TIME.

Count 1 - MF VIOL INJUNCTION PROTECTION DOMESTIC VIOLENCE 741.31(4A)

**Next Court Date(s), if any:**

| Event Date | Event Time | Event Type | Court Location |
|------------|------------|------------|----------------|
|            |            |            |                |

C. Landress, Deputy Clerk

## EXHIBIT

M-23

## Nathaniel Borders v. State of Florida
### DCA Case No.: 6D2024-2406

| Field | Detail |
|---|---|
| Exhibit Number | M-23 |
| DCA Case Number | 6D2024-2406 |
| Lower Tribunal | 2023-CA-005321 |
| Case Type | Circuit Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | No clerk response; Record deficiencies; Criminal-adjacent |

Filing # 182324562 E-Filed 09/21/2023 11:46:56 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

Case No.:   53-2023-CA-005321
Section:    30

NATHANIEL BORDERS,
        Petitioner,

v.

THE STATE ATTORNEY;
THE FLORIDA DEPARTMENT
OF LAW ENFORCEMENT,
        Respondents.

_____/

## ORDER TREATING "MOTION FOR LEAVE TO PROCEED INFORMA PAUPERS/ AFFIDAVIT OF INDIGENT BY PETITIONER" AS INDIGENCY APPLICATION AND ORDER DIRECTING THE POLK COUNTY CLERK OF COURT TO DETERMINE INDIGENCY STATUS OF PETITIONER

THIS MATTER came before the Court on the Petitioner's "Motion for Leave to Proceed Informa Paupers [sic]/Affidavit of Indigent by Petitioner," filed on August 2, 2023. Indigency status is determined by the Clerk.

It is, therefore, ORDERED that the "Motion for Leave to Proceed Informa Paupers [sic]/Affidavit of Indigent by Petitioner," filed on August 2, 2023, shall be treated as an indigency application. Additionally, the Polk County Clerk of Court is DIRECTED to review the Petitioner's indigency application and determine his indigency status.

**ORDERED** in Polk County, Florida on Thursday, September 21, 2023.

53-2023-CA-005321-0000-00 09/21/2023 11:27:40 AM

James Yancey, Circuit Judge
53-2023-CA-005321-0000-00 09/21/2023 11:27:40 AM

Copies:
- Nathaniel Borders, ID # 2126634, c/o Polk County Jail, 2390 Bob Phillips Rd., Bartow, FL 33830 **and**
        P.O. Box 1848, Pinellas Park, FL 33780

JAY/cmh-l

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

April 12, 2024

CASE NO.: 6D24-0117
L.T. No.: 2023-CA-005321

NATHANIEL BORDERS          v.     STATE OF FLORIDA

Appellant / Petitioner(s),                     Appellee / Respondent(s).

---

**BY ORDER OF THE COURT:**

The affidavit of insolvency and subsequent motion filed in this original proceeding persuade this court that petitioner is insolvent, and petitioner is accordingly declared insolvent within the meaning of chapter 57, Florida Statutes, for purposes of the filing fee associated with this petition. This determination is subject to rebuttal by respondent within twenty days, and is subject to further review by this court as the case proceeds.

I hereby certify that the foregoing is a true copy of the original court order.

Stacey Pectol
Clerk

cc:

ATTORNEY GENERAL, TAMPA              NATHANIEL BORDERS
STACY BUTTERFIELD, CLERK

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 12, 2024

NATHANIEL BORDERS,              **CASE NO.: 6D2024-2406**
                APPELLANT       L.T. NO.: 2023-CA-005321

V.

STATE OF FLORIDA,
                APPELLEE.

### BY ORDER OF THE COURT:

This appeal has been filed without the filing fee required under section 35.22(2)(a), Florida Statutes. Within twenty days of this order, Appellant shall forward the required $300.00 filing fee or, if applicable, an order or certificate from the lower tribunal finding Appellant indigent. Failure to comply with this order will result in the dismissal of this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2406 November 12, 2024

**Stacey Pectol**
**Clerk**

cc:

CRIM  APP  TAMPA  ATTORNEY       NATHANIEL BORDERS
GENERAL                          POLK CLERK

LEGAL
MAIL

Case 8:25-cv-03229-JLB-CPT    Document 52-2    Filed 04/01/26    Page 41 of 89 PageID
787
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 154 of 202
PageID 357

Nathaniel Borders   85/81X
PO IL Correctional Institution
10800 Evans Road — BI-151-S
Polk City, Florida 33868

MAILED FROM A STATE
CORRECTIONAL INSTITUTION
7 DEC 2024

TAMPA FL 335
SAINT PETERSBORG FL

RECEIVED
DEC 09 2024
CLERK DISTRICT COURT OF APPEAL
SIXTH DISTRICT

LEGAL
MAIL

District Court of Appeal
Sixth  District

811 East Main Street

Lakeland, Florida 33801

33801-512511

## In the District Court of Appeal
## Sixth District, Florida

_Nathaniel Borders_
Petitioner(s)

v. _State of florida_
Respondent(s)

```
RECEIVED
DEC 09 2024
CLERK DISTRICT COURT OF APPEAL
SIXTH DISTRICT
```

Case No.: _602024-2406_

## Motion for Leave to Proceed in Forma
## Pauperis/Affidavit of Indigency by Petitioner

Petitioner _Nathaniel Borders_ respectfully moves this Court for an order permitting him/her to proceed in forma pauperis. Petitioner submits the following financial affidavit of indigency.

1. I have __2__ dependents. (Include only whom you list on your U.S. Income tax return.)

Names and ages of dependents:

_____

Are you married? _NO_

If yes, does your spouse work? _____

If yes, what is your spouse's annual income? $ _____

2. I have a net income* of $ __∅__

How often is your net income paid? __∅__ (For example: weekly, every two weeks, monthly, yearly, other.)

*Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.

3. I have other income totaling $ __∅__. If you have other income, please mark the amount of other income from the most applicable source from the list below and write how often it is paid.

