APR 1 2026 AM 11:54
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**

    Plaintiff,

v.                       Case No. 8:25-cv-03229-JLB-CPT

**POLK COUNTY CLERK OF COURT**

    Defendants.

---

### PLAINTIFF'S RENEWED MOTION FOR JUDICIAL NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO FEDERAL RULE OF EVIDENCE 201

Plaintiff Daniel Benjamin Fleischman respectfully moves this Court, pursuant to Federal Rule of Evidence 201, for judicial notice of the following supplemental authority and public records. This renewed motion corrects the procedural deficiency identified in the Court's Endorsed Orders at Dockets 42 and 43 (entered March 12, 2026), which denied Plaintiff's prior requests without prejudice for failure to comply with Local Rule 3.01(g).

### I. CONFERRAL CERTIFICATE

Pursuant to Local Rule 3.01(g), Plaintiff's counsel conferred with Defendant's counsel, Jonathan B. Trohn, Esq., regarding this motion. Mr. Trohn was contacted via email on [DATE OF CONFERRAL]. **Defendant's position: [CONSENT / NO OBJECTION / OPPOSED / NO RESPONSE RECEIVED].**

### II. FACTS SUBJECT TO JUDICIAL NOTICE

The following facts are subject to judicial notice under Fed. R. Evid. 201(b) because they are not subject to reasonable dispute in that they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

#### A. Systematic Pattern and Practice of Appellate Record Transmission Failures

**1.** Public docket records from the Florida District Courts of Appeal reflecting hundreds of orders stating "lower tribunal has not transmitted the record" in cases originating from Polk

County, concentrated in the First and Sixth District Courts of Appeal. These are public judicial records whose accuracy cannot reasonably be questioned.

**2.** The written admission of Deputy Clerk Martha Pullo, dated [DATE], stating: "Once payment is made then the Record will be uploaded," conditioning appellate record transmission on payment in direct contravention of Plaintiff's approved indigency status under Florida Statutes §§ 57.081 and 57.082(6).

## B. Related Federal Action ·

**3.** The docket and publicly filed pleadings in *Cadle v. Judd et al.*, Case No. 8:25-cv-02790-KKM-SPF (M.D. Fla.), which involves overlapping Monell pattern-and-practice claims against Polk County institutions and shares a direct evidentiary link to the core claims in this action.

## C. Polk County's Mandatory Ministerial Duties

**4.** Florida Statutes § 57.081 (Waiver of Fees for Indigent Persons) and § 57.082(6) (Determination of Civil Indigent Status), which impose mandatory ministerial duties on the Clerk of Court and are not subject to reasonable dispute as published statutory text.

### III. ARGUMENT

Under Federal Rule of Evidence 201(b), a court may take judicial notice of a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts routinely take judicial notice of public records, court filings, and published statutes. *See Universal Express, Inc. v. SEC*, 177 F. App'x 52, 53 (2d Cir. 2006); *Horne v. Potter*, 392 F. App'x 800, 802 (11th Cir. 2010).

The records identified above are directly relevant to the Monell pattern-and-practice claims at the heart of this action and support Plaintiff's opposition to Defendant's Motion to Dismiss (Dkt. 39). Taking judicial notice of these facts will assist the Court in evaluating whether the Amended Complaint (Dkt. 12) states a plausible claim for relief under 42 U.S.C. § 1983.

### IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court take judicial notice of the facts and records identified herein pursuant to Federal Rule of Evidence 201, and for such other relief as the Court deems just and proper.

Respectfully submitted,

_____    March 31 2026

**Daniel Benjamin Fleischman**
Plaintiff, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Tel: (724) 462-5730
Email: OperationReunification@gmail.com