Align top of FedEx® shipping label here.

ORIGIN ID:TPFA  (724) 462-5730
DANIEL BENJAMIN FLEISCHMAN

18 WILLOW TREE EST

NEW BRIGHTON, PA 15066
UNITED STATES US

SHIP DATE: 31MAR26
ACTWGT: 0.15 LB
CAD: 6995105/SSFE2701

BILL CREDIT CARD

TO  **SAM S GIBBONS COURTHOUSE**
**CLERKS OFFICE**
**801 N FLORIDA AVE**

**TAMPA FL 33602**

(813) 301-6400          REF:
INV:
PO:                              DEPT:



**FedEx**
Express

E

THU – 02 APR 5:00P
** 2DAY **

TRK# 0201  **3801 2819 8390**

**34 TAMPG**

**KYOA 33602**
FL–US  **TPA**

velope

ycle me



**This envelope is only f**

You can help us get your
items securely. Need he

Check your FedEx shipp
or the conditions of carr
of liability.

© 2025 FedEx 155475/155



PAP 21

Please recycle. See how
and resourceful ways a
may vary by location.



Scan to learn how we
can help make Earth
a priority together.



r FedEx Express® shipments.

package safely to its destination by packing your
? Go to **fedex.com/packaging** for packing tips.

ng document, the current FedEx Service Guide,
age for complete terms, conditions, and limits

76 REV 2/25

we are connecting the world in responsible
**fedex.com/sustainability**. Recycling options

▼ Insert shipping
  document here.