APR 1 2026 AM 11:55
FILED - USDC - FLMD - TPA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**

    Plaintiff,

v.                        Case No. 8:25-cv-03229-JLB-CPT

**POLK COUNTY CLERK OF COURT**

    Defendants.

---

## PLAINTIFF'S SUPPLEMENTAL CONFERRAL CERTIFICATE
## PURSUANT TO LOCAL RULE 3.01(g)(3)
## RE: MOTION FOR SEVEN-DAY EXTENSION OF TIME (DKT. 45)

Plaintiff Daniel Benjamin Fleischman files this Supplemental Conferral Certificate pursuant to Local Rule 3.01(g)(3) and in compliance with the Court's Endorsed Order at Docket 48, entered March 30, 2026, and states as follows:

**1.** On March 25, 2026, Plaintiff sent a written conferral email to Defendant's counsel, Jonathan B. Trohn, Esq., pursuant to Local Rule 3.01(g)(1), regarding Plaintiff's intended Motion for a Seven-Day Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 39).

**2.** On March 27, 2026, at 4:05 PM, Mr. Trohn responded in writing via email as follows: "I have no objection to your 7 day extension request, and you may advise the Court of that."

**3.** Accordingly, **Defendant consents** to Plaintiff's Motion for a Seven-Day Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 45). The motion is unopposed.

**4.** This supplement is filed within the deadline set by the Court's Endorsed Order (Dkt. 48) requiring compliance no later than April 3, 2026.

Respectfully submitted,

_____

**Daniel Benjamin Fleischman**

Plaintiff, Pro Se

4885 McKnight Road #123

Pittsburgh, PA 15237

Tel: (724) 462-5730

Email: OperationReunification@gmail.com

March 31 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was served via U.S. Mail and/or email upon:

Jonathan B. Trohn, Esq.

Campbell, Trohn, Tamayo & Aranda, P.A.

1701 South Florida Avenue

Lakeland, FL 33803

Email: j.trohn@cttalaw.com

_____  March 31 2026

**Daniel Benjamin Fleischman**

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was served via U.S. Mail and/or email upon:

Jonathan B. Trohn, Esq.

Campbell, Trohn, Tamayo & Aranda, P.A.

1701 South Florida Avenue

Lakeland, FL 33803

Email: j.trohn@cttalaw.com

_____    March 31 2026

**Daniel Benjamin Fleischman**

Plaintiff, Pro Se