APR 1 2026 AM 11:56
FILED - USDC - FLMD - TPA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,

    Plaintiff,

v.                         Case No. 8:25-cv-03229-JLB-CPT

POLK COUNTY CLERK OF COURT

    Defendants.

---

## PLAINTIFF'S SUPPLEMENTAL CONFERRAL CERTIFICATE
## PURSUANT TO LOCAL RULE 3.01(g)(3)
## RE: MOTION FOR LEAVE TO LODGE VIDEO EXHIBITS (DKT. 47)

Plaintiff Daniel Benjamin Fleischman files this Supplemental Conferral Certificate pursuant to Local Rule 3.01(g)(3) and in compliance with the Court's Endorsed Order at Docket 49, entered March 30, 2026, and states as follows:

1. On March 26, 2026, at 3:23 PM, Plaintiff sent a written conferral email to Defendant's counsel, Jonathan B. Trohn, Esq., pursuant to Local Rule 3.01(g)(1), regarding Plaintiff's intended Motion for Leave to Lodge Video Exhibits in support of Plaintiff's response to Defendant's Motion to Dismiss (Dkt. 39).

2. The conferral email described the nature of the motion: a request to conventionally file/lodge a labeled thumb drive containing video exhibits with the Clerk, while filing a corresponding PDF exhibit index, transcript excerpts, and still images on the public docket.

3. On March 27, 2026, at 4:05 PM, Mr. Trohn responded to a separate conferral email regarding Plaintiff's extension motion. In that same response, Mr. Trohn addressed the video exhibits issue, stating: "The flash drive is another matter. The PCSO and the Clerk are separate constitutional offices so I am not seeing the necessity of filing something related to the Cadle case."

4. Plaintiff construes counsel's response as indicating that **Defendant takes no position or does not consent** to the relief requested. Mr. Trohn did not state that he opposes the motion;

rather, he questioned the necessity of the filing. Plaintiff respectfully submits that the video exhibits are directly relevant to the claims and defenses in this action and are not limited to the Cadle matter.

**5.** Plaintiff has shipped the labeled thumb drive via FedEx Priority Overnight (Tracking No. 8701 4818 2616) to the Tampa Federal Court House, Care of Clerk, 801 North Florida Avenue, Tampa, FL 33602, with scheduled delivery on April 1, 2026.

**6.** This supplement is filed within the deadline set by the Court's Endorsed Order (Dkt. 49) requiring compliance no later than April 3, 2026.

Respectfully submitted,

_____ March, 31 2026

**Daniel Benjamin Fleischman**
Plaintiff, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Tel: (724) 462-5730
Email: OperationReunification@gmail.com