Combined LR 3.01(g)(3) Supplement | 8:25-cv-03229-JLB-CPT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**
                                                            Plaintiff,

v.

**POLK COUNTY CLERK OF COURT,**
                                                            Defendants.

Case No. 8:25-cv-03229-JLB-CPT

### PLAINTIFF'S SUPPLEMENT UNDER LOCAL RULE 3.01(G)(3) RE DOCS. 45 AND 47

Plaintiff files this supplement pursuant to Local Rule 3.01(g)(3) and the Court's March 30, 2026 orders regarding Doc. 45 and Doc. 47.

On [DATE] at [TIME], Plaintiff emailed defense counsel Jonathan B. Trohn at j.trohn@cttalaw.com seeking conferral regarding the relief requested in Doc. 45 and Doc. 47. Plaintiff requested a prompt response because those motions concerned a short extension of time to respond to Doc. 39 and leave to lodge the video exhibits referenced in Doc. 47.

Defense counsel did not respond before Plaintiff filed those motions. As of the filing of this supplement, Plaintiff [has not received a substantive response / received the following response: _____]. *No response yet*

Plaintiff files this supplement to remedy the Local Rule 3.01(g)(3) issue identified by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court treat this filing as Plaintiff's Local Rule 3.01(g)(3) supplement for Doc. 45 and Doc. 47 and consider those motions on the merits.

Attached as Exhibit A is a true and correct copy of Plaintiff's conferral email to defense counsel dated [DATE].

*Respectfully submitted,*

/s/ Daniel Benjamin Fleischman
Daniel Benjamin Fleischman
Plaintiff, pro se
4885 McKnight Road #123
Pittsburgh, PA 15237
724-462-5730

**CERTIFICATE OF SERVICE** *March 31st  Email*

I certify that on [DATE], I served the foregoing by [METHOD] on Jonathan B. Trohn, Campbell Trohn Tamayo & Aranda, 1701 South Florida Avenue, Lakeland, Florida 33803, j.trohn@cttalaw.com.            *March 31 2026*

/s/ Daniel Benjamin Fleischman