APR 2 2026 PM4:05
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**

*Plaintiff, Pro Se,*

v.

**POLK COUNTY CLERK OF COURT**

*Defendant.*

**Case No. 8:25-cv-03229-JLB-CPT**

Judge John L. Badalamenti

Magistrate Judge Christopher P. Tuite

---

## SUPPLEMENTAL CERTIFICATE OF CONFERRAL

### PURSUANT TO LOCAL RULE 3.01(g)(3)

*(Re Dkt. 52 — Renewed Motion for Judicial Notice of Supplemental Authority)*

Plaintiff Daniel Benjamin Fleischman, proceeding pro se, respectfully files this Supplemental Certificate of Conferral pursuant to Local Rule 3.01(g)(3) of the United States District Court for the Middle District of Florida, and states as follows:

1. On April 1, 2026, at 9:49 AM EDT, Plaintiff sent an email to Defendant's counsel, Jonathan B. Trohn, Esq., at j.trohn@cttalaw.com, pursuant to Local Rule 3.01(g)(1), conferring regarding Plaintiff's forthcoming Renewed Motion for Judicial Notice in Case No. 8:25-cv-03229-JLB-CPT.

2. In that conferral email, Plaintiff stated that the renewed motion was limited to public records and authority subject to judicial notice under Federal Rule of Evidence 201, including public appellate docket records, related public court filings, and published statutory materials relevant to the current motion-to-dismiss posture.

3. Plaintiff requested that Defendant advise whether it consented, opposed, or took no position on the motion, and noted that Plaintiff intended to file promptly if no response was received.

**4.** The Renewed Motion for Judicial Notice was filed on April 1, 2026, and docketed as Dkt. 52. At the time of filing, no response to the conferral had been received from Defendant's counsel.

**5.** On April 2, 2026, at 9:20 AM EDT, Defendant's counsel, Jonathan B. Trohn, responded via email (copying Sherry Strickland, s.strickland@cttalaw.com), stating in full:

   *"Thank you, Mr. Fleischman, please advise the Court of our objection to your Motion."*

**6.** Accordingly, Plaintiff hereby advises the Court that Defendant opposes the Renewed Motion for Judicial Notice (Dkt. 52).

**7.** A true and correct copy of the conferral email exchange is attached hereto as Exhibit A.

   WHEREFORE, Plaintiff respectfully submits this Supplemental Certificate of Conferral to comply with Local Rule 3.01(g)(3) and to ensure the Court has an accurate record of the parties' positions.

Respectfully submitted,

*Daniel Benjamin Fleischman*          April 2, 2026

**Daniel Benjamin Fleischman**
Plaintiff, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Tel: (724) 462-5730
Email: OperationReunification@gmail.com
Dated: April 2, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, and courtesy email upon:

**Jonathan B. Trohn, Esq.**

Campbell, Trohn, Tamayo & Aranda, P.A.1701 S. Florida Ave., Lakeland, FL 33803Email: j.trohn@cttalaw.com

Dated: April 2, 2026

_(signature)_ April 2, 2026

**Daniel Benjamin Fleischman**

Plaintiff, Pro Se

4885 McKnight Road #123

Pittsburgh, PA 15237

Tel: (724) 462-5730

Email: OperationReunification@gmail.com