APR 8 2026 PM3:41
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

DANIEL BENJAMIN FLEISCHMAN,

Plaintiff,

v.

**Case No. 8:25-cv-03229-JLB-CPT**

POLK COUNTY CLERK OF COURT,

Defendant.

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

### (Local Rule 3.01(j))

Plaintiff files this Notice pursuant to Local Rule 3.01(j) regarding the pending Motion to Dismiss (Dkt. 39) and Plaintiff's Opposition (Dkt. 50).

Issue supplemented: Whether Plaintiff has plausibly alleged a Monell widespread custom claim.

Supplemental authority:

1

1.  M.L.B. v. S.L.J., 519 U.S. 102, 120-24 (1996). The state may not condition appellate review on payment of fees by an indigent litigant in cases involving fundamental interests.

2.  Exhibit C (Dkt. 12, Ex. F) — Clerk status report (11/3/2025): "Once payment is made then the Record will be uploaded." Issued after indigency approved 7/8/2025 (Exhibit A; Dkt. 12, Ex. C).

3.  Connick v. Thompson, 563 U.S. 51, 62 (2011). Pattern of similar violations ordinarily necessary to establish widespread custom. Plaintiff's opposition (Dkt. 50) references 476 corrective orders across 389 Polk County-origin cases (2023-2026).

No argument or comment beyond this citation and specification is offered, in compliance with Local Rule 3.01(j).

/s/ Daniel Benjamin Fleischman

Daniel Benjamin Fleischman, Pro Se

4885 McKnight Road, #123 Pittsburgh, Pennsylvania 15237

Telephone: (724) 462-5730    Email: OperationReunification@gmail.com

Dated: April 8, 2026

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I served a true and correct copy of the foregoing upon all counsel of record by U.S. Mail, first class, postage prepaid, and by courtesy email to:

Jonathan Barnet Trohn, Esq.

Campbell Trohn Tamayo & Aranda

1701 South Florida Avenue

Lakeland, FL 33803

Email: j.trohn@cttalaw.com

/s/ Daniel Benjamin Fleischman

*April 8 2026*

 **Gmail**                                 **Daniel Fleischman <operationreunification@gmail.com>**

---

## Local Rule 3.01(g) Conferral – Renewed Motion for Judicial Notice
2 messages

---

**Daniel Fleischman** <operationreunification@gmail.com>                    Wed, Apr 1, 2026 at 9:49 AM
To: j.trohn@cttalaw.com
Bcc: Daniel Fleischman <operationreunification@gmail.com>

Counsel,

Pursuant to Local Rule 3.01(g), I write to confer regarding Plaintiff's forthcoming Renewed Motion for Judicial Notice in Case No. 8:25-cv-03229-JLB-CPT.

The renewed motion is limited to public records and authority subject to judicial notice under Federal Rule of Evidence 201, including public appellate docket records, related public court filings, and published statutory materials relevant to the current motion-to-dismiss posture.

Please advise whether Defendant consents, opposes, or takes no position.

Because the matter is time-sensitive, Plaintiff intends to file promptly if no response is received.

Thank you,

Daniel Benjamin Fleischman
Plaintiff, Pro Se

–

## Daniel Benjamin Fleischman
Loving Father • Whistleblower • Business Owner
📞 **724.462.5730 | OperationReunification@gmail.com**