UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**

Plaintiff,

v. Case No. 8:25-cv-03229-JLB-CPT

**POLK COUNTY CLERK OF COURT;**

Defendants.

_____/

APR 10 2026 PM3:56
FILED - USDC - FLMD - TPA

**PLAINTIFF'S SUPPLEMENTAL CERTIFICATE OF CONFERRAL
PURSUANT TO LOCAL RULE 3.01(g)
RE: DOCKET 62 — RENEWED MOTION FOR JUDICIAL NOTICE OF EXHIBITS**

Plaintiff Daniel Benjamin Fleischman, proceeding *pro se*, respectfully files this Supplemental Certificate of Conferral pursuant to Local Rule 3.01(g) in support of Plaintiff's **Renewed Motion for Judicial Notice of Exhibits (Docket 62)**, and states:

1. This supplement pertains exclusively and specifically to Plaintiff's **Renewed Motion for Judicial Notice of Exhibits filed at Docket 62**. This supplement does not reference, incorporate, or pertain to Docket 40, Docket 41, Docket 52, or Docket 53.

2. This supplement is filed in light of the Court's Text Order at **Docket 64** (entered April 10, 2026), which overruled Plaintiff's Rule 72(a) Objection on the ground that Plaintiff's prior conferral supplement at Docket 56 "referenced only Plaintiff's Motion at Doc. 52, not his substantially identical motion at Doc. 53." Plaintiff files this supplement to cure any docket-specific conferral mismatch by directing this certificate exclusively to **Docket 62**.

3. Before filing **Docket 62**, Plaintiff conferred in good faith with Defendant's counsel, Jonathan Barnet Trohn, Esq., regarding the relief requested. On April 1, 2026, at 9:49 AM, Plaintiff emailed Mr. Trohn at j.trohn@cttalaw.com, explained that the renewed motion would be limited to public records subject to Federal Rule of Evidence 201, and requested Defendant's position. On April 2, 2026, at 9:20 AM, Mr. Trohn responded by email, copying Sherry Strickland (s.strickland@cttalaw.com), and stated: "Thank you, Mr. Fleischman, please advise the Court of our objection to your Motion."

4. Defendant opposes the relief requested in **Docket 62**. The parties are unable to resolve

the dispute.

5. In an additional good-faith effort to eliminate any procedural dispute, Plaintiff sent a follow-up conferral email to Mr. Trohn on April 10, 2026, at 2:25 PM, specifically referencing **Docket 62**, requesting confirmation of Defendant's position, and requesting a brief Zoom conference to satisfy Local Rule 3.01(g). As of the time of this filing, Mr. Trohn has not responded to the April 10, 2026 follow-up email.

6. This supplement is filed solely to satisfy Local Rule 3.01(g) as to **Docket 62** and does not seek any relief beyond what is requested in that motion.

Dated: April 10, 2026

Respectfully submitted,

/s/ Daniel Benjamin Fleischman

**Daniel Benjamin Fleischman**

Plaintiff, Pro Se

4885 McKnight Road #123

Pittsburgh, PA 15237

Tel: (724) 462-5730

Email: operationreunification@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2026, I served a true and correct copy of the foregoing Supplemental Certificate of Conferral on all counsel of record via the Court's CM/ECF system and courtesy email:

Jonathan Barnet Trohn, Esq.

Campbell Trohn Tamayo & Aranda

1701 South Florida Avenue

Lakeland, FL 33803

j.trohn@cttalaw.com

/s/ Daniel Benjamin Fleischman