APR 17 2026 PM4:02
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

DANIEL B. FLEISCHMAN,

　　Plaintiff,

v.

POLK COUNTY CLERK OF COURT,

　　Defendant.

Case No. 8:25-cv-03229-JLB-CPT

---

## PLAINTIFF'S NOTICE OF FILING

## SUPPLEMENTAL EVIDENCE OF ONGOING CLERK OBSTRUCTION

Plaintiff Daniel B. Fleischman, proceeding pro se, hereby files this Notice to advise the Court of newly arising documentary evidence of ongoing conduct by Defendant Polk County Clerk of Court ("Clerk"). This evidence post-dates all briefing currently before the Court, including Defendant's Motion to Dismiss (ECF No. 39), Plaintiff's Opposition (ECF No. 50), Defendant's Response in Opposition

1

to Plaintiff's motions (ECF No. 70, filed April 17, 2026), and the pending motions at ECF Nos. 47, 52, and 62.

## FACTUAL BACKGROUND

1. On April 16, 2026, Plaintiff submitted two separate filings through the Florida Courts E-Filing Portal in two separate Polk County Domestic Relations/Family Division cases:

    a. Filing Reference No. 246110768, submitted at 09:49:40 AM ET in Case No. 2025DR006071A000BA (*Richey Randall v. Fleischman Daniel B*). The Portal confirmed receipt and generated an e-service notice to all parties. (Exhibit A.)

    b. Filing Reference No. 246117584, submitted at 10:33:17 AM ET in Case No. 2025DR008231A000BA (*Dos Santos Rafael v. Fleischman Daniel*). The Portal confirmed receipt and generated an e-service notice to all parties. (Exhibit C.)

2. On April 17, 2026—the same date Defendant filed its Response in Opposition (ECF No. 70)—the Clerk moved both filings to the Correction Queue within seventy-one (71) seconds of each other:

2

a. Filing 246110768 was moved to the Correction Queue at 10:11:29 AM. (Exhibit B.)

b. Filing 246117584 was moved to the Correction Queue at 10:12:40 AM. (Exhibit D.)

3. Both correction-queue notices contained identical language. Each stated, verbatim and twice: "Is barred by order of court or is otherwise incapable of being filed in the clerks case maintenance system." Each also stated: "Documents need to be filed in black and white." (Exhibits B, D.)

4. Neither correction-queue notice identified any specific court order by title, date, docket number, or issuing judge. (Exhibits B, D.)

5. The "barred by order of court" rationale was duplicated—stated twice within each individual notice—suggesting use of a canned template or automated macro rather than a case-specific determination. (Exhibits B, D.)

6. A "black and white" filing requirement is not among the seven enumerated grounds for correction-queue placement under Florida Rule of Judicial Administration 2.525(f)(1).

3

7. The attached Exhibits are records generated by the Florida Courts E-Filing Portal and are subject to judicial notice under Federal Rule of Evidence 201 as public records whose accuracy cannot reasonably be questioned. Consideration of these records does not require conversion of the pending Rule 12(b)(6) motion under Federal Rule of Civil Procedure 12(d). *See Universal Express, Inc. v. SEC*, 177 F. App'x 52, 53 (11th Cir. 2006).

4

## EXHIBIT INDEX

**Exhibit A** — April 16, 2026 E-Service Notice, Filing No. 246110768, Case No. 2025DR006071A000BA

**Exhibit B** — April 17, 2026 Correction Queue Notice, Filing No. 246110768, Case No. 2025DR006071A000BA

**Exhibit C** — April 16, 2026 E-Service Notice, Filing No. 246117584, Case No. 2025DR008231A000BA

**Exhibit D** — April 17, 2026 Correction Queue Notice, Filing No. 246117584, Case No. 2025DR008231A000BA

 Gmail

Daniel Fleischman <operationreunification@gmail.com>

---

## SERVICE OF COURT DOCUMENT CASE NUMBER 532025DR008231A000BA DOS SANTOS RAFAEL vs. FLEISCHMAN DANIEL

---

<eservice@myflcourtaccess.com>
Reply-To: <noreply@myflcourtaccess.com>

Thu, Apr 16 at 11:06 AM

Notice of Service of Court Documents

Filing Information

| | |
|---|---|
| Filing #: | 246117584 |
| Filing Time: | 04/16/2026 10:33:17 AM ET |
| Filer: | DANIEL B FLEISCHMAN 407-693-6297 |
| Court: | Tenth Judicial Circuit in and for Polk County, Florida |
| Case #: | 532025DR008231A000BA |
| Court Case #: | 2025DR008231A000BA |
| Case Style: | DOS SANTOS RAFAEL vs. FLEISCHMAN DANIEL |
| Documents | Click on the file name below to download or print your document NOW. The link expires in 14 days |

Documents

| Title | File |
|---|---|
| Notices Notice | 4.15.26 FINAL SANTOS Polk_Service_and_Docketing_Packet (2).docx.pdf |
| Exhibits And Transcripts Attachment Or Exhibit To Pleading | 2F 11.28.25 RAFAEL SANTOS MMM MERGE MOST FILES TO DATE 4 (2) (1) (3).pdf |
| | |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| DANIEL B FLEISCHMAN | OPERATIONREUNIFICATION@GMAIL.COM |
| | DANIEL@EXPONENTIALBUSINESSCOACHING.COM |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| pedro Zasciurinskis lopes | eservice@pzlopeslaw.com |
| | pedro@pzlopeslaw.com |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

**Document Access Link(s) will be active for 14 days (excluding weekends) after the Clerk accepts the submission or it is abandoned. In addition to access to the link for 14 days (excluding weekends), the documents will also be available, after acceptance by the Clerk, to counsel of record in the portal on the My Cases page, by clicking on the case number and then the document name, or by accessing the Clerk's website.**

If you are not associated with this case and wish to be removed, please click here to request to be removed from the E-service list.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:246117584;Audit#:846610299;UCN#:532025DR008231A000BA;

 Gmail

Daniel Fleischman <operationreunification@gmail.com>

---

## Filing # 246117584 filed by DANIEL B FLEISCHMAN is Not Filed – The filing is in the E-Filing Portal Correction Queue

---

<noreply@myflcourtaccess.com>                                                    Fri, Apr 17 at 10:12 AM

Please note: this is a non-monitored email address; please do not reply to this message.

Date: 04/17/2026 10:12:40 AM

Dear Florida Courts E-Filing Portal User:

Filing Reference Number 246117584 with the Polk County, Florida Domestic Relations/Family Division needs to be corrected before it can be filed.

Filing Reference Number #: 246117584
Filer:                      DANIEL B FLEISCHMAN
Status:                     Correction Queue
Filing Date/Time:           04/16/2026 10:33:17 AM
UCN:                        532025DR008231A000BA
Clerk Case #:               2025DR008231A000BA
Case Style:                 DOS SANTOS RAFAEL vs. FLEISCHMAN DANIEL
Matter #:

Please be advised that Filing Reference Number 246117584 needs to be corrected and has been moved to the Correction Queue in accordance with the Florida Supreme Court Technology Standards adopted February 2021, Section 2.2.5, Review by Clerk of Court. Filer has Thirty (30) calendar days to correct and resubmit this filing.

This action has been taken for the following reason: Is barred by order of court or is otherwise incapable of being filed in the clerks case maintenance system. Is barred by order of court or is otherwise incapable of being filed in the clerks case maintenance system. Documents need to be filed in black and white.

If you have questions concerning clarification on the corrections needed, please contact the Polk County Clerk of Court, Domestic Relations/Family Division.

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/training-materials

Thank you.
Florida Courts E-Filing Portal

# ⋈ Gmail

Daniel Fleischman <operationreunification@gmail.com>

---

## SERVICE OF COURT DOCUMENT CASE NUMBER 532025DR006071A000BA RICHEY RANDALL vs. FLEISCHMAN DANIEL B

---

<eservice@myflcourtaccess.com>
Reply-To: <noreply@myflcourtaccess.com>

Thu, Apr 16 at 9:51 AM

Notice of Service of Court Documents

Filing Information

| | |
|---|---|
| Filing #: | 246110768 |
| Filing Time: | 04/16/2026 09:49:40 AM ET |
| Filer: | DANIEL B FLEISCHMAN 407-693-6297 |
| Court: | Tenth Judicial Circuit in and for Polk County, Florida |
| Case #: | 532025DR006071A000BA |
| Court Case #: | 2025DR006071A000BA |
| Case Style: | RICHEY RANDALL vs. FLEISCHMAN DANIEL B |
| Documents | Click on the file name below to download or print your document NOW. The link expires in 14 days |

Documents

| Title | File |
|---|---|
| Notices Notice | 4.15.26 FINAL RICHEY Polk_Service_and_Docketing_Packet (2).docx.pdf |
| Exhibits And Transcripts Attachment Or Exhibit To Pleading | 1F merge SECRET DOCKET 2025-DR-006071-A000-BA RICHEY HILL ILLEGAL INJUNCTION (1).pdf |
| | |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| DANIEL B FLEISCHMAN | OPERATIONREUNIFICATION@GMAIL.COM |
| | DANIEL@EXPONENTIALBUSINESSCOACHING.COM |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| TurboCourt Filing Agent | tcefileflorida@turbocourt.com |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

**Document Access Link(s) will be active for 14 days (excluding weekends) after the Clerk accepts the submission or it is abandoned. In addition to access to the link for 14 days (excluding weekends), the documents will also be available, after acceptance by the Clerk, to counsel of record in the portal on the My Cases page, by clicking on the case number and then the document name, or by accessing the Clerk's website.**

If you are not associated with this case and wish to be removed, please click here to request to be removed from the E-service list.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:246110768;Audit#:846585961;UCN#:532025DR006071A000BA;

 Gmail

**Daniel Fleischman <operationreunification@gmail.com>**

## Filing # 246110768 Not Filed – Please Correct Filing in the E-Filing Portal Pending Queue

<noreply@myflcourtaccess.com>                                                          Fri, Apr 17 at 10:11 AM

Please note: this is a non-monitored email address; please do not reply to this message.

Date: 04/17/2026 10:11:29 AM

Dear DANIEL B FLEISCHMAN:

Your filing with the Polk County, Florida Domestic Relations/Family Division needs to be corrected before it can be filed.

Filing Reference Number #: 246110768
Status:                        Correction Queue
Filing Date/Time:              04/16/2026 09:49:40 AM
UCN:                           532025DR006071A000BA
Clerk Case #:                  2025DR006071A000BA
Case Style:                    RICHEY RANDALL vs. FLEISCHMAN DANIEL B
Matter #:

Please be advised that Filing Reference Number 246110768 needs to be corrected and has been moved to the Correction Queue in accordance with the Florida Supreme Court Technology Standards adopted February 2021, Section 2.2.5, Review by Clerk of Court. You will have Thirty (30) calendar days to correct and resubmit this filing.

Please make the following correction(s): Is barred by order of court or is otherwise incapable of being filed in the clerks case maintenance system. Is barred by order of court or is otherwise incapable of being filed in the clerks case maintenance system. Documents need to be filed in black and white.

To make these corrections, go to the My Submissions page in the Portal and search by Status: Correction Queue and then select the Filing ID link. Then correct the error by either making the advised changes or replacing the deficient document with the corrected document and resubmit the Filing. You must click the Save button on any screen to which changes were made. **If a payment is required to file your document(s), you will be required to re-enter the payment information and another payment will be charged to your credit card or ACH account. The payment you made when you initially submitted your document(s) was refunded by the Portal when the submission was returned to the Correction Queue.** For further information on correcting filings sent to the Correction Queue, please consult the E-Filing User Manual on the Florida Courts E-Filing Portal web page under the Help Menu, Training Manuals or watch the YouTube video.

If you have questions concerning clarification on the corrections needed, please contact the Polk County Clerk of Court, Domestic Relations/Family Division .

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/training-materials

Thank you.
Florida Courts E-Filing Portal

Respectfully submitted,

April 17 2024

/s/ Daniel B. Fleischman

**DANIEL B. FLEISCHMAN**

Pro Se Plaintiff

operationreunification@gmail.com

(407) 693-6297

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, including Jonathan B. Trohn, Esq., j.trohn@cttalaw.com.

/s/ Daniel B. Fleischman

**DANIEL B. FLEISCHMAN**

Pro Se Plaintiff