APR 20 2026 PM4:02
FILED - USDC - FLMD - TPA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DANIEL BENJAMIN FLEISCHMAN,

Plaintiff,

v.Case No. 8:25-cv-03229-JLB-CPT

POLK COUNTY CLERK OF COURT,

Defendant.

---

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 3.01(j)

Plaintiff Daniel Benjamin Fleischman, proceeding pro se, respectfully files this Notice of Supplemental Authority pursuant to Local Rule 3.01(j), identifying non-cumulative authorities supplementing Plaintiff's briefing on the pending motions.

### I.

**Authority:** *Chasensky v. Walker*, 740 F.3d 1088 (7th Cir. 2014) (Posner, J.).

**Issue Supplemented:** Plaintiff's Response in Opposition (Doc. 50), arguing that the Amended Complaint states a § 1983 municipal-liability claim. This authority responds to Defendant's assertion in Doc. 70 at page 5 that "Plaintiff made no 'Monell policy/custom' allegations."

**Quotation:** "A plaintiff does not have to plead legal theories." *Id.* at 1098.

### II.

**Authority:** *Bear Warriors United v. Hamilton*, 749 F. Supp. 3d 1217 (M.D. Fla. 2024).

**Issue Supplemented:** Plaintiff's Response in Opposition (Doc. 50), concerning the availability of prospective injunctive relief. This authority supplements the record in the event the Court considers Eleventh Amendment immunity.

**Quotation:** The Court held that *Ex parte Young* permits prospective injunctive relief against state officials notwithstanding the Eleventh Amendment. *Id.* at 1228–29.

* * *

This Notice contains no argument or comment beyond the citations, issue specifications, and quotations above, as required by Local Rule 3.01(j). Neither authority is attached because both are readily available.

Respectfully submitted,

/s/ Daniel Benjamin Fleischman

**DANIEL BENJAMIN FLEISCHMAN**

*April 20, 2026*

Pro Se Plaintiff

OperationReunification@gmail.com

724-462-5730

## OF SERVICE

I HEREBY CERTIFY that on April 20, 2026, I served the foregoing via electronic mail to counsel for Defendant at: j.trohn@cttalaw.com, jbtservice@cttalaw.com, c.acosta@cttalaw.com, s.strickland@cttalaw.com, and c.velez@cttalaw.com.

/s/ Daniel Benjamin Fleischman
Daniel Benjamin Fleischman, Pro Se