## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

DANIEL BENJAMIN FLEISCHMAN,

    Plaintiff,

v.                                 Case No. 8:25-cv-03229-JLB-CPT

POLK COUNTY CLERK OF COURT,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF WITHDRAWAL OF AN ARGUMENT MADE IN DEFENDANT'S MOTION TO DISMISS (Doc. 39)

Defendant, Polk County Clerk of Court (the "Clerk"), hereby gives notice of its withdrawal of an argument it made in support of its Motion to Dismiss (Doc. 39) as follows:

1.    On November 28, 2025, Plaintiff filed his Complaint and Amended Complaint in this Court. (Doc. 1 and Doc. 12) On January 22, 2026, Plaintiff filed a Second Amended Complaint (Doc. 19) that was stricken by Order dated January 26, 2026. (Doc. 23)

2.    The Clerk was served with the Amended Complaint on February 17, 2026. (Doc. 38)

3.    Defendant mistakenly believed that the Court struck the Amended Complaint (Doc. 12). Therefore, Defendant moved to dismiss the Amended Complaint, in part on the erroneous basis that Plaintiff failed to serve the proper

Complaint within the 90-day time-period.  (*See* Motion to Dismiss (Doc. 39) at Section III.A.)

4.     Defendant reaffirms the remaining arguments it made in its Motion to Dismiss.

Accordingly, Defendant hereby withdraws its argument that Plaintiff failed to serve the proper Complaint within the 90-day time-period.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of April 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Jonathan B. Trohn*

JONATHAN B. TROHN, *lead counsel*
Florida Bar No. 0880558
Campbell Trohn Tamayo & Aranda, P.A.
1701 South Florida Avenue
Lakeland, Florida 33803
Tel: (863) 686-0043
j.trohn@cttalaw.com
jbtservice@cttalaw.com
c.acosta@cttalaw.com
s.strickland@cttalaw.com
c.velez@cttalaw.com
*Counsel for Defendant*

{01421916-1 }