MAY 4 2026 PM4:36
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL B. FLEISCHMAN,**                          Case No.: 8:25-cv-03229-JLB-CPT

       Plaintiff,                                        Hon. John L. Badalamenti
                                      Mag. Christopher P. Tuite

v.

**POLK COUNTY CLERK OF COURT,**

       Defendant.

---

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE OF CONTINUING COURSE OF CONDUCT BY NON-PARTY RANDALL SETH RICHEY
### *(Two Communications Received En Route to Courthouse on May 4, 2026)*

---

Plaintiff Daniel B. Fleischman respectfully submits this Notice in support of his contemporaneously filed Emergency Motion for Temporary Restraining Order Under 28 U.S.C. § 1651 and Fed. R. Civ. P. 65, Motion to Preserve Evidence, and Request for Expedited Consideration, Against Non-Party Randall Seth Richey (the "TRO Motion"), and to apprise the Court of two additional communications transmitted by Richey while Plaintiff was in transit to the courthouse to file the underlying TRO Motion.

On Monday, May 4, 2026 — the same day the underlying TRO Motion is being filed, and within a three-minute window between 12:16 PM and 12:19 PM Eastern Time — Richey transmitted two further emails from the same operationservedaniel@gmail.com address identified throughout the TRO Motion. These two communications are attached and authenticated as follows:

•     Exhibit B-6 — Email from "Operation Serve Daniel" <operationservedaniel@gmail.com> to Plaintiff, dated Monday, May 4, 2026 at 12:16 PM ET, subject line "YOUR FOLLOWERS EMAILING ME," in which Richey states, in pertinent part, that he has disseminated to a third party Plaintiff's alleged "baker act, current domestic violence injunction, [Plaintiff's] eviction, suspended drivers license for non-payment of child support and

[Plaintiff's] addiction to amphetamines," and further states: "This is all being documented and will be forwarded to the Polk county clerk of courts."

•   Exhibit B-7 — Email from "Operation Serve Daniel" <operationservedaniel@gmail.com> to Plaintiff, dated Monday, May 4, 2026 at 12:19 PM ET, subject line "NIKI STONE EMAIL," forwarding a screen capture of an unsolicited message from a third party self-identified as "Niki Stone" soliciting contact with a "local sasti stasi daddy in Polk County for playtime and good girl rewards."

These two communications, transmitted within 72 hours of the four communications authenticated as Exhibits B-1 through B-4 of the TRO Motion, are independently probative of three matters squarely placed before the Court by the TRO Motion:

(1) Express coordination with the named Defendant. Exhibit B-6 contains Richey's own written statement that the conduct described therein "is all being documented and will be forwarded to the Polk county clerk of courts" — i.e., directly to the named Defendant in this action. This statement is independently dispositive of the relief requested at TRO Motion ¶ II(d) (restraining Richey from initiating or engaging in communications with the Office of the Polk County Clerk of Court for purposes of coordinating service, process, or filings directed at Plaintiff in connection with this litigation).

(2) Continued dissemination of confidential records. Exhibit B-6 confirms that Richey is continuing to disseminate to third parties the same categories of confidential information identified in the TRO Motion — specifically the Lakeland Police Department "Baker Act" record (TRO Motion Ex. B-2) and family-court and licensing information — and is doing so for the express purpose of damaging Plaintiff's reputation in connection with this federal action. This conduct is the precise harm addressed by TRO Motion ¶ II(c).

(3) Recruitment and amplification through third parties. Exhibit B-7 establishes that Richey is now using unidentified third parties to amplify the harassment campaign, and Exhibit B-6 establishes that Richey is, in turn, transmitting confidential records to those third parties under the guise of "warning" them about Plaintiff. The combined effect is to expand the irreparable harm identified in the TRO Motion in real time.

Plaintiff respectfully submits that Exhibits B-6 and B-7 confirm the urgency of the relief requested in the underlying TRO Motion and demonstrate that the course of conduct described therein is ongoing as of the filing of this Notice. Plaintiff incorporates these exhibits by reference into Sections II, III(C), and V of the TRO Motion, and into paragraphs 8, 14, and 15 of the accompanying Declaration of Daniel B. Fleischman (TRO Motion Ex. A), as supplemental evidence of continuing conduct.

Respectfully submitted this 4th day of May, 2026.

May 4, 2026

/s/ Daniel B. Fleischman
Daniel B. Fleischman, Plaintiff Pro Se
operationreunification@gmail.com
daniel.fleischman1@gmail.com
daniel@exponentialbusinesscoaching.com

# EXHIBIT B-6

## Email from "Operation Serve Daniel"

\<operationservedaniel@gmail.com\>

to Plaintiff Daniel B. Fleischman

## Monday, May 4, 2026

## 12:16 PM Eastern Time

*Subject Line:*
## "YOUR FOLLOWERS EMAILING ME"

*Express written admission of intent to forward confidential records to the Office of the Polk County Clerk of Court — the named Defendant in this action — and dissemination of Lakeland Police Department "Baker Act", domestic-violence injunction, eviction, driver's-license, and child-support information to a third party.*

Filed in support of Plaintiff's Notice of Supplemental Evidence and Plaintiff's
Emergency Motion for Temporary Restraining Order, Motion to Preserve Evidence,

and Request for Expedited Consideration, Against Non-Party Randall Seth Richey

*Fleischman v. Polk County Clerk of Court*
Case No. 8:25-cv-03229-JLB-CPT
U.S. District Court, Middle District of Florida, Tampa Division

 **Gmail**

**Daniel Fleischman <operationreunification@gmail.com>**

## YOUR FOLLOWERS EMAILING ME

**Operation Serve Daniel** <operationservedaniel@gmail.com>                    Mon, May 4, 2026 at 12:16 PM
To: OperationReunification@gmail.com, Daniel.Fleischman1@gmail.com, Daniel@exponentialbusinesscoaching.com

Good afternoon, Daniel. Your faithful follower Niki Stone has taken it upon herself to to email me. But not only email me but also trying to "honey pot" me.

Dont worry though. I let her know about your baker act, current domestic violence injunction, your eviction, suspended drivers license for non-payment of child support and your addiction to amphetamines. You should reach out to her. This is all being documented and will be forwarded to the Polk county clerk of courts.

# EXHIBIT B-7

## Email from "Operation Serve Daniel"

<operationservedaniel@gmail.com>

to Plaintiff Daniel B. Fleischman

### Monday, May 4, 2026
### 12:19 PM Eastern Time

*Subject Line:*
### "NIKI STONE EMAIL"

*Forwarded screen capture of unsolicited third-party message transmitted to Richey, evidencing Richey's recruitment and amplification of the harassment campaign through third parties and his transmission of that material to Plaintiff three minutes after Exhibit B-6.*

Filed in support of Plaintiff's Notice of Supplemental Evidence and Plaintiff's
Emergency Motion for Temporary Restraining Order, Motion to Preserve Evidence,
and Request for Expedited Consideration, Against Non-Party Randall Seth Richey

*Fleischman v. Polk County Clerk of Court*
Case No. 8:25-cv-03229-JLB-CPT
U.S. District Court, Middle District of Florida, Tampa Division

Case 8:25-cv-03229-JLB-CPT    Document 80    Filed 05/04/26    Page 9 of 9 PageID 1574

 Gmail

Daniel Fleischman <operationreunification@gmail.com>

## NIKI STONE EMAIL

**Operation Serve Daniel** <operationservedaniel@gmail.com>                Mon, May 4, 2026 at 12:19 PM
To: OperationReunification@gmail.com, Daniel.Fleischman1@gmail.com, Daniel@exponentialbusinesscoaching.com