• Second job $ __∅__

How often is it paid? _____

•Social Security benefit
  oFor you $ _ ∅
        How often is it paid? _____
  oFor your child(ren) $__∅__
        How often is it paid? _____
•Unemployment compensation $ ∅
   How often is it paid? _____
•Union payments $ __∅__
   How often is it paid? _____
•Retirement/pensions $ __∅__
   How often is it paid? _____
•Trusts $ __∅__
   How often is it paid? _____
•Veterans' benefits $ __∅__
   How often is it paid? _____
•Workers compensation $ ∅
   How often is it paid? _____
• Income from absent family members $ __∅__
   How often is it paid? _____
• Stocks/Bonds $ ∅
   How often is it paid? _____
•Rental income $ __∅__
   How often is it paid? _____
•Dividends or interest $ ∅
   How often is it paid? _____
•Gifts $ __∅__
   How often is it received? _____
• Other kinds of income not on the list $ __∅__
   How often is it paid? _____

**4. I have assets totaling $ __∅__ .** If you have assets, please mark the amount of the assets by the most applicable type from the list below. For asset types marked with *, list any loans on those assets in paragraph 5 later in this form.
  •Cash $ __∅__
  •Savings account $ ∅

• Bank account(s) $ _Ø_
• Stocks/bonds $ _Ø_
• Certificates of deposit or money market accounts $ _Ø_
• Homestead Real property* $ _Ø_
• Motor vehicle* $ _Ø_
• Boats* $ _Ø_
• Non-homestead real property/real estate* $ _Ø_
• Other tangible/intangible assets $ _Ø_

Do you expect to receive more assets in the future? _NO_
If you do, the asset is _____

5. I have total liabilities and debts of $ _Ø_ . List creditors and amount owed:

6. If you have been convicted of a crime and are incarcerated, you must complete the questions in this paragraph and attach the required copy of your inmate trust account.
My inmate number is: _837898_
List your monthly expenses:

Amount currently held in your inmate trust account $ _Ø_ . Attach photocopy of your trust account records for the preceding six (6) months or for whole time of incarceration, whichever period is shorter.

I certify that I _____ (insert 'have' or 'have not') been adjudicated indigent under section 57.081, 57.085 or 28 U.S.C. § 1915. If you "have" been adjudicated indigent and it occurred twice in the preceding three (3) years, you are required to list each suit, action, claim, proceeding, or appeal which you have intervened in any court or other adjudicatory forum in the proceeding five years. (This list is only required if you have been adjudicated indigent twice in the past three years.)

I file writ of mandamus twice in this court
Attach extra sheet(s) if necessary. April 12, 2024  6024-0117

I, _Nathaniel Borders_, assert that I am presently unable to pay court costs and fees, and under penalty of perjury, I swear or affirm that all statements in this affidavit are true and complete.

7. I understand that I may be required to make payments for fees and costs to the clerk in accordance with § 57.082(5) or § 57.085, Florida Statutes, as provided by law. A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under § 57.082, Florida Statutes, commits a misdemeanor of the first degree, punishable as provided in § 775.082 or § 775.083, Florida Statutes. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signature of applicant for indigent status: _Nathaniel Borders_

Printed name of applicant: _Nathaniel Borders_

Address of applicant: _Polk Correctional Inst. 10800 Evans Rd. Polk City, Fl, 33868_

Date signed: _12-3-2024_

## CERTIFICATE OF SERVICE

I certify that a copy of this motion/affidavit has been provided to the following opposing counsel/parties

_Crim. App Tampa Attorney General_
by (explain if sent by mail/email/fax/delivery/correctional institutional official)

_by U.S. mail deliver by correctional officer_
at the following address(es)

_District court of Appeal Sixth District Lakeland Fla._

on the following date _12-4-2024_

Filer's Signature: _Nathaniel Borders_

Form amended 11/10/2020

**◼ IBSS042**                    **Inmate Trust Fund Account**           **12/2/24 3:59:27 PM**

## Account Summary

**Account Type:**
INMATE TRUST FUND  ∨

**Account ID:**
837898   [Confirm]

**Account Name:**
BORDERS, NATHANIEL  ∨   [Search]

**Current Facility:**
POLK C.I.

**Housing:**
B1151S

**Dependents:**
NO

**AKA:**
BORDERS, NATHANIEL  ∨

**Date of Birth:**
09/05/1956

**EOS Release Date:**
05/28/2025

**Cash Draw Card:**
NO  ∨

**Account Status:**
ACTIVE  ∨

**As of Date:**
04/14/2024

**Verified Veteran:**
NO

**Release Card:**
NO  ∨

**Current Balance:**
$0.00

**Hold Balance:**
$0.00

**Withdrawals in Suspense:**
$0.00

**Spendable Balance:**
$0.00

**Unposted Deposits:**
$0.00

**Lien Balance:**
$12.78

**Canteen Limit:**
$0.00

**Savings Balance:**
$0.00

**Eligible for Release Payment:**

**Current COP Balance:**
$0.00

**Dependent Balance:**
$0.00

[Submit]  [Rebuild Balances]
[Satisfy Liens]

[Retrieve]  *Transaction Date:* 05/02/2024

| Transaction Date | Transaction Type | Status | Facility | Reference Number | + / - | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/06/2024 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | WEEKLY DRAW | - | $0.12 | $284.42 |

http://aco18/ib/ibss042.asp                                      12/2/2024

Case 8:25-cv-03229-JLB-CPT    Document 52-2    Filed 04/01/26    Page 47 of 89 PageID
793
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 160 of 202
PageID 363

Page 2 of 3

| 05/15/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240514 | - | $66.99 | $217.43 |
|---|---|---|---|---|---|---|---|
| 05/20/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240519 | - | $32.99 | $184.44 |
| 05/20/2024 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | WEEKLY DRAW | - | $1.00 | $183.44 |
| 05/23/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240522 | - | $22.80 | $160.64 |
| 05/25/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240524 | - | $39.85 | $120.79 |
| 05/27/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240526 | - | $11.40 | $109.39 |
| 05/27/2024 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | WEEKLY DRAW | - | $0.74 | $108.65 |
| 05/29/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240528 | - | $28.86 | $79.79 |
| 06/03/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240602 | - | $35.76 | $44.03 |
| 06/03/2024 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | WEEKLY DRAW | - | $0.65 | $43.38 |
| 06/09/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240608 | - | $11.01 | $32.37 |
| 06/10/2024 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 58020240609 | - | $32.09 | $0.28 |
| 06/10/2024 | PROCESSING FEE W/D | PROCESSED | CENTRAL OFFICE | 20240610 | - | $0.28 | $0.00 |
| 08/09/2024 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0808240909RR | - | $0.00 | $0.00 |

Case 8:25-cv-03229-JLB-CPT    Document 52-2    Filed 04/01/26    Page 48 of 89 PageID
794
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 161 of 202
PageID 364

**Page 3 of 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/17/2024 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 1016241028RR | - | $0.00 | $0.00 |
| 11/07/2024 | LEGAL POSTAGE WD | PROCESSED | CENTRAL OFFICE | 2024110501 | - | $0.00 | $0.00 |
| 11/07/2024 | LEGAL POSTAGE WD | PROCESSED | CENTRAL OFFICE | 2024110502 | - | $0.00 | $0.00 |
| 11/07/2024 | LEGAL POSTAGE WD | PROCESSED | CENTRAL OFFICE | 2024110503 | - | $0.00 | $0.00 |

Next 50 Transactions          Prior 50 Transactions

http://aco18/ib/ibss042.asp                                                     12/2/2024

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
SIXTH DISTRICT**

March 7, 2025

NATHANIEL BORDERS,
                APPELLANT

V.

STATE OF FLORIDA,
                APPELLEE.

**CASE NO.: 6D2024-2406**
L.T. NO.: 2023-CA-005321

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2406 March 7, 2025

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL

NATHANIEL BORDERS
POLK CLERK

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

April 17, 2025

NATHANIEL BORDERS,
      APPELLANT,

**CASE NO.: 6D2024-2406**
L.T. NO.: 2023-CA-005321

V.

STATE OF FLORIDA,
      APPELLEE.

### BY ORDER OF THE COURT:

Because Appellant failed to comply with this Court's orders docketed March 4, 2025, and March 7, 2025, which required Appellant to ensure the transmission of the record on appeal and to file an initial brief, or another response if appropriate, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2024-2406 April 17, 2025

**Stacey Pectol**
Clerk

cc:

CRIM APP TAMPA ATTORNEY GENERAL
NATHANIEL BORDERS
POLK CLERK

Case 8:25-cv-03229-JLB-CPT    Document 52-2    Filed 04/01/26    Page 51 of 89 PageID
797
Case 8:25-cv-03229-JLB-CPT    Document 40-1    Filed 03/06/26    Page 164 of 202
PageID 367

## EXHIBIT

M-24

### Todd Michael Jackson v. State of Florida
### DCA Case No.: 6D2025-1042

| Field | Detail |
|---|---|
| Exhibit Number | M-24 |
| DCA Case Number | 6D2025-1042 |
| Lower Tribunal | 2020-CF-002033 |
| Case Type | Circuit Criminal — J&S |
| Status | Open |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | Record non-transmission; Procedural irregularities (Criminal) |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

July 15, 2025

TODD MICHAEL JACKSON,
    APPELLANT

V.

STATE OF FLORIDA,
    APPELLEE.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1042 July 15, 2025

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

Case 8:25-cv-03229-JLB-CPT   Document 52-2   Filed 04/01/26   Page 53 of 89 PageID
799
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 166 of 202
PageID 369

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

July 31, 2025

TODD MICHAEL JACKSON,
                APPELLANT

V.

STATE OF FLORIDA,
                APPELLEE.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

**BY ORDER OF THE COURT:**

Upon consideration of the status report docketed July 29, 2025, the clerk of the lower tribunal shall transmit the record on appeal to this Court on or before September 5, 2025, or shall file a notice of inability to do so specifying the reason.

I hereby certify that the foregoing is a true copy of the original court order.

6D20                    2025

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

RECEIVED AND FILED

JUL 3 1 2025

STACY M. BUTTERFIELD, CLERK

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 8, 2025

TODD MICHAEL JACKSON,
APPELLANT

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

V.

STATE OF FLORIDA,
APPELLEE.

## BY ORDER OF THE COURT:

Within ten days from the date of this order, Lewis & Long Court Reporting shall file a status report on the preparation of the transcripts in this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D20_____ October 8, 202____

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK
LEWIS & LONG COURT
REPORTING AND SERVICE OF
PROCESS

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER



**STACY M. BUTTERFIELD, CPA**

Clerk of the Circuit Court & Comptroller
Polk County, Florida

Drawer CC-10
Post Office Box 9000
Bartow, FL 33831-9000

(863) 534-4000 Phone
(863) 534-4137 Fax

www.polkcountyclerk.net

Stacey Pectol, Clerk
Sixth District Court of Appeal
811 E Main St.
Lakeland, FL 33801

06/21/2025

Re: TODD MICHAEL JACKSON, Appellant, vs. STATE OF FLORIDA, Appellee
Case No.: 53-2020-CF-002033-A000-XX
Appeal No.: 6D2025-1042

## NOTICE OF INABILITY TO COMPLETE THE RECORD

To Whom it May Concern:

We are unable to prepare and serve the appellate record prescribed by rule 9.200 within 50 days of the filing of the Notice of Appeal. As of 06/21/2025, the following proceedings designated for transcription have not been filed with the Clerk:

| Case Event Notes |
| --- |
| Jury Trial and Sentencing Proceedings held 04/21/25-04/29/25 (Vivian Deveroux / Lewis & Long Court Reporting) |

All other proceedings requested in the Designations to the Court Reporter have been submitted.

Thank you,

Stacy M. Butterfield, CPA
Polk County Clerk of the Circuit
Court & Comptroller

By: /S/T. Medler
Deputy Clerk

CC: DCA, AG, PD, Lewis & Long Court Reporting

FED POLK COUNTY CLERK OF COURT - 06/21/2025 10:50:00 AM

Case 8:25-cv-03229-JLB-CPT   Document 52-2   Filed 04/01/26   Page 56 of 89 PageID
802
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 169 of 202
PageID 372

Filing # 222294028 E-Filed 05/02/2025 11:09:08 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NO.: 2020 CF 2033                    APPEAL CASE NO.:_____

STATE OF FLORIDA,                          PUBLIC DEFENDER APPOINTMENT

   Plaintiff,

vs.

TODD MICHAEL JACKSON,

   Defendant.
_____/

## DESIGNATION TO THE COURT REPORTER

TO:  ELECTRONIC COURT REPORTER          TO:  VIVIAN DEVEROUX
     (jlevasseur@jud10.flcourts.org)          Lewis & Long Court Reporting
     Post Office Box 9000, Drawer J-124         and Process Service, LLC
     Bartow, FL 33831-9000                    206 Easton Drive, #101
                                              Lakeland, FL 33803

You will please transcribe and file with the Clerk of the Court in triplicate:

1.  The Electronic Court Reporter shall transcribe the proceedings of the Status and Motions in Limine hearing from April 4, 2025 before the Honorable J. Kevin Abdoney, Judge of the Circuit Court of Polk County, Florida.

2.  The Electronic Court Reporter shall transcribe the proceedings of the Status and Motions in Limine hearing from April 17, 2025 before the Honorable J. Kevin Abdoney, Judge of the Circuit Court of Polk County, Florida.

3.  Court reporter Vivian Deveroux, Lewis & Long Court Reporting, shall transcribe the proceedings of the Jury Trial and Sentencing from April 21, 22, 23, 24, 28, and 29, 2025 before the Honorable J. Kevin Abdoney, Judge of the Circuit Court of Polk County, Florida.

2020CF002033A000XX - Received in Polk 05/02/2025 11:11 AM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

to the State Attorney's Office at felonypolk@sao10.com,. to the Public Defender's Office at

pdefile@pd10.state.fl.us, and to the Attorney General's Office at

crimapptpa@myfloridalegal.com by e-service on May 2, 2025.

Respectfully submitted,

**/s/ BRADLEY T. WILSON**
*Brewer & Wilson, PLLC*
Attorney for Defendant
310 E. Main Street
Bartow, FL 33830
Telephone: (863) 658-3833
Florida Bar No. 98177

efile@brewerandwilson.com
bwilson@brewerandwilson.com

**2020CF002033A000XX - Received in Polk 05/02/2025 11:11 AM**

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

July 31, 2025

TODD MICHAEL JACKSON,
          APPELLANT

V.

STATE OF FLORIDA,
          APPELLEE.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

## BY ORDER OF THE COURT:

Upon consideration of the status report docketed July 29, 2025, the clerk of the lower tribunal shall transmit the record on appeal to this Court on or before September 5, 2025, or shall file a notice of inability to do so specifying the reason.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1042, 2025

**Stacey Pectol**
**Clerk**

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

RECEIVED AND FILED

JUL 3 1 2025

STACY M. BUTTERFIELD, CLERK

Case 8:25-cv-03229-JLB-CPT   Document 52-2   Filed 04/01/26   Page 59 of 89 PageID
805
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 172 of 202
PageID 375

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
SIXTH DISTRICT**

September 10, 2025

TODD MICHAEL JACKSON,                   **CASE NO.: 6D2025-1042**
                APPELLANT                L.T. NO.: 2020-CF-002033
V.

STATE OF FLORIDA,
                APPELLEE.

**BY ORDER OF THE COURT:**

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D20          September 10,

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY          LISA BETH LOTT
GENERAL                          10TH CIRCUIT PUBLIC DEFENDER
POLK CLERK

Case 8:25-cv-03229-JLB-CPT   Document 52-2   Filed 04/01/26   Page 60 of 89 PageID
806
Case 8:25-cv-03229-JLB-CPT   Document 40-1   Filed 03/06/26   Page 173 of 202
PageID 376

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 8, 2025

TODD MICHAEL JACKSON,
                    APPELLANT
V.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

STATE OF FLORIDA,
                    APPELLEE.

## BY ORDER OF THE COURT:

Within ten days from the date of this order, Lewis & Long Court Reporting shall file a status report on the preparation of the transcripts in this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~~~~~~~ October 8, 202~

Stacey Pectol
Clerk

cc:

CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK
LEWIS & LONG COURT
REPORTING AND SERVICE OF
PROCESS

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

October 27, 2025

TODD MICHAEL JACKSON,
          APPELLANT

V.

STATE OF FLORIDA,
          APPELLEE.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

### BY ORDER OF THE COURT:

Upon consideration of the response docketed October 23, 2025, Lewis & Long Court Reporting shall deliver the transcripts to the lower tribunal within twenty days from the date of this order or, alternatively, shall file a status report in this Court within twenty days if the transcripts cannot be so delivered.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1042 October 27, 2025

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LEWIS & LONG COURT REPORTING
LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 25, 2025

TODD MICHAEL JACKSON,
        APPELLANT

V.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

STATE OF FLORIDA,
        APPELLEE.

### BY ORDER OF THE COURT:

Within ten days from the date of this order, the clerk of the lower tribunal shall file a status report on the preparation of the record in this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~2021042~~ November 25, 2025

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

FED POLK COUNTY CLERK OF COURT - 11/25/2025 02:19:27 PM

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 3, 2025

| | |
|---|---|
| TODD MICHAEL JACKSON, | **CASE NO.: 6D2025-1042** |
| APPELLANT | L.T. NO.: 2020-CF-002033 |
| V. | |
| STATE OF FLORIDA, | |
| APPELLEE. | |

### BY ORDER OF THE COURT:

Within ten days from the date of this order, Lewis & Long Court Reporting shall file a status report on the preparation of the transcripts in this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~2341042~~ December 3, 2025

**Stacey Pectol**
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LEWIS & LONG COURT REPORTING
LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

December 22, 2025

TODD MICHAEL JACKSON,
APPELLANT

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

V.

STATE OF FLORIDA,
APPELLEE.

## BY ORDER OF THE COURT:

Lewis & Long Court Reporting has failed to comply with this Court's order issued December 1, 2025. Within five days from the date of this order, Lewis & Long Court Reporting shall file a status report on the preparation of the transcripts in this case. If Lewis & Long Court Reporting fails to timely comply with this order, Lewis & Long Court Reporting risks sanctions. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-1042 December 22, 2025

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK

LEWIS & LONG COURT REPORTING
LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

February 26, 2026

TODD MICHAEL JACKSON,
APPELLANT

V.

STATE OF FLORIDA,
APPELLEE.

**CASE NO.: 6D2025-1042**
L.T. NO.: 2020-CF-002033

### BY ORDER OF THE COURT:

Within fifteen days from the date of this order, Lewis & Long Court Reporting shall file a status report on the preparation of the transcripts in this case.

I hereby certify that the foregoing is a true copy of the original court order.

6D20~~~~~~ February 26, 2026

Stacey Pectol
Clerk

cc:
CRIM APP TAMPA ATTORNEY
GENERAL
POLK CLERK
LEWIS & LONG COURT
REPORTING

LISA BETH LOTT
10TH CIRCUIT PUBLIC DEFENDER

ILED POLK COUNTY CLERK OF COURT - 02/26/2026 03:46:44 PM

# EXHIBIT

M-25

## Michelle T. Martin v. Dinorah Monge as Trustee
### DCA Case No.: 6D2025-2471

| Field | Detail |
|---|---|
| Exhibit Number | M-25 |
| DCA Case Number | 6D2025-2471 |
| Lower Tribunal | Polk County |
| Case Type | County Civil — Landlord/Tenant |
| Status | Closed |
| Comparator Category | Materially Similar Comparator — Notice of Inability |
| Primary Failure Mode | Clerk filed Notice of Inability to Complete Record — direct admission of failure |

Filing # 237585867 E-Filed 12/12/2025 09:53:51 AM

Filing # 232910063 E-Filed 10/06/2025 09:22:18 AM

IN THE CIRCUIT/COUNTY COURT OF THE ___TENTH___ JUDICIAL
CIRCUIT IN AND FOR ___POLK___ COUNTY, FLORIDA

CASE NO. ___25-CC-06322___

DINORAH MONGE
Plaintiff/Petitioner or in the Interest of
vs.

MICHELLE T. MARTIN
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived. 1. I have __3__ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?..X.Yes....No   Does your Spouse Work?...Yes...X.No Annual Spouse Income? $__0__

2. I have a net income of $__0__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly (X) monthly ( ) yearly ( ) other _____.(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly (√) monthly ( ) yearly ( ) other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Second Job | Yes $_____ No | Veterans' benefits | Yes $_____ | No |
| Social Security benefits | | Workers compensation | Yes $_____ | No |
| For you | Yes $ 1047 No | Income from absent family members | Yes $_____ | No |
| For child(ren) | Yes $_____ No | Stocks/bonds | Yes $_____ | No |
| Unemployment compensation | Yes $_____ No | Rental income | Yes $_____ | No |
| Union payments | Yes $_____ No | Dividends or interest | Yes $_____ | No |
| Retirement/pensions | Yes $_____ No | Other kinds of income not on the list | Yes $_____ | No |
| Trusts | Yes $_____ No | Gifts | Yes $_____ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Cash | Yes $ 25 No | Savings account | Yes $_____ | No |
| Bank account(s) | Yes $ 50 No | Stocks/bonds | Yes $_____ | No |
| Certificates of deposit or | | Homestead Real Property* | Yes $_____ | No |
| Money market accounts | Yes $_____ No | Motor Vehicle* | Yes $_____ | No |
| Boats* | Yes $_____ No | Non-homestead real property/real estate* | Yes $_____ | No |
| | | Other assets* | Yes $_____ | No |

Check one: I ( ) DO (√) DO NOT expect to receive more assets in the near future. The asset is_____

5. I have total liabilities and debts of $__11,000__ as follows: Motor Vehicle $_____, Home $_0__, Boat $____0____. Non-homestead Real Property $__0__, Child Support paid direct $__0__, Credit Cards $__10,000__. Medical Bills $__0__, Cost of medicines (monthly) $__100__, Other $_____.

6. I have a private lawyer in this case.........___Yes   √ No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on _OCTOBER 1_, 2025_.

__1967__        __9110__
Year of Birth    Last 4 digits of Driver License or ID
Number Email address: mlmatin863@gmall.com

Signature of Applicant for Indigent Status Print Full
Legal Name Michelle Martin
Phone Number/s: _863-331-7894_

Address: Street, City, State, Zip Code _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

**CLERK'S DETERMINATION**
Based on the information in this Application, I have determined the applicant to be (√) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Stacy M. Butterfield

Dated on _December 18_ 20 25    Clerk of the Circuit Court
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

07/01/2014 · upd 7-20-18



2025CC-006322-A000-BA        Received in Polk 10/06/2025 09:28 AM

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

February 3, 2026

MICHELLE T. MARTIN,
    APPELLANT

V.

DINORAH MONGE AS TRUSTEE OF
THE MONGE LIVING TRUST,
    APPELLEE.

**CASE NO.: 6D2025-2471**
L.T. NO.: 2025-CC-006322

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2471. February 3, 2026

Stacey Pectol
Clerk

cc:
POLK CLERK
J. CONRAD GRANT
PERRY GALL GRUMAN

MICHELLE T. MARTIN
ROSS MICHAEL MABERY

Filing # 241408062 E-Filed 02/10/2026 01:01:22 PM



## *Stacy M. Butterfield, CPA*

*Clerk of the Circuit Court and County Comptroller*

*Polk County, Florida*

Post Office Box 9000
Bartow, FL 33831-9000

(863)534-2538 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

CIVIL APPEALS

February 10, 2026

### NOTICE OF INABILITY TO COMPLETE THE RECORD

Re: Michelle T. Martin Appellant -vs Dinorah Monge as Trustee of the Monge Living Trust, Appellee

Appeal No. 6D25-2471 Case No. 2025CC-6322-A000-BA

We are unable to prepare and serve the appellate record prescribed by rule 9.200 within 110 days of the filing of the Notice of Appeal. As of February 10, 2026, we are still waiting on payment for the preparation of record on appeal. The invoice for preparation costs was mailed to the parties on December 8, 2025 seq 38 and seq 39 (copy attached).

As soon as the payment is received in our office, we will be able to transmit the record on appeal.

Very Truly Yours,

STACY BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT &
COUNTY COMPTROLLER, IN AND
FOR POLK COUNTY, FL

By /s/ Martha Pullo

Deputy Clerk

C: 6th DCA, Attorney(s) for Appellant(s), Attorney(s) for Appellee(s)

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

# EXHIBIT

## M-26

## Leovani Perez v. Portfolio Recovery Associates, LLC
## DCA Case No.: 6D2025-2129

| Field | Detail |
|---|---|
| Exhibit Number | M-26 |
| DCA Case Number | 6D2025-2129 |
| Lower Tribunal | 2024-CC-009274 |
| Case Type | County Civil — Other |
| Status | Closed |
| Comparator Category | Materially Similar Comparator |
| Primary Failure Mode | DCA order: clerk shall transmit record or file Notice of Inability specifying reason |

Stacy M. Butterfield
Clerk Of The Circuit Court

INVOICE

Please Remit To:
Appeals Department
Drawer CC-12, P.O. Box 9000
Bartow, FL 33831-9000

Make Check Out To:
Polk County Clerk Of Courts

Received Of: Leovani Perez
Address: 8930 Oakwood Dr.
          Lake Wales, Fl 33898-7259

Date: 10/17/2025
Case No.: 53-2024CC-009274-0000-00
Appeal No: 6D2025-2129

Leovani Perez
VS.
Portfolio Recovery Associates, LLC

| Code | Cost | Quantity | Total | |
|---|---|---|---|---|
| Cover Pages & Certificates BCO124 | $7.00 | 2 | $14.00 | |
| Pleadings – BCO88 | $3.50 | 26 | $91.00 | |
| Copy Of Notice Of Appeal, Copy Of Progress Docket & Copies Of Index– 12120 | $1.00 / pg. | 18 | $18.00 | |
| Certifying Copy of Notice of Appeal – BCO118 | $2.00 | 1 | $2.00 | |
| Appeal Filing Fee – BSC6 | 281.00 | X | $0.00 | |
| | | TOTAL | $125.00 | |

# PAYMENT PLAN

LEOVANI PEREZ

Pay Plan Number: 2025001373
Case Number: 2024CC009274000000
Other Reference:
Reference Number: 24CC9274
Cashier Code: BCO124

## FEE DETAIL

| PNum | Code | Description | Amt Due |
|---|---|---|---|
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77118CO | SB1790 - Certify Copies 77118 | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77124 | SB1790-Wrt Ppr Sign Seal 77124 | $1.00 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77124 | SB1790-Wrt Ppr Sign Seal 77124 | $1.00 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 12120 | copies-county civil 12120 | $18.00 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 1 | 77088CO | SB1790 - Prep # Idx Appl Proc | $0.50 |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 |
| 2 | 12124 | writing paper - co civ 12124 | $6.00 |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 |

## PAYMENT DISTRIBUTION

| Pay Date | Pay Amt |
|---|---|
| 10/17/2025 | $63.00 |
| 10/24/2025 | $62.00 |
| TOTAL: | $125.00 |

# PAYMENT PLAN

LEOVANI PEREZ

Pay Plan Number: 2025001373
Case Number: 2024CC009274000000
Other Reference:
Reference Number: 24CC9274
Cashier Code: BCO124

PAYMENT DISTRIBUTION

FEE DETAIL

| PNum | Code | Description | Amt Due | Pay Date | Pay Amt |
|------|------|-------------|---------|----------|---------|
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12088 | BA prep #index or rec of appel | $3.00 | | |
| 2 | 12124 | writing paper - co civ 12124 | $6.00 | | |
| 2 | 12118 | CTY C/COPIES 12118 | $1.50 | | |
| | | TOTAL : | $125.00 | | |

## INDEX STATEMENTS

**Bill # :  1096**

**2025-2129 / 53-2024CC-009274-0000-00**

| Volume | Description | Fee/Doc | DocCnt | Number Atty | Other Fee | Amount |
|---|---|---|---|---|---|---|
| VOLUME 1 | COVER | $7.00 | 1 | | $.00 | $7.00 |
| VOLUME 1 | PLEADINGS | $3.50 | 26 | | $.00 | $91.00 |
| VOLUME 1 | COPY OF NOTICE OF APPEAL | $1.00 | 8 | | $.00 | $8.00 |
| VOLUME 1 | CERTIFYING COPY OF NAL | $2.00 | 1 | | $.00 | $2.00 |
| VOLUME 1 | PROGRESS DOCKET | $1.00 | 2 | | $.00 | $2.00 |
| | | | | | SubTotal : | $110.00 |
| SERVICE INDEX | NO PAGES | $1.00 | 4 | 2 | $.00 | $8.00 |
| SERVICE INDEX | CERTIFICATE | $7.00 | 1 | | $.00 | $7.00 |
| | | | | | SubTotal : | $15.00 |
| | | | | | TOTAL : | $125.00 |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

November 25, 2025

LEOVANI PEREZ,
           APPELLANT

V.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,
           APPELLEE.

**CASE NO.: 6D2025-2129**
L.T. NO.: 2024-CC-009274

## BY ORDER OF THE COURT:

The lower tribunal has not transmitted the record on appeal to this Court. Within twenty days from the date of this order, Appellant shall ensure that the clerk of the lower tribunal transmits the record on appeal or, alternatively, file a response that shows cause why this appeal should not be dismissed for failing to ensure the transmission of the record. If the record is not transmitted or Appellant fails to file a response within the time allowed, this case may be dismissed without further notice or opportunity to be heard. Fla. R. App. P. 9.410.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2129 November 25, 2025

Stacey Pectol
Clerk

cc:
POLK CLERK
BRYAN PATRICK HERNANDEZ
LEOVANI PEREZ

ROBERT ERIC SICKLES
SHAYNA L. SINGER

## Stacy M. Butterfield, CPA

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-12
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4490 Phone
(863)534-4465 Fax

www.polkcountyclerk.net

**CIVIL APPEALS**

12/02/2025

Stacey Pectol
Clerk District Court of Appeal
Sixth District
Post Office Box 327
Lakeland, Florida 33802

RE:   Portfolio Recovery Associates, Llc Appellant -vs Leovani Perez, Appellee
Appeal No. 6D25-2129 Case No. 2024CC-009274-0000-00

Dear Ms. Pectol:

In response to Order Received on November 25, 2025.  The following status report is submitted.

As of 11/25/2025, The Service Copy Index and Invoice were mailed out to the Appellant (seq 45 & 46) There is still an amount due for the Record.  Once payment is made or an arrangement for payment for the Record then the Record will be uploaded.

If you have any further questions, please contact us at 863-534-4490.

Yours very truly,

STACY M. BUTTERFIELD
Clerk Circuit Court
Polk County, Florida

By /s/ Martha Pullo
Deputy Clerk

*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SIXTH DISTRICT

December 29, 2025

LEOVANI PEREZ,
          APPELLANT

V.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,
          APPELLEE.

**CASE NO.: 6D2025-2129**
L.T. NO.: 2024-CC-009274

**BY ORDER OF THE COURT:**

Because Appellant failed to comply with this Court's order issued November 25, 2025, this case is dismissed.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-2129 December 29, 2025

Stacey Pectol
Clerk

cc:

POLK CLERK
BRYAN PATRICK HERNANDEZ
LEOVANI PEREZ
ROBERT ERIC SICKLES
SHAYNA L. SINGER

# EXHIBIT

M-27

## Trinity Kai McCall v. Greg Evans
### DCA Case No.: 6D2025-0986

| Field | Detail |
|---|---|
| Exhibit Number | M-27 |
| DCA Case Number | 6D2025-0986 |
| Lower Tribunal | 2020-CC-002645 |
| Case Type | County Civil — Certiorari |
| Status | Closed |
| Comparator Category | SPECIAL EXHIBIT — Civil Rights / Liberty |
| Primary Failure Mode | Bodily attachment (civil contempt arrest warrant) issued without purge provision. DCA quashed. Clerk processed facially void order. Citizens illegally jailed. |

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SIXTH DISTRICT

June 24, 2025

TRINITY KAI MCCALL,
               PETITIONER

V.

GREG EVANS,
              RESPONDENT.

**CASE NO.: 6D2025-0986**
L.T. NO.: 2020-CC-002645

## BY ORDER OF THE COURT:

A civil contempt order must include a purge provision. *Parisi v. Broward County*, 769 So. 2d 359, 365 (Fla. 2000); *Sosa v. Portilla*, 306 So. 3d 979, 980 (Fla. 3d DCA 2020); *Lanza v. Lanza*, 804 So. 2d 408, 409 (Fla. 4th DCA 2001). Because the trial court's order holding Petitioner in contempt did not contain a purge provision, it was invalid. Respondent failed to respond to this court's order dated May 13, 2025 directing Respondent to show cause why the Emergency Petition for Writ of Certiorari should not be granted. Based on the foregoing, the Petition for Writ of Certiorari is granted and the trial court's Writ of Bodily Attachment entered April 30, 2025 is quashed. This order does not limit the trial court from conducting later contempt proceedings in compliance with Florida law.

I hereby certify that the foregoing is a true copy of the original court order.

6D2025-0986 June 24, 2025

Stacey Pectol
Clerk

PANEL:  MIZE and GANNAM, JJ.

        WHITE, J. concurs in result only.

cc:

STEPHEN EDGAR BAILEY
POLK CLERK
MICHAEL E RAIDEN
VICTOR SMITH

Scope of Judicial Notice Requested.

Plaintiff requests judicial notice solely of the existence, contents, and procedural

posture reflected in the public appellate docket records and orders attached as

Exhibits M through M-27. Plaintiff does not request that the Court accept the truth

of any disputed factual assertions contained within those records, nor any inference

regarding motive, intent, or causation. The records are offered only to demonstrate

the existence of repeated procedural events reflected in the official appellate

record.

Demonstrative Summary of Public Records.

The statistical summary below is presented solely as a demonstrative aid to

organize and summarize the public appellate records identified in Exhibits M

through M-27. The summary reflects Plaintiff's coding and review of publicly

available docket entries and orders from the Florida Sixth District Court of Appeal

and is offered only to assist the Court in understanding the scope and frequency of

the procedural events reflected in those records.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## DANIEL BENJAMIN FLEISCHMAN,
*Plaintiff,*

**v.**

## POLK COUNTY CLERK OF COURT and
*Defendant.*

### Case No. 8:25-cv-03229-JLB-CPT

## EXHIBIT M INDEX

### MONELL PATTERN-AND-PRACTICE
### STATISTICAL SUMMARY

*Derived from Polk County,*
*Sixth District Court of Appeal*
*(6DCA) Appellate Case Data*

**Filed: March 6, 2026**

# I. PATTERN-AND-PRACTICE STATISTICAL SUMMARY

This section summarizes the key statistics derived from Polk County, Sixth District Court of Appeal (6DCA) appellate case data. The data reveal a persistent, systemic pattern of record-transmission issues that support a Monell pattern-and-practice claim under 42 U.S.C. § 1983. The figures below demonstrate that the problems are not isolated incidents but reflect a sustained, county-wide pattern of gatekeeping and delays affecting hundreds of litigants across case types and years.

# II. UNIQUE POLK COUNTY CASE METRICS

Key statistics for unique Polk County appellate cases identified in the main deduplicated workbook:

| Metric | Count | Percentage |
|---|---|---|
| Total Unique Polk-Origin 6DCA Cases (Main Deduped Workbook) | 582 | — |
| Cases Flagged: Paywall / Clerk-Invoice Mechanisms (Fee-Conditioned Record Access) | 329 | 56.5% |
| Cases Flagged: Notice of Inability to Complete Record | 170 | 29.2% |
| Cases Flagged: Show-Cause Orders (Record Transmission) | 131 | 18.4% |
| Cases in "Order – Lower Tribunal Not Transmitted Record" Worksheet | 62 | — |
| Appellants Who Applied for Indigency | 206 | 35.4% |
| Appellants Whose Indigency Was Approved (Records Still Not Transmitted) | 126 | 21.6% |

Sixth DCA "Record Not Transmitted" Orders

Across the broader compiled dataset (2023–2026), 476 separate Sixth DCA orders addressing record non-transmission were identified across 389 unique Polk County-origin cases. Of these, 206 involved criminal matters and 19 involved family law.

## III. CASE AGE AND TRANSMISSION DELAY METRICS

The prolonged delays documented below are incompatible with the concept of a ministerial duty to transmit the appellate record. The data demonstrate systemic, chronic delay—not isolated administrative oversights.

| Case Age / Delay Metric | Value |
|---|---|
| Total Polk-Coded Cases in Disposition/Delay Dataset | 568 |
| Median Case Age | 487 days (~16 months) |
| Cases Older Than 1 Year | 63.6% |
| Cases Older Than 18 Months | 42.8% |
| Cases Older Than 2 Years | 9.0% |
| Median Transmission Delay (Subset with Recorded Delays) | 88 days (~2.9 months) |
| Maximum Recorded Transmission Delay | 490 days (~16.1 months) |

*When nearly two-thirds of Polk County appeals exceed one year in age, and the maximum documented transmission delay reaches 490 days, the Clerk's office is not performing a ministerial function—it is exercising a de facto veto over the constitutional right to appellate review.*

## IV. DISPOSITION DOCUMENT METRICS

Disposition statistics reflect document-level counts. The total count exceeds the number of unique cases because multiple terminal documents may exist per case (e.g., an order plus a subsequent opinion or rehearing disposition).

| Disposition Category | Count |
|---|---|
| Total Disposition Documents (Polk County) | 918 |
| Dispositions by Order | 410 |
| Dispositions by Opinion | 508 |

### Dispositions by Order — Breakdown

| Outcome (By Order) | Count |
|---|---|
| Reversals | 19 |
| Affirmed in Part / Reversed in Part | 1 |
| Transfers | 0 |
| Denial Orders | 0 |

### Dispositions by Opinion — Breakdown

| Outcome (By Opinion) | Count |
|---|---|
| Affirmed | 471 |
| Affirmed in Part / Reversed in Part | 12 |
| Reversals | 19 |

*Note: Because the above figures represent document counts rather than
unique-case counts, merits-review percentages must be calculated after
deduplication or clearly identified as document-level counts.*

.

## V. SYSTEMIC AND STATISTICAL SIGNIFICANCE

The data demonstrate that these issues are statistically significant, persistent, and county-wide. The key findings supporting systemic significance are:

| Finding | Detail |
|---|---|
| Fee-Conditioned Access | **More than half of all Polk-origin appeals (56.5%) experienced fee-conditioned record transmission, contradicting the ministerial nature of the Clerk's duty.** |
| Indigency Conflict | 35.4% of appellants applied for indigency; 21.6% had indigency approved. Despite court-ordered fee waivers, records were still not transmitted. |
| Notice of Inability | 29.2% of cases generated a "Notice of Inability to Complete Record"— a Clerk-initiated filing that delays or kills the appeal. |
| Show-Cause Pattern | 18.4% of cases required the DCA to issue show-cause orders—an extraordinary appellate intervention triggered by Clerk non-compliance. |
| 476 DCA Orders | 476 separate DCA orders addressing record non-transmission across 389 unique Polk County-origin cases (2023–2026). 206 criminal, 19 family law. |
| Chronic Delay | Median case age: 487 days. 63.6% exceed one year. Maximum transmission delay: 490 days. These durations are incompatible with ministerial duty. |
| Anchor Admission | The Clerk's own written statement: "Once payment is made then the Record will be uploaded." This paygate sentence, issued after indigency approval, is a standalone constitutional violation requiring no credibility assessment. |
| Selective Competence | Comparator Taylor Cadle's appellate record was processed in 4 days. Plaintiff Fleischman's record was obstructed for 118+ |

|  | days. Same Clerk's office. This proves intentional policy, not administrative failure. |

## VI. MONELL LIABILITY FRAMEWORK

Under Monell v. Department of Social Services, 436 U.S. 658 (1978), a municipality is liable under 42 U.S.C. § 1983 when a constitutional violation results from an official custom, policy, or practice. The statistical evidence presented above satisfies this standard through three independent pathways:

| Monell Pathway | Evidentiary Support |
| --- | --- |
| Pattern and Practice | 582 unique Polk cases; 476 DCA orders across 389 cases documenting record non-transmission;<br><br>56.5% fee-gating rate;<br><br>29.2% inability notices;<br><br>18.4% show-cause interventions.<br><br>Volume and repetition across years and case types establish widespread custom. |
| Deliberate Indifference | The Clerk's paygate admission post-indigency approval shows conscious disregard for constitutional obligations. |
| Final Policymaker Ratification | Defendant Butterfield is an elected constitutional officer (Fla. Const. Art. VIII, § 1(d)) with final policymaking authority over record transmission.<br><br>Written directive conditioning record upload on payment constitutes official policy. |

## VERIFICATION UNDER 28 U.S.C. § 1746

I, Daniel Benjamin Fleischman, declare under penalty of perjury under the laws of the United States that the foregoing statistical compilation was prepared from data obtained from the Florida Sixth District Court of Appeal ACIS system and the Polk County Clerk of Court public records. The methodology involved systematic collection, deduplication, and coding of appellate case records. I swear to the accuracy of the compilation methodology, not to legal conclusions drawn from the data.

Date: _March 6, 2026_

_Daniel Benjamin Fleischman_
Daniel Benjamin Fleischman, Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing Plaintiff's Request for Judicial Notice and this Exhibit M-Index was served upon counsel for Defendant and/or the Defendant via the method prescribed by the Court, and a copy was mailed to:

Clerk of Court, U.S. District Court for the Middle District of Florida, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

March 6, 2026

*Daniel Benjamin Fleischman*