Case No. 8:25-cv-03229-JLB-CPT

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL BENJAMIN FLEISCHMAN,**
Plaintiff,

v.

**POLK COUNTY CLERK OF COURT,**
Defendant.

**Case No. 8:25-cv-03229-JLB-CPT**

Hon. John L. Badalamenti
Hon. Christopher P. Tuite

## DECLARATION OF DANIEL BENJAMIN FLEISCHMAN
## PURSUANT TO 28 U.S.C. § 1746

I, Daniel Benjamin Fleischman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my personal knowledge:

1. I am the Plaintiff in the above-captioned action and submit this Declaration in support of Plaintiff's Notice of Supplemental Evidence in Support of Pending Motions (Docs. 39, 72, 83/84) and Renewed Request for Narrow Expedited Protective and Preservation Relief.

2. I am over the age of eighteen, of sound mind, and competent to testify to the matters set forth herein. The facts in this Declaration are based on my personal knowledge or, where indicated, my review of records I personally maintain or have personally obtained from official sources.

3. Residence and physical location. I reside at 4885 McKnight Road #123, Pittsburgh, Pennsylvania 15237. My residence is approximately 1,000 miles from Polk County, Florida. I have not been physically present in Polk County during the operative periods described in the supplemental record cited in this filing.

4. Attorney access (Tulin). I retained or attempted to retain Florida-licensed attorney Ronald A. Tulin, Esq., to review the petition and underlying record in Polk County case number 2025-

Page 14 of 22

DR-002205. Counsel was able, using publicly available court information, to identify the case, the parties, and its domestic-violence classification, but he reported to me in writing that he was unable to access the petition or the underlying record. His communications state, verbatim and on screen-captured iMessages I personally received: "I pulled it up in the portal to see who the parties were and she's definitely filed the domestic violence injunction against you. I just can't access the petition." The contemporaneous iMessage communications I received are reflected in Exhibit 1 and are true and accurate copies of the messages exchanged between attorney Tulin and me, exported from my personal mobile device.

5. DAVID / DPPA records. I obtained, through Florida public records law, two DAVID audit reports concerning queries on my Florida driver record: Florida Department of Highway Safety and Motor Vehicles Public Records Request P845279 (response letter dated April 22, 2025) and P949956-040926 (response letter dated May 5, 2026). True and correct copies of both responses, including the FLHSMV cover letters, invoices, and itemized accessor logs, are attached as Exhibit 3. Those audit reports reflect, among other entries, that on April 2, 2025, at 2:15:55 p.m., 2:15:57 p.m., and 2:15:59 p.m. Eastern Time, Sumter County Sheriff's Office user Sara Jan McGhee accessed my DAVID record three times within four seconds with the accessor-recorded purpose code reading "036 – Verify Identity, 2025DR2205."

6. The same DAVID audit reports reflect, among other entries: (a) ten Polk County Sheriff's Office DAVID entries by Leanna Christine Austin between 3:27 p.m. and 4:29 p.m. on October 2, 2024, including "Display DL Scanned Document" entries; (b) DAVID entries on July 25, 2025, between 10:33 a.m. and 10:51 a.m. by Polk County Sheriff's Office users David Thurlo and Vincent David Cavataio; (c) DAVID entries on August 8, 2025, at 10:45 a.m. and 10:46 a.m. by Chad Lee McConchie of the State Attorney's Office, Tenth Judicial Circuit, with purpose code "008 – Court Purposes, invest"; and (d) a DAVID entry on September 22, 2025, at 11:28 a.m. by Tiffany Sonera of the Florida Department of Law Enforcement, Tampa Regional Operations Center, with purpose code reading "011 –

Criminal Investigation, TM-73-2907." The complete matrix of 115 DAVID entries is summarized at Schedule 2B and the full audit reports are attached as Exhibit 3.

7. Sumter Sheriff Benevolent Fund payment. I personally maintain the Clover-platform online receipt attached as Exhibit 4. That receipt reflects a $1,500.00 charge dated April 2, 2025, at 11:18 a.m. to "SUMTER CTY SHERIFF BENEV" at 1010 N Main Street, Bushnell, Florida 33513, telephone (727) 641-9077, paid by Visa ending in 2268, Payment ID 747649C1ZSRKY, Auth ID 012081, Reference ID 509200500347, method recorded as "TELEPHONE ORDER." That payment date is the same calendar date on which the McGhee DAVID entries identified in paragraph 5 occurred at the Sumter County Sheriff's Office. The receipt is offered solely as preservation and provenance evidence; Plaintiff does not, by attaching this receipt, ask this Court to determine the relationship between the payment and the DAVID access events.

8. May 11, 2026 Polk orders and docket prints. On May 11, 2026, the materials collected at Exhibit 2 — ten orders, an Order of Reassignment, and contemporaneously generated public docket prints — were entered or printed across Polk County domestic-relations dockets implicating me. The Order of Reassignment is signed by Judge Julie C. Hill (sending, Section 09) and Judge William D. Sites (receiving, Section 02), with Chief Judge James A. Yancey's signature. The Sites Order Regarding Ex Parte Relief states, on its face, "The Court has issued this directive two times," and its distribution / service list contains the verbatim notation, "PENA FINOL CAROLA V — CONFIDENTIAL — CLERK DATA MISSING." I personally observed and obtained those documents as filed.

9. Signature-routing and case-routing pattern. The signature-routing and case-routing across Polk County domestic-relations dockets implicating me follows the pattern summarized at Schedule 2C, which I compiled from the electronic public dockets I have personally observed.

10.  Communications received from Randall Seth Richey. I have separately submitted to this Court, in connection with this Notice, a 24-page exhibit comprising twenty captioned screenshots of communications I personally received from Randall Seth Richey, including a communication on May 7, 2026, at 9:01 p.m. Eastern Time. The screenshots were captured by me from my personal devices and are true and accurate representations of the communications received.

11.  Parenting-app / communication channel. A court-contemplated parenting-communication application has not been operationally established. I have no lawful contemporaneous channel through which to communicate with the child's mother.

12.  I make this Declaration to assist the Court in evaluating Plaintiff's Notice of Supplemental Evidence and the narrow procedural relief requested therein. I do not, by this Declaration, ask this Court to modify, set aside, or revisit any state-court order, ruling, or proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2026, at Pittsburgh, Pennsylvania.

_____  May 12, 2026

Daniel Benjamin Fleischman

## SCHEDULE 2A
### Ten Polk County Orders Entered May 11, 2026 and Within Days of Doc. 83/84

| # | Polk DR Case Number | Order Date | Order Type / Defect Noted | Pattern Match | Exhibit Reference |
|---|---|---|---|---|---|
| 1 | 2025-DR-002205 | 2026-05-11 | Order denying "Time-Sensitive Motion to Clarify" re: 2019DR birthday contact and neutral service; Hill name struck, Judge Sites signed. | Routing transition Hill → Sites | Ex. 2 |
| 2 | 2025-DR-002205 | 2026-05-11 | Order denying "Emergency Verified Motion to Continue, Reset, or Abate Hearing Until Complete Record Is Produced." | Continuing record-access injury | Ex. 2 |
| 3 | 2025-DR-002205 | 2026-05-11 | Order denying "Verified Emergency Motion to Compel Complete Record, Transcript, Audio, Service File, Correction Queue, Metadata, and Preservation." | Continuing record-access injury | Ex. 2 |
| 4 | 2025-DR-002205 | 2026-05-11 | Order denying "Emergency Motion for Remote Appearance and Alternative Continuance." | No-in-person / ID architecture | Ex. 2 |
| 5 | 2025-DR-002205 | 2026-05-11 | Order denying "Motion to Clarify Presiding Judge, Counsel of Record, Service, Notice, Hearing Scope, Parenting-App Status, Docket Integrity, and No-Violence/No-Threat Record." | Docket-integrity issues | Ex. 2 |
| 6 | 2025-DR-002205 | 2026-05-11 | Order denying "Verified Motion to Dissolve, Vacate, Modify, or Clarify Final Judgment of Injunction." | Confidential-docket access | Ex. 2 |
| 7 | 2025-DR-002205 / 2019-DR-003499 | 2026-05-11 | Order of Reassignment: Judge Julie C. Hill (sending, Sec. 09) to Judge William Sites (receiving, Sec. 02); Chief Judge James A. Yancey signed. | Hill-to-Sites routing finally documented | Ex. 2 |
| 8 | 2025-DR-002205 | 2026-05-11 | Order Regarding Ex Parte Relief (Judge Sites) GRANTING parenting app: "Both Parties are directed to use Our Family Wizard as the Court ordered parenting app … The Court has | Parenting-app non-implementation acknowledged | Ex. 2 |

| # | Polk DR Case Number | Order Date | Order Type / Defect Noted | Pattern Match | Exhibit Reference |
|---|---|---|---|---|---|
| | | | issued this directive two times." | | |
| 9 | Service-list annotation on Sites Order | 2026-05-11 | Distribution-list entry reads, verbatim: "PENA FINOL CAROLA V — CONFIDENTIAL — CLERK DATA MISSING." Written Clerk-office admission on the face of the order. | Clerk admission | Ex. 2 |
| 10 | Public docket print, 2025-DR-002205 | 2026-05-11 | Polk Records Online docket print shows Section "09 JULIE HILL" as displayed assignment for confidential DOMV injunction case despite same-day reassignment order. | Public-display vs. internal-routing mismatch | Ex. 2 |

*Note: This Schedule cross-references Exhibit 2 (collected orders) and Doc. 83/84 (Plaintiff's Rule 15(d) Supplemental Pleading). Order descriptions are summary only; reference to the orders themselves controls. Plaintiff does not invite this Court to review the substantive merits of any state-court order.*

## SCHEDULE 2B
### DAVID Pull Priority Matrix (Top 10 of 115)

| Rank | Date / Time (ET) | Accessor | Agency | Purpose Code | Tether to Protected Activity |
|---|---|---|---|---|---|
| 1 | 2025-04-02 14:15:55, 14:15:57, 14:15:59 | Sara Jan McGhee | Sumter County Sheriff's Office | 036 – Verify Identity, 2025DR2205 | Facial tether |
| 2 | 2024-10-02 15:27 – 16:29 (10 entries) | Leanna Christine Austin | Polk County Sheriff's Office | 036 – Verify Identity (incl. DL Scanned) | Same-day Crime Stoppers |
| 3 | 2025-07-25 10:33 – 10:51 | David Thurlo / Vincent David Cavataio | Polk County Sheriff's Office | 036 – Verify Identity | Day after federal service |
| 4 | 2025-08-08 10:45 – 10:46 | Chad Lee McConchie | State Attorney's Office, 10th Jud. Cir. | 008 – Court Purposes, invest | Federal-pendency |
| 5 | 2025-09-22 11:28 | Tiffany Sonera | FDLE, Tampa Reg. Ops. Ctr. | TM-73-2907 | Same-date public-advocacy |
| 6 | 2024-07-25 18:32 | Brittney Thomas | Lakeland Police Department | 012 – Customer Inquiry | Earlier-stage pattern |
| 7 | 2024-05-30 (multiple) | Robert Watts | Florida DCF | 004 – Child / Adult Protective Services | DCF-channel pattern |
| 8 | 2024-06-07 14:52 – 14:53 (4 entries) | Shannon L. Forgit | Florida DCF, Central Region | 004 – Child / Adult Protective Services | DCF-channel pattern |
| 9 | 2024-06-01 13:40 (4 entries) | Jennifer Ramirez | Florida DCF | 004 – Child / Adult Protective Services | DCF-channel pattern |
| 10 | Additional 96 entries (2022 – 2025) | Multiple | Multiple agencies (PCSO, LPD, DCF, others) | Various | Full universe (Sched. 2B) |

*Note: This Schedule reflects the priority temporal-proximity matches drawn from the 115-entry universe in the DAVID audit reports Plaintiff obtained through Florida public records law. The*

*full 115-entry universe is preserved in Plaintiff's records and is available to this Court in camera. Plaintiff does not, by this Schedule, request entry of any DPPA judgment; he requests preservation of the audit logs, purpose-code records, and supervisor-approval records on which any future DPPA cause would depend. Pulls outside the four-year DPPA limitations window are referenced for pattern context only.*

## SCHEDULE 2C
### Signature- and Routing-Pattern Cross-Reference

| Polk DR Case Number | Party | Initial Filing / Order Date | Routing Observation | Federal Cross-Reference |
|---|---|---|---|---|
| 2019-DR-003499 | Pena Finol | Per docket | Family-court routing | Doc. 83/84 Schedule 1 |
| 2025-DR-002205 | Pena Finol | Per docket | Reopened; central docket tether to DAVID access | Doc. 83/84 Schedule 1; Sched. 2B |
| 2024-DR-002806 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-004338 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-004425 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-004430 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-007406 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-007408 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-007411 | Per record | Per docket | Routing observation | Doc. 83/84 |
| 2024-DR-007414 | Per record | Per docket | Routing observation | Doc. 83/84 |

*Note: This Schedule cross-references the routing-pattern facts pled at Doc. 83/84 with the underlying Polk County domestic-relations dockets implicated. Entries reflect Plaintiff's personal observation of the electronic dockets. Plaintiff does not invite this Court to review the substantive merits of any state-court ruling or to direct any state-court judicial officer.*

Case No. 8:25-cv-03229-JLB-CPT

*Fleischman v. Polk County Clerk of Court*

Plaintiff's Notice of Supplemental Evidence

(Filed May 12, 2026)

# EXHIBIT 1

## Tulin Attorney-of-Record Access Communications

*(10 pages)*

Contemporaneous iMessage communications between Plaintiff and Florida-licensed attorney Ronald A. Tulin, Esq., reflecting attorney's inability to access the petition and underlying record in Polk County case 2025-DR-002205, including the verbatim statement: "I pulled it up in the portal to see who the parties were and she's definitely filed the domestic violence injunction against you. I just can't access the petition." iMazing export from Plaintiff's personal mobile device. Authenticated by § 1746 Declaration of Plaintiff. Cited at §§ III.A and IV of the Notice.



**Ron Tulin Att...** ›

What are your thoughts on?

4.3.25 CAROLA PENA FRIV IN-J_20250403_000...

drive.google.com

She moved like you thought

Do you want me to represent you on the injunction?

1 Reply

Where did she move to?







**Ron Tulin Att... ⟩**

If it's a temporary injunction, do not send her any emails or do anything further until it's addressed in court

Once you're served and you have contact, it's a violation of the injunction you end up in the Polk County Jail even for something as simple as an email

Ty

Apr 2, 2025 at 3:59 PM



**IMG_51 71.jpeg**
JPEG

iMessage



in Sumter county? In subpoenas?

**7:55**    5G

457    R

**Ron Tulin Att... ⟩**

I haven't even seen her in like a...

3 Replies

That's not stalking. If you read the statute, the things you do for legitimate purpose i.e. timesharing can't be regarded as stalking. Then again we are just assuming what's in the petition without having really read it first so I'm sure you'll get a copy of it soon enough you can register on the flcourts e-notify system and they'll tell you when your next court date via email or text.

If it's a temporary injunction, do not send

+    iMessage

anything
addressed in court



**Ron Tulin Att... ⟩**

You unsent a message

Carola

Just filed a new injunction

I have to meet up with the sheriffs department to get the paperwork

2025 DR 2205

Could you please look it up?

Against who you?

Yes

2025 DR 2205

 



**7:55**   ::!! 5G⁵

‹ 457   **R**   🎥

**Ron Tulin Att... ›**

Against who you?

Yes

2025 DR 2205

I cannot access

 

The sheriff on the phone

➕   iMessage   🎤

morning so there may





**7:55**

**‹ 457**  **R**  51

**Ron Tulin Att... ›**  g

PNG
Image ·
2.3 MB

I pulled it up in the portal to see who the parties were and she's definitely filed the domestic violence injunction against you. I just can't access the petition.



+  iMessage  🎤

7:54

< 457

**R**

Ron Tulin Att... ⟩     3 Replies



Nothing in the e-notify system yet

What do you have going in Sumter county? In subpoenas?

Ty 💪

I haven't even seen her in like a...



+     iMessage     🎤

That's not stalking. If



Case No. 8:25-cv-03229-JLB-CPT

*Fleischman v. Polk County Clerk of Court*

Plaintiff's Notice of Supplemental Evidence

(Filed May 12, 2026)

# EXHIBIT 2

## Ten Polk County Orders and Same-Day Order of Reassignment, May 11, 2026

*(56 pages)*

Collected Polk County orders, Order of Reassignment from Judge Julie C. Hill (Section 09)
to Judge William D. Sites (Section 02), and contemporaneous Polk Records Online docket
prints, all dated May 11, 2026. Includes the Sites Order Regarding Ex Parte Relief whose
distribution / service list contains the verbatim notation: "PENA FINOL CAROLA V —
CONFIDENTIAL — CLERK DATA MISSING." Authenticated by § 1746 Declaration of
Plaintiff. Cited at §§ III.C and III.F of the Notice and broken out by entry at Schedule 2A.

Filing # 247888716 E-Filed 05/11/2026 01:11:27 PM
Filing # 247449210 E-Filed 05/05/2026 02:10:05 AM

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
### IN AND FOR POLK COUNTY, FLORIDA
### FAMILY DIVISION

CAROLA V. PENA FINOL,
Petitioner,

Case No.: 2025DR-002205-0000-00
Division/Section: Judge Julie Hill / Section 09

v.

DANIEL BENJAMIN FLEISCHMAN,
Respondent.

_____/

**MOTION HEARD, CONSIDERED**

AND _____ **DENIED** _____
MAY 1 1 2026

THIS _____

_____
JUDGE JULIE HILL William ____

## TIME-SENSITIVE MOTION TO CLARIFY THAT COURT-APPROVED 2019DR BIRTHDAY CONTACT AND NEUTRAL SERVICE DO NOT VIOLATE THE INJUNCTION

COMES NOW Respondent, Daniel Benjamin Fleischman, pro se, and moves for narrow, time-sensitive clarification so he may lawfully seek and exercise birthday contact with the parties' son under the active 2019DR Parenting Plan without direct prohibited contact with Petitioner and without any service or scheduling step being misconstrued as a violation of the injunction.

### NARROW CLARIFICATION REQUESTED

1. Respondent understands the current public docket identifies Judge Julie Hill / Section 09.

2. Respondent is not asking this Court to adjudicate time-sharing in 2025DR. The existing Final Judgment in this case routes time-sharing to 2019DR003499.

3. Respondent has filed, or is contemporaneously filing, a time-sensitive motion in 2019DR seeking birthday contact and child-only communication for the parties' son's twelfth birthday on May 10, 2026.

4. Respondent seeks clarification that court-approved service, process-server service, sheriff service, e-service, U.S. Mail, certified mail, counsel-service, or other neutral service/scheduling method for the 2019DR birthday-contact request shall not be treated as prohibited contact, harassment, or an attempted violation of the injunction.

5. Respondent also seeks clarification because the parenting-app provision referenced in this case has never been implemented: no app was named, selected, invited, opened, activated, or implemented. Therefore, there is no functioning court-authorized child-related communication channel unless the Court identifies one.

2025DR-002205-0000-00        Received in Polk 05/05/2026 02:52 AM

## REQUESTED RELIEF

Respondent respectfully requests an order:

• clarifying that Respondent may use neutral court-approved service methods, including counsel, e-service, process server, sheriff, U.S. Mail, certified mail, or another neutral method, to serve and schedule the 2019DR birthday-contact request without violating the injunction;

• clarifying that any birthday contact ordered in 2019DR is not prohibited contact under this 2025DR injunction;

• identifying a temporary child-only communication channel if no parenting app is implemented before May 10, 2026; and

• granting further relief necessary to prevent confusion, preserve due process, and avoid any claim that Father's lawful attempt to celebrate his son's birthday is harassment or prohibited contact.

## PRESERVATION

Respondent files this motion to comply with the injunction, not to evade it. Respondent respectfully requests that no waiver, noncompliance, default, or adverse inference be imposed against him based on lack of communication where the only child-related channel referenced in the injunction has never been implemented.

Respectfully submitted,

Dated: May 5, 2026

/s/ Daniel Benjamin Fleischman
DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, Pennsylvania 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

*May 12, 2026*

2025DR-002205-0000-00    Received in Polk 05/05/2026 02:52 AM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00. Because counsel identity, service, notice, and hearing scope are issues raised in Respondent's contemporaneous clarification filings, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.

/s/ Daniel Benjamin Fleischman
DANIEL BENJAMIN FLEISCHMAN, Pro Se

Page 3

Filing # 247888930 E-Filed 05/11/2026 01:12:59PM

Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

CAROLA V. PENA FINOL,
   Petitioner,

v.                              Case No.: 2025DR-002205-0000-00
                                Division/Section: JULIE HILL / Section 09

DANIEL BENJAMIN FLEISCHMAN,
   Respondent.
_____/

## EMERGENCY VERIFIED MOTION TO CONTINUE, RESET, OR ABATE HEARING UNTIL COMPLETE RECORD IS PRODUCED

COMES NOW Respondent, DANIEL BENJAMIN FLEISCHMAN, pro se, and moves for an emergency order continuing, resetting, or abating the hearing set for May 6, 2026 and/or any related reset or continued hearing, including any May 20, 2026 continuation if that is the operative setting, until the complete record is produced and the Court resolves threshold issues of service, notice, current Judge Julie Hill assignment/absence of any docketed reassignment order, counsel status, hearing scope, and record completeness.

### RELIEF SOUGHT FIRST

Respondent asks for a continuance before merits because Respondent still lacks the record necessary to prepare, appear, respond, preserve appellate rights, and litigate intelligently.

### FACTS

1. Respondent does not have the complete record required for the hearing. The missing materials include, at minimum, the May 28, 2025 final-hearing transcript and audio, the complete docket, all hearing notices, proof of service, the service file, e-service records, returned mail/envelopes if any, correction-queue/rejection history, judge-assignment history, and record-transmission materials.

2. This is at least the third or fourth time Respondent has had to seek materially the same record materials. The repeated nonproduction is now evidence of due-process prejudice, appellate prejudice, access-to-courts injury, service uncertainty, correction-queue prejudice, and preservation risk.

3. The record is essential because the 2025DR Final Judgment did not enter an operative time-sharing schedule and instead states that time-sharing is to be discussed only in the paternity case, Case No. 2019DR003499.

Page 1

**MOTION HEARD, CONSIDERED AND DENIED**

THIS **MAY 1 1/2026**

JUDGE JULIE HILL  *William Sita*

4. The record is also essential because paragraph 6 of the Final Judgment requires child-related communication only through a parenting app, but no app was named, selected, invited, opened, or implemented.

5. The hearing cannot fairly proceed while Respondent lacks the transcript/audio, service proof, notice history, and docket materials needed to test what was noticed, served, filed, rejected, considered, or omitted.

## WHY THIS IS NOT DELAY

This motion seeks cure, not delay. Respondent asks the Court to require production of the record first, then reset the matter on a date that permits meaningful preparation and remote participation.

## PRESERVATION

If the Court proceeds without producing the record, Respondent preserves objections based on due process, access to courts, notice, service, record completeness, appellate prejudice, and inability to prepare.

WHEREFORE, Respondent respectfully requests that this Court enter an order:

A. Continuing, resetting, or abating the May 6, 2026 hearing and any related reset/continued hearing until at least 30 days after complete record production;

B. Ordering the Clerk/Court record custodian to provide the transcript, audio, complete docket, service file, hearing notices, correction-queue records, e-service/returned-mail records, and record-transmission materials;

C. Permitting Respondent to appear remotely at any reset hearing;

D. Prohibiting adverse action against Respondent for any alleged noncompliance caused by missing records, unclear service, unclear hearing scope, or the unimplemented parenting-app provision;

E. Preserving Respondent's appellate and federal objections if the Court proceeds anyway; and

F. Granting all further relief that is just and proper.

Page 2

## VERIFICATION

Under penalties of perjury, pursuant to section 92.525, Florida Statutes, and 28 U.S.C. § 1746, I declare that I have read this filing and that the factual statements in it are true and correct to the best of my knowledge and belief. Legal argument and requests for relief are submitted in good faith.

Executed on May 5, 2026 in Pittsburgh, Pennsylvania.


Respectfully submitted,


/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se

Page 4

Filing # 247889071 E-Filed 05/11/2026 01:14:07 PM

Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

CAROLA V. PENA FINOL,
    Petitioner,

v.                Case No.: 2025DR-002205-0000-00
                   Division/Section: JULIE HILL / Section 09

DANIEL BENJAMIN FLEISCHMAN,
    Respondent.
_____/

## VERIFIED EMERGENCY MOTION TO COMPEL COMPLETE RECORD, TRANSCRIPT, AUDIO, SERVICE FILE, CORRECTION QUEUE, METADATA, AND PRESERVATION

COMES NOW Respondent, pro se, and moves for an emergency order compelling production of the complete record, transcript, audio, service file, correction-queue materials, docket metadata, judge-assignment history, and preservation materials necessary for the pending hearing and any appellate review.

### MATERIALS REQUESTED

- May 28, 2025 final-hearing transcript and audio.

- Complete certified docket and all filed motions, notices, orders, exhibits, returns, and service documents.

- May 6, 2026 notice of hearing and any later reset/continued notice, including proof of service and e-service logs.

- Correction-queue, rejection, nonavailability, and filing-access records concerning Respondent's submissions.

- Judge-assignment history, section-transfer history, docket audit trail, and any order or administrative action explaining why the current public docket identifies Judge Julie Hill / Section 09 after earlier records identified Judge Gerald P. Hill II.

- All metadata or logs showing filing receipt, rejection, correction, docketing, removal, deletion, hearing-calendar addition, or hearing-calendar deletion.

- Any record-transmission materials relating to 6D2025-1576.

### GROUNDS

1. Respondent has been forced to seek these materials repeatedly.

**MOTION HEARD, CONSIDER**

**AND** ~~DENIED~~

**THIS** _____ MAY 11.

Page 1

JUDGE JULIE HILL Williams

2025DR-002205-0000-00      Received in Polk 05/05/2026 02:50 AM

2. Without the record, Respondent cannot determine what the Court relied upon, what was served, what was corrected or rejected, what hearing is actually noticed, and what remains unresolved.

3. Record nonproduction is not harmless where the injunction burdens parent-child access, speech about child safety, and the ability to appeal or seek modification.

4. The requested production also protects the Court by ensuring a clean record before a contested hearing.

## PRESERVATION REQUEST

Respondent requests preservation of all audio, video if any, court-reporter materials, stenographic notes, clerk docket entries, correction-queue entries, e-service receipts, rejected filings, returned mail, and audit logs. No party should be permitted to claim waiver, invited error, harmless error, or lack of notice where Respondent sought the record before the hearing and the record was not provided.

WHEREFORE, Respondent respectfully requests that this Court enter an order:

A. Ordering production within three business days or before any hearing, whichever comes first;

B. Ordering preservation of all requested materials;

C. Continuing or resetting the hearing if production is not complete before hearing;

D. Allowing remote appearance if the Court does not continue the hearing;

E. Requiring the record custodian to identify any missing, rejected, sealed, confidential, nonavailable, corrected, undelivered, or correction-queued material; and

F. Granting further relief as justice requires.

Page 2

## VERIFICATION

Under penalties of perjury, pursuant to section 92.525, Florida Statutes, and 28 U.S.C. § 1746, I declare that I have read this filing and that the factual statements in it are true and correct to the best of my knowledge and belief. Legal argument and requests for relief are submitted in good faith.

Executed on May 5, 2026 in Pittsburgh, Pennsylvania.


Respectfully submitted,


/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.


/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se


Page 3

Filing # 247889230 E-Filed 05/11/2026 01:15:08 PM

Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

MOTION HEARD, CONSIDERED
DENIED
AND _____
THIS _____ MAY 1 1 2026
_____
JUDGE JULIE HILL     Nellum Site

CAROLA V. PENA FINOL,
  Petitioner,

v.

      Case No.: 2025DR-002205-0000-00
      Division/Section: JULIE HILL / Section 09

DANIEL BENJAMIN FLEISCHMAN,
  Respondent.

_____/

### EMERGENCY MOTION FOR REMOTE APPEARANCE AND ALTERNATIVE CONTINUANCE

COMES NOW Respondent, pro se, and moves for an emergency order permitting appearance by communication technology at the May 6, 2026 hearing and any reset/continued hearing, or, if remote appearance is denied, continuing the hearing.

**BASIS**

1. Respondent resides in Pittsburgh, Pennsylvania.

2. Respondent has no complete record, transcript, audio, service file, or clarified hearing scope.

3. The case involves active record-access and federal/appellate preservation issues.

4. Remote appearance will not prejudice Petitioner and will improve the record by permitting Respondent to appear, object, and respond without needless travel burden.

5. If remote appearance is denied and the hearing is not continued, Respondent risks being forced to appear without the record or being penalized for circumstances created by record nonproduction and unclear notice.

**REQUESTED TECHNOLOGY**

Respondent requests appearance by Zoom, Microsoft Teams, telephone, or any Court-approved communication platform, with the link and dial-in information provided at least 24 hours before the hearing.

WHEREFORE, Respondent respectfully requests that this Court enter an order:

    A. Authorizing Respondent to appear remotely at the May 6, 2026 hearing and any reset/continued hearing;

    B. Providing link/dial-in information at least 24 hours before hearing;

    C. Continuing the hearing if remote access is not granted;

    D. Ensuring the hearing is recorded and preserved; and

Page 1

2025DR-002205-0000-00      **Received in Polk 05/05/2026 02:50 AM**

E. Granting any further relief appropriate.

Respectfully submitted,

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se

Page 3

Filing # 247889482 E-Filed 05/11/2026 01:16:39 PM

Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

**MOTION HEARD, CONSIDERED**

**AND** _____ **DENIED**

**THIS** _____ MAY 11, 2026

CAROLA V. PENA FINOL,
  Petitioner,

v.

        Case No.: 2025DR-002205-0000-00
        Division/Section: JULIE HILL / Section 09

JUDGE JULIE HILL
William Sites

DANIEL BENJAMIN FLEISCHMAN,
  Respondent.
_____/

### MOTION TO CLARIFY PRESIDING JUDGE, COUNSEL OF RECORD, SERVICE, NOTICE, HEARING SCOPE, PARENTING-APP STATUS, DOCKET INTEGRITY, AND NO-VIOLENCE/NO-THREAT RECORD

COMES NOW Respondent, pro se, and moves for clarification of threshold issues that must be resolved before any evidentiary or merits hearing: current presiding judge, absence of any docketed reassignment order, counsel of record, service, notice, hearing scope, parenting-app status, docket integrity, and the no-violence/no-threat record.

### CLARIFICATION OF CURRENT JUDICIAL ASSIGNMENT

1. Respondent understands that the current Polk County public docket identifies Judge Julie Hill / Section 09 as the judge associated with Case No. 2025DR002205000000.

2. Respondent is not asking this Court to treat that current public display as false for purposes of this motion. Respondent is asking for a clean judicial clarification because earlier case materials and/or the face of the Final Judgment identified Judge Gerald P. Hill II, and Respondent has not located any docketed reassignment order, transfer order, administrative reassignment entry, or notice explaining the Hill-to-Hill change in the record.

3. The clarification requested is narrow and procedural: please confirm the currently assigned presiding judge for any May 6, 2026 or reset hearing; identify the docket entry/order/administrative action that reassigned the matter to Judge Julie Hill, if one exists; and, if no such reassignment event exists in the docket, state how the record should accurately reflect the judge who entered prior orders and the judge currently assigned for future proceedings.

4. This clarification matters because the judge-identity issue has already affected record review, judicial-notice reliability, service/courtesy-copy routing, and preservation of appellate and federal issues.

### OTHER CLARIFICATIONS REQUESTED

Page 1

**2025DR-002205-0000-00**      **Received in Polk 05/05/2026 02:50 AM**

- Counsel: whether Petitioner is represented, by whom, for what purpose, and who accepts service.

- Service and notice: the operative hearing notice, service date, service method, address/e-mail used, and proof of receipt.

- Hearing scope: what motion or issue is noticed, whether the hearing is evidentiary, how much time is reserved, and what evidence will be considered.

- Parenting app: what app was ordered, who selected it, who sent an invitation, what login exists, and whether any party ever had a functioning Court-authorized channel.

- Record status: whether the transcript/audio and full docket are available; if not, why not.

- No-violence/no-threat record: what finding, if any, supports treating protected parenting advocacy or child-safety reporting as domestic violence, stalking, or harassment.

## REASON

Ambiguity is not harmless. These are threshold due-process issues. If the Court proceeds without clarifying them, Respondent preserves objections based on notice, service, judicial assignment, opportunity to be heard, record completeness, and inability to comply with an unimplemented parenting-app provision.

WHEREFORE, Respondent respectfully requests that this Court enter an order:

A. Confirming that the current public docket identifies Judge Julie Hill / Section 09 as the current judge associated with Case No. 2025DR-002205-0000-00;

B. Identifying the docket entry, transfer order, administrative reassignment order, or other official action assigning or reassigning the matter to Judge Julie Hill, if any exists;

C. If no docketed reassignment/transfer event exists, stating that fact on the record and clarifying how the docket and court record should accurately identify the judicial officer(s) involved in prior orders and current/future hearings;

D. Identifying Petitioner's counsel of record and all service addresses;

E. Identifying the operative notice of hearing and proof of service;

F. Identifying the hearing scope and whether the hearing is evidentiary;

G. Clarifying that no parenting app has been implemented unless the Court identifies the app, invitation, account, and operative order selecting it;

H. Clarifying what violence/threat predicate, if any, is relied upon; and

I. Continuing the hearing if these questions cannot be resolved before hearing.

Respectfully submitted,

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123

Page 2

Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.


/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se


Page 4

Filing # 247889963 E-Filed 05/11/2026 01:19:54 PM

Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

**MOTION HEARD, CONSIDERED**

UNITED

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT **AND** _____
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

**THIS** ____ MAY 1 1 2026

JUDGE JULIE HILL
William Sike

CAROLA V. PENA FINOL,
    Petitioner,

v.                   Case No.: 2025DR-002205-0000-00
                        Division/Section: JULIE HILL / Section 09

DANIEL BENJAMIN FLEISCHMAN,
    Respondent.
_____/

### VERIFIED MOTION TO DISSOLVE, VACATE, MODIFY, OR CLARIFY FINAL JUDGMENT OF INJUNCTION

COMES NOW Respondent, pro se, and moves to dissolve, vacate, modify, or clarify the Final Judgment of Injunction for Protection Against Domestic Violence entered June 4, 2025.

**SUMMARY**

The Final Judgment is vulnerable on its face. It contains no operative time-sharing schedule, does not select either parent for 100% time-sharing, does not establish supervision, does not order batterers' intervention, does not name or implement a parenting app, and expressly routes time-sharing to Case No. 2019DR003499. It should not operate as a backdoor custody order or as a communication blackout concerning the parties' son.

**FACIAL DEFECTS**

1. Paragraph 4(a) marks N/A for the listed predicate findings: willful violation of an ex parte injunction, prior violence/threat conviction or plea, and prior injunction after hearing with notice.

2. Paragraph 13 does not select either party for 100% time-sharing or sole decision-making.

3. Paragraph 14 contains no operative time-sharing schedule.

4. Paragraph 15 establishes no supervision regime.

5. Paragraph 16 establishes no person to coordinate time-sharing.

6. Paragraph 17 lists Lakeland Police Department as an exchange location, but there is no 2025DR schedule that triggers exchanges.

7. Paragraph 18 states that the Court will not rule on time-sharing and that time-sharing is to be discussed only in 2019DR003499.

8. Paragraph 6 says the parties may communicate only using a parenting app regarding the minor child, but no app was named, selected, opened, invited, or implemented.

Page 1

2025DR-002205-0000-00        **Received in Polk 05/05/2026 02:50 AM**

## NO VIOLENCE / NO THREATS

Respondent has not engaged in violence or threats of violence against Petitioner. Respondent has never been arrested, has never been criminally charged in this matter, and has never lost custody by final custody adjudication. Respondent's communications and reports arose from parenting, time-sharing, and child-safety concerns, including mandatory-reporting concerns under Florida law.

## CHILD-SAFETY AND REPORTING CONTEXT

Respondent incorporates the contemporaneously filed Notice of Monica Richey Declaration. That evidence is offered for a narrow purpose: to show why Respondent's safety reporting and protective advocacy had a legitimate child-safety basis and should not be treated as harassment or stalking.

## REQUESTED RELIEF

WHEREFORE, Respondent respectfully requests that this Court enter an order:

A. Dissolving the Final Judgment;

B. Alternatively vacating or modifying provisions that operate as a child-related communication blackout;

C. Clarifying that 2025DR did not adjudicate or modify time-sharing and that time-sharing remains in 2019DR003499 unless properly modified there;

D. Clarifying that paragraph 6 cannot be enforced against Respondent as a violation unless and until a specific parenting app is selected, activated, and available to both parties;

E. Clarifying that Respondent may use a court-authorized method for child-related communication concerning the parties' son;

F. Correcting any public/docket misconception that Respondent lost custody or that 2025DR awarded 100% time-sharing to Petitioner;

G. Granting remote participation and preserving all appellate/federal objections.

Page 2

## VERIFICATION

Under penalties of perjury, pursuant to section 92.525, Florida Statutes, and 28 U.S.C. § 1746, I declare that I have read this filing and that the factual statements in it are true and correct to the best of my knowledge and belief. Legal argument and requests for relief are submitted in good faith.

Executed on May 5, 2026 in Pittsburgh, Pennsylvania.


Respectfully submitted,


/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se

Page 4

Filing # 247889963 E-Filed 05/11/2026 01:19:54 PM
Filing # 247449112 E-Filed 05/05/2026 01:48:51 AM

**MOTION HEARD, CONSIDERED**

DENIED

**AND** _____

**THIS** _____ MAY 11 2026 _____

_____
JUDGE JULIE HILL  *William Site*

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
FAMILY DIVISION

CAROLA V. PENA FINOL,
   Petitioner,

v.                     Case No.: 2025DR-002205-0000-00
                     Division/Section: JULIE HILL / Section 09

DANIEL BENJAMIN FLEISCHMAN,
   Respondent.
_____/

### VERIFIED MOTION TO DISSOLVE, VACATE, MODIFY, OR CLARIFY FINAL JUDGMENT OF INJUNCTION

COMES NOW Respondent, pro se, and moves to dissolve, vacate, modify, or clarify the Final Judgment of Injunction for Protection Against Domestic Violence entered June 4, 2025.

### SUMMARY

The Final Judgment is vulnerable on its face. It contains no operative time-sharing schedule, does not select either parent for 100% time-sharing, does not establish supervision, does not order batterers' intervention, does not name or implement a parenting app, and expressly routes time-sharing to Case No. 2019DR003499. It should not operate as a backdoor custody order or as a communication blackout concerning the parties' son.

### FACIAL DEFECTS

1. Paragraph 4(a) marks N/A for the listed predicate findings: willful violation of an ex parte injunction, prior violence/threat conviction or plea, and prior injunction after hearing with notice.

2. Paragraph 13 does not select either party for 100% time-sharing or sole decision-making.

3. Paragraph 14 contains no operative time-sharing schedule.

4. Paragraph 15 establishes no supervision regime.

5. Paragraph 16 establishes no person to coordinate time-sharing.

6. Paragraph 17 lists Lakeland Police Department as an exchange location, but there is no 2025DR schedule that triggers exchanges.

7. Paragraph 18 states that the Court will not rule on time-sharing and that time-sharing is to be discussed only in 2019DR003499.

8. Paragraph 6 says the parties may communicate only using a parenting app regarding the minor child, but no app was named, selected, opened, invited, or implemented.

Page 1

## NO VIOLENCE / NO THREATS

Respondent has not engaged in violence or threats of violence against Petitioner. Respondent has never been arrested, has never been criminally charged in this matter, and has never lost custody by final custody adjudication. Respondent's communications and reports arose from parenting, time-sharing, and child-safety concerns, including mandatory-reporting concerns under Florida law.

## CHILD-SAFETY AND REPORTING CONTEXT

Respondent incorporates the contemporaneously filed Notice of Monica Richey Declaration. That evidence is offered for a narrow purpose: to show why Respondent's safety reporting and protective advocacy had a legitimate child-safety basis and should not be treated as harassment or stalking.

## REQUESTED RELIEF

WHEREFORE, Respondent respectfully requests that this Court enter an order:

A. Dissolving the Final Judgment;

B. Alternatively vacating or modifying provisions that operate as a child-related communication blackout;

C. Clarifying that 2025DR did not adjudicate or modify time-sharing and that time-sharing remains in 2019DR003499 unless properly modified there;

D. Clarifying that paragraph 6 cannot be enforced against Respondent as a violation unless and until a specific parenting app is selected, activated, and available to both parties;

E. Clarifying that Respondent may use a court-authorized method for child-related communication concerning the parties' son;

F. Correcting any public/docket misconception that Respondent lost custody or that 2025DR awarded 100% time-sharing to Petitioner;

G. Granting remote participation and preserving all appellate/federal objections.

Page 2

## VERIFICATION

Under penalties of perjury, pursuant to section 92.525, Florida Statutes, and 28 U.S.C. § 1746, I declare that I have read this filing and that the factual statements in it are true and correct to the best of my knowledge and belief. Legal argument and requests for relief are submitted in good faith.

Executed on May 5, 2026 in Pittsburgh, Pennsylvania.

Respectfully submitted,

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se
4885 McKnight Road #123
Pittsburgh, PA 15237
Telephone: 724.462.5730
Email: operationreunification@gmail.com

Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2026, I furnished a true and correct copy of the foregoing by e-mail and/or U.S. Mail to Jeanette Cristina Abuchaibe, Esq., Peace River Center, at jeanette.abuchaibe@peacerivercenter.org, if she remains counsel of record, and to Petitioner and/or any additional counsel or service address shown on the Polk County Clerk docket for Case No. 2025DR-002205-0000-00.

Because counsel identity, service, notice, and hearing scope are issues raised in the contemporaneously filed clarification motion, Respondent respectfully requests that the Clerk and Court identify any additional required recipient so service may be completed without prejudice.

/s/ Daniel Benjamin Fleischman

DANIEL BENJAMIN FLEISCHMAN, Pro Se

Page 4

Filing # 247904425 E-Filed 05/11/2026 02:50:01 PM

IN THE CIRCUIT COURT IN
AND FOR POLK COUNTY, FLORIDA
FAMILY LAW DIVISION

CASE NO.: 25DR-2205
SECTION: 09

**CAROLA V. PENA FINOL,**
　　Petitioner,

and

**DANIEL BENJAMIN FLEISCHMAN,**
　　Respondent.
　　　　　　　　　　　　　　　　　　　　/

CASE NO.: 2019DR-3499
SECTION: 02

**DANIEL B. FLEISCHMAN,**
　　Petitioner,

v

**CAROLA VIRGINIA PENA FINOL,**
　　Respondent.
　　　　　　　　　　　　　　　　　　　　/

## ORDER OF REASSIGNMENT

The undersigned judges have been assigned cases that involve the same parties and have determined that a reassignment should occur in order to unify family cases. Specifically, the Clerk assigned a Complaint for Paternity case to Section 02 in 2019, which is currently an active case. A DV case was assigned to Section 09 in 2025. It has been determined that the case pending in Section 09 should be reassigned to Section 02.

The undersigned judges submit the case with the highest case number to the Chief Judge requesting that the case be reassigned to the division having the lowest case number.

DATED in Chambers at Bartow, Polk County, Florida, this ___MAY 1 1 2026___ day of May, 2026.

_____
JULIE G. HILL,
Judge (Sending)

_____
William Sites,
Judge (Receiving)

## ORDER OF REASSIGNMENT

**ORDERED** that this cause be, and the same is hereby, reassigned to the Honorable William Sites, Division 02.

**ORDERED** in Chambers at Bartow, Polk County, Florida, this ___11th___ day of ~~May~~ May, 2026.

_____
Chief Judge
James A. Yancey

Copies furnished to:

Honorable William Sites
Honorable Julie Hill
Petitioner
Respondent

Filing # 247905989 E-Filed 05/11/2026 02:58:42 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NUMBER: 53-2025-DR-002205-0000-00
02

PENA FINOL CAROLA V,
    Petitioner,

and

FLEISCHMAN DANIEL B,
    Respondent.

_____

## ORDER REGARDING EX PARTE RELIEF

Pending before the Court is Respondent's Motion to Implement a Parenting App et al.. After consideration and review of the pleading(s), the Court finds as follows:

___wds_____    The Court treats the Respondent's motion as a request for clarification. As such, the Repondent's ex parte request is considered and **GRANTED**.

___wds_____    Both Parties are directed to use Our Family Wizard as the Court ordered parenting app for purposes of any communications involving the parties minor child. Any such communications are allowable only as authorized by Court order in case number 2019-DR-3499. No further motions regarding time sharing, and,or communciations to, or involving the parties minor child, will be heard in case number 2025-DR-002205. All such motions must be filed under case number 2019-DR-003499. The Court has issued this directive two times. Failure to adhere will result in sanctions.

**ORDERED** in Bartow, Polk County, Florida on this Monday, May 11, 2026.

53-2025-DR-002205-0000-00 05/11/2026 01:59:05 PM

William Sites, Circuit Judge
53-2025-DR-002205-0000-00 05/11/2026 01:59:05 PM

PENA FINOL CAROLA V
CONFIDENTIAL
CLERK DATA MISSING,

DANIEL B FLEISCHMAN
OPERATIONREUNIFICATION@GMAIL..COM
DANIEL@EXPONENTIALBUSINESSCOACHING.COM

Scott K Spivack
pleadings@SpivLaw.com

FLEISCHMAN DANIEL B
4885 MCKNIGHT ROAD #123
PITTSBURGH, PA 15237

JEANETTE CRISTINA ABUCHAIBE
jeanette.abuchaibe@peacerivercenter.org
abuchaibelaw@gmail.com



**Stacy M. Butterfield, CPA**
**Clerk of Courts & Comptroller**
**Polk County, Florida**

Public Records Online

**CASE INFORMATION**

Printed as of 5/11/2026 by Public

Case Number:      2019DR003499000000

Judge:            **WILLIAM D SITES**          Section:   02

**Parties**

| Party Type | Party Name | Attorney |
|---|---|---|
| DEFENDANT | PENA FINOL CAROLA VIRGINIA | SANOBA KARIE L |
| PLAINTIFF | FLEISCHMAN DANIEL B | |

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 5/8/2019 | LETTER FROM CLERK | LC | 1 | 1 |
| 5/8/2019 | DOCKET | DO | 3 | 2 |
| 5/8/2019 | LETTER FROM CLERK | LC | 1 | 3 |
| 5/8/2019 | NOTICE OF CASE TRANSFER | N | 1 | 4 |
| 5/8/2019 | ORDER ON TRANSFER/CHANGE OF VENUE | OT | 2 | 5 |
| 5/8/2019 | MEMORANDUM | ME | 1 | 6 |
| 5/8/2019 | CIVIL COVER SHEET | CCS | 2 | 7 |
| 5/8/2019 | NOTICE OF RELATED CASES | NRC | 3 | 8 |
| 5/8/2019 | ORDER TO ESTABLISH PATERNITY AND RELATED RELIEF | O | 4 | 9 |
| 5/8/2019 | SUMMONS ISSUED BY CLERK | SI | 4 | 10 |
| 5/8/2019 | UNIFORM CHILD CUSTODY JURISDICTION AFFIDAVIT | UCA | 5 | 11 |
| 5/8/2019 | CERTIFICATE OF COMPLIANCE | CC | 1 | 12 |
| 5/8/2019 | AMENDED PETITION TO ESTABLISH PATERNITY AND RELATED RELIEF | PA | 3 | 13 |
| 5/8/2019 | NOTICE OF FILING PATERNITY SETTLEMENT AGREEMENT | NF | 27 | 14 |
| 5/8/2019 | ACCEPTANCE OF SERVICE | AS | 2 | 15 |

Polk County Clerk of Courts

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:       **2019DR003499000000**

Judge:             **WILLIAM D SITES**                Section:   **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 5/8/2019 | NOTICE OF UNAVAILABILITY | NU | 2 | 16 |
| 5/8/2019 | ACCEPTANCE OF SERVICE | AS | 2 | 17 |
| 5/8/2019 | AFFIDAVIT FINANCIAL DANIEL FLEISCHMAN | AF | 12 | 18 |
| 5/8/2019 | AFFIDAVIT FINANCIAL CAROLA V PENA | AF | 7 | 19 |
| 5/8/2019 | FATHERS URGENT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERNECE | M | 4 | 20 |
| 5/8/2019 | NOTICE OF HEARING | NH | 1 | 21 |
| 5/8/2019 | NOTICE OF FILING AMENDMENT TO PATERNITY SETTLEMENT AGREEMENT | NF | 3 | 22 |
| 5/8/2019 | CERTIFIED STATEMENT OF FINAL JUDGMENT OF PATERNITY | CSFP | 1 | 23 |
| 5/8/2019 | NOTICE OF CHANGE OF ADDRESS | NC | 1 | 24 |
| 5/8/2019 | NOTICE OF HEARING | NH | 1 | 25 |
| 5/8/2019 | MOTION FOR CHANGE OF VENUE | M | 2 | 26 |
| 5/8/2019 | MOTION TO ALLOW ATTENDANCE BY TELEPHONE | M | 1 | 28 |
| 5/8/2019 | ORDER GRANTING MOTION | OGM | 1 | 29 |
| 5/8/2019 | AGREED FINAL JUDGMENT OF PATERNITY PARENTAL RESPONSIBILITY PARENTING PLAN AND CHILD SUPPORT | FJ | 3 | 30 |
| 5/8/2019 | MEMORANDUM | ME | 1 | 31 |
| 5/16/2019 | PETITION FOR MODIFICATION AGREED FINAL JUDGMENT OF PATERNITY PARENTAL RESPONSIBILITY PARENTING PLAN | PM | 11 | 32 |
| 5/16/2019 | NOTICE OF RELATED CASES | NRC | 2 | 33 |
| 5/16/2019 | DEMAND FOR MANDATORY DISCLOSURE | DE | 2 | 34 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:     **2019DR003499000000**

Judge:           **WILLIAM D SITES**                    Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 5/16/2019 | SUMMONS ISSUED BY CLERK | SI | 3 | 35 |
| 5/20/2019 | UNDELIVERED ENVELOPE | U | 2 | 36 |
| 5/28/2019 | SERVICE OF PROCESS SERVED | SPS | 3 | 37 |
| 6/13/2019 | MOTION UNSIGNED DEFAULT | MUD | 1 | 38 |
| 6/13/2019 | MOTION FOR REFERRAL TO MEDIATION | M | 1 | 39 |
| 6/18/2019 | LETTER FROM ATTORNEY'S OFFICE | LAO | 1 | 40 |
| 6/18/2019 | ORDER OF REFERRAL TO FAMILY MEDIATION | ORF | 2 | 41 |
| 6/21/2019 | NOTICE OF MEDIATION | N | 1 | 42 |
| 6/28/2019 | DEFAULT | D | 1 | 43 |
| 7/15/2019 | AFFIDAVIT FINANCIAL-CAROLA PENA FINOL | AF | 6 | 44 |
| 7/26/2019 | NOTICE OF MEDIATION AND ASSESSED FEE | NM | 1 | 45 |
| 7/26/2019 | NOTICE OF MEDIATION AND ASSESSED FEE | NM | 1 | 46 |
| 8/26/2019 | NOTICE OF PRODUCTION FROM NON PARTY | NPN | 3 | 47 |
| 8/26/2019 | MEDIATION REPORT | MR | 1 | 48 |
| 8/28/2019 | COPY OF REQUESTED CHECK | CRC | 1 | 49 |
| 10/10/2019 | NOTICE OF APPEARANCE | NAP | 1 | 50 |
| 10/23/2019 | AMENDED NOTICE OF TAKING DEPOSITION | NTD | 1 | 51 |
| 10/24/2019 | NOTICE OF TAKING DEPOSITION | NTD | 1 | 52 |
| 10/24/2019 | NOTICE OF INFORMAL MEDIATION | N | 1 | 53 |

Polk County Clerk of Courts

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

| Case Number: | **2019DR003499000000** | | |
|---|---|---|---|
| Judge: | **WILLIAM D SITES** | Section: | **02** |

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 12/5/2019 | RESPONDENTS ANSWER TO SUPPLEMENTAL PETITION TO MODIFY AGREED FINAL JUDGMENT OF PATERNITY PARENTAL RESPONSIBILITY PARENTING PLAN AND CHILD SUPPORT DANIEL FLEISCHMAN | AR | 2 | 54 |
| 12/11/2019 | NOTICE OF CANCELLATION OF DEPOSITION | NCD | 1 | 55 |
| 12/12/2019 | NOTICE OF CANCELLATION OF DEPOSITION | NCD | 1 | 56 |
| 2/24/2020 | NOTICE OF NONAVAILABILITY | NU | 1 | 57 |
| 4/15/2020 | CHILD SUPPORT GUIDELINES WORKSHEET | CSG | 4 | 58 |
| 7/10/2020 | MOTION FOR CIVIL CONTEMPT / ENFORCEMENT | MCE | 8 | 59 |
| 7/13/2020 | MOTION TO WITHDRAW | MW | 1 | 60 |
| 7/30/2020 | ORDER MOTION TO WITHDRAW | OWD | 2 | 61 |
| 10/6/2020 | Calendar entry added for: 01/18/2020 10:00 AM  Reason: MOT_CONTEMPT | CINS | 0 | 62 |
| 10/12/2020 | Calendar entry added for: 01/28/2021 10:00 AM  Reason: MOT_CONTEMPT | CINS | 0 | 63 |
| 12/7/2020 | NOTICE OF APPEARANCE | NAP | 1 | 64 |
| 12/7/2020 | DESIGNATION OF ELECTRONIC MAIL ADDRESS | DEA | 1 | 65 |
| 12/9/2020 | MOTION TO WITHDRAW AS COUNSEL | MW | 2 | 66 |
| 1/20/2021 | Calendar entry deleted for: 01/28/2021 10:00 AM | CDEL | 0 | 67 |
| 1/29/2021 | UNIFORM CHILD CUSTODY JURISDICTION AFFIDAVIT | UCA | 4 | 68 |
| 1/29/2021 | AFFIDAVIT FINANCIAL CAROLA PENA FINOL | AF | 7 | 69 |

Polk County Clerk of Courts

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:     **2019DR003499000000**

Judge:          **WILLIAM D SITES**                          Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 1/29/2021 | NOTICE OF COMPLIANCE WITH MANDATORY DISCLOSURE | N | 4 | 70 |
| 2/12/2021 | NOTICE OF MEDIATION | N | 2 | 71 |
| 3/10/2021 | FEE ASSESSMENT AND NOTICE OF VIRTUAL MEDIATION | NM | 2 | 72 |
| 3/10/2021 | FEE ASSESSMENT AND NOTICE OF VIRTUAL MEDIATION | NM | 2 | 73 |
| 3/11/2021 | DEMAND FOR COMPLIANCE WITH RULE 12.285 FLORIDA FAMILY LAW RULES OF PROCEDURE | DE | 3 | 74 |
| 4/23/2021 | MOTION TO COMPEL DISCLOSURE | MC | 2 | 75 |
| 4/26/2021 | Calendar entry added for: 07/19/2021 11:30 AM | CINS | 0 | 76 |
| | Reason: MOTION TO COMPEL | | | |
| 4/27/2021 | NOTICE OF HEARING | NH | 3 | 77 |
| 4/27/2021 | CERTIFICATE OF COMPLIANCE WITH MANDATORY DISCLOSURE | CC | 4 | 78 |
| 4/27/2021 | AFFIDAVIT FINANCIAL DANIEL FLEISCHMAN | AF | 11 | 79 |
| 5/10/2021 | MEDIATED AGREEMENT | AGR | 8 | 80 |
| 5/10/2021 | MEDIATORS REPORT | MR | 1 | 81 |
| 5/19/2021 | ORDER SETTING FINAL HEARING | OSH | 3 | 82 |
| 6/30/2021 | JOINT STIPULATION TO AMEND MEDIATED AGREEMENT | ST | 3 | 83 |
| 7/21/2021 | ORDER ON SUPPLEMENTAL PETITION TO MODIFY AGREED FINAL JUDGMENT OF PATERNITY | OSU | 12 | 84 |
| 7/21/2021 | SCHEDULE A | SC | 2 | 85 |
| 7/22/2021 | FINAL DISPOSITION FORM | FD | 1 | 86 |
| 8/11/2021 | UNDELIVERED ENVELOPE | U | 2 | 87 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:     **2019DR003499000000**

Judge:          **WILLIAM D SITES**                    Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 8/11/2021 | UNDELIVERED ENVELOPE | U | 2 | 88 |
| 10/20/2022 | SCHEDULE A | SC | 2 | 89 |
| 10/20/2022 | SUPPLEMENTAL PETITION TO MODIFY PARENTAL RESPONSIBILITY VISITATION OR PARENTING PLAN TIMESHARING SCHEDULE AND OTHER RELIEF | PM | 3 | 90 |
| 10/20/2022 | UNIFORM CHILD CUSTODY JURISDICTION AFFIDAVIT | UCA | 6 | 91 |
| 10/20/2022 | (COPY) ORDER ON SUPPLEMENTAL PETITION TO MODIFY AGREED FINAL JUDGMENT OF PATERNITY | OTH | 12 | 92 |
| 10/20/2022 | SUMMONS ISSUED BY CLERK | SI | 3 | 93 |
| 10/20/2022 | PROCESS SERVICE MEMORANDUM | ME | 2 | 94 |
| 10/20/2022 | FAMILY LETTER FROM CLERK REQUESTING REOPEN FEE | LCF | 1 | 95 |
| 5/2/2023 | Calendar entry added for: 08/28/2023 09:00 AM Reason: CASE_MGMT_CONF | CINS | 0 | 96 |
| 5/3/2023 | ORDER SETTING CASE MANAGEMENT CONFERENCE | OCM | 1 | 97 |
| 5/23/2023 | UNDELIVERED ENVELOPE | U | 2 | 98 |
| 6/15/2023 | UNDELIVERED ENVELOPE | U | 2 | 99 |
| 8/24/2023 | NOTICE OF VOLUNTARY DISMISSAL | DIV | 4 | 100 |
| 5/31/2024 | AFFIDAVIT REQUESTING SUSPENSION OF DRIVERS LICENSE REGISTATION | A | 1 | 101 |
| 6/3/2024 | NOTICE OF INTENT TO INITIATE SUSPENSION OF DRIVERS LICENSE AND MOTOR VEHICLE REGISTRATION | N | 2 | 102 |
| 6/12/2024 | UNDELIVERED ENVELOPE | U | 3 | 105 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

| Case Number: | **2019DR003499000000** | | |
|---|---|---|---|
| Judge: | **WILLIAM D SITES** | Section: | **02** |

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 6/28/2024 | NOTICE OF APPEARANCE | NAP | 1 | 106 |
| 6/28/2024 | EMERGENCY MOTION FOR CONTEMPT AND FOR ENFORCEMENT | MCE | 59 | 107 |
| 7/9/2024 | ORDER GRANTING IN PART PETITIONERS EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | O | 2 | 108 |
| 8/3/2024 | NOTICE OF APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL ADDRESS | NAP | 2 | 109 |
| 8/6/2024 | AFFIDAVIT REQUESTING SUSPENSION OF DL/REGISTRATION | ARSD | 2 | 110 |
| 8/6/2024 | NOTICE OF INTENT TO INITIATE SUSPENSION OF DL/MVR | N | 2 | 111 |
| 9/3/2024 | DHSMV CHILD SUPPORT SUSPENSION | N | 1 | 112 |
| 9/24/2024 | MOTHERS MOTION TO DISSOLVE OR DISMISS ORDER GRANTING IN PART PETITIONERS EMERGENCY MOTION FOR COMTEMPT AND ENFORCEMENT | M | 3 | 113 |
| 9/27/2024 | AFFIDAVIT TO REINSTATE DRIVERS LICENSE AND MOTOR VEHICLE REGISTRATION | A | 1 | 115 |
| 9/30/2024 | ORDER DENYING MOTHERS MOTION TO DISSOLVE OR DISMISS EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | O | 2 | 114 |
| 10/21/2024 | SUPPLEMENTAL PETITION FOR MODIFICATION | PM | 6 | 116 |
| 11/12/2024 | SUMMONS (TO BE ISSUED BY CLERK) | STBI | 4 | 117 |
| 12/9/2024 | SERVICE OF PROCESS SERVED | SPS | 1 | 118 |
| 12/11/2024 | MOTHERS MOTION TO DISMISS FATHERS SUPPLEMENTAL PETITION FOR MODIFICATION | M | 2 | 119 |
| 12/13/2024 | MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM | MAG | 2 | 120 |
| 12/17/2024 | REQUEST TO REDIRECT PAYMENT TO NEW TITLE IV-D CASE | RRD | 1 | 121 |

Polk County Clerk of Courts

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:        **2019DR003499000000**

Judge:              **WILLIAM D SITES**                    Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 12/17/2024 | DEMOGRAPHIC INFORMATION SHEET | DI | 1 | 122 |
| 12/19/2024 | MOTION FOR APPOINTMENT OF REUNIFICATION SPECIALIST | M | 4 | 123 |
| 12/19/2024 | MOTION FOR IMMEDIATED REFERRAL TO MEDIATION | M | 2 | 124 |
| 1/21/2025 | Calendar entry added for: 04/21/2025 12:45 PM | CINS | 0 | 125 |
| | Reason: MOT_DISMISS | | | |
| 2/11/2025 | Calendar entry deleted for: 04/21/2025 12:45 PM | CDEL | 0 | 126 |
| 3/27/2025 | Calendar entry added for: 05/29/2025 02:30 PM | CINS | 0 | 127 |
| | Reason: CASE_MGMT_CONF | | | |
| 3/27/2025 | NOTICE OF HEARING | NH | 2 | 128 |
| 5/9/2025 | REQUEST TO PRODUCE | NRP | 4 | 129 |
| 5/15/2025 | MOTION FOR EXPEDITED RELIEF | M | 3 | 130 |
| 5/21/2025 | MOTHERS OBJECTION TO REQUEST TO PRODUCE AND MOTION TO STAY DISCOVERY | M | 3 | 131 |
| 5/21/2025 | MOTHERS AMENDED OBJECTION TO REQUEST TO PRODUCE AND MOTION TO STAY DISCOVERY | M | 3 | 132 |
| 5/27/2025 | MOTHERS MOTION TO TERMINATE FATHERS ATTENDANCE AT CHILDS APPOINTMENTS | M | 3 | 133 |
| 5/29/2025 | Calendar entry added for: 08/18/2025 03:00 PM | CINS | 0 | 134 |
| | Reason: MOT_HRG | | | |
| 5/29/2025 | Calendar entry added for: 08/06/2025 08:30 AM | CINS | 0 | 135 |
| | Reason: MOT_DISMISS | | | |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:       **2019DR003499000000**

Judge:             **WILLIAM D SITES**                        Section:   **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 5/29/2025 | Calendar entry added for: 06/06/2025 10:00 AM | CINS | 0 | 136 |
|  | Reason: MOT_WITHDRAW |  |  |  |
| 5/29/2025 | Calendar entry deleted for: 06/06/2025 10:00 AM | CDEL | 0 | 137 |
| 5/29/2025 | Calendar entry added for: 06/06/2025 10:00 AM | CINS | 0 | 138 |
|  | Reason: MOT_WITHDRAW |  |  |  |
| 5/29/2025 | NOTICE OF CMC HEARING | NH | 2 | 139 |
| 5/29/2025 | MOTION FOR LEAVE TO WITHDRAW | MW | 2 | 140 |
| 5/29/2025 | AMENDED NOTICE OF HEARING | NHA | 2 | 141 |
| 5/29/2025 | NOTICE OF HEARING | NH | 2 | 142 |
| 6/4/2025 | AMENDED NOTICE OF HEARING | NHA | 2 | 143 |
| 6/6/2025 | ORDER GRANTING LEAVE TO WITHDRAW | OWD | 2 | 144 |
| 6/11/2025 | ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND SCHEDULING HEARINGS ON PENDING MOTIONS | O | 3 | 145 |
| 8/4/2025 | FAX COVER SHEETS | OTH | 2 | 146 |
| 8/4/2025 | EMERGENCY SERVICE FEDERAL CIVIL RIGHTS ACTION ACTIVE | OTH | 1 | 147 |
| 8/4/2025 | LETTER FROM DANIEL FLEISCHMAN | L | 1 | 148 |
| 8/4/2025 | CERTIFICATE OF SERVICE | COS | 1 | 149 |
| 8/4/2025 | MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO STAY PROCEEDINGS | ME | 3 | 150 |
| 8/4/2025 | EMERGENCY MOTION TO STAY ALL PROCEEDINGS | M | 2 | 151 |
| 8/4/2025 | FAX MESSAGE TO CHAMBERS | OTH | 1 | 152 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:     **2019DR003499000000**

Judge:           **WILLIAM D SITES**                    Section:   **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 8/5/2025 | FAMILY MEMO TO JUDGE | ME | 1 | 153 |
| 8/5/2025 | ORDER REGARDING PETITIONERS EMERGENCY MOTION TO STAY ALL PROCEEDINGS | O | 2 | 154 |
| 8/6/2025 | Calendar entry deleted for: 08/18/2025 03:00 PM | CDEL | 0 | 155 |
| 8/6/2025 | FAX COVER SHEET | OTH | 1 | 156 |
| 8/12/2025 | NOTICE OF FILING FAX FROM DANIEL FLEISCHMAN | NF | 94 | 157 |
| 8/14/2025 | ORDER GRANTING MOTHERS MOTION TO DISMISS FATHERS SUPPLEMENTAL PETITION FOR MODIFICATION | OGM | 3 | 158 |
| 8/15/2025 | ORDER CANCELLING HEARING SCHEDULED FOR AUGUST 18 2025 | O | 2 | 159 |
| 8/19/2025 | MOTHERS VERIFIED EMERGENCY EX PARTE MOTION FOR ORDER DIRECTING FATHER TO IMMEDIATELY CEASE AND DESIST POSTING ANYTHING RELATED TO THIS CASE THE MOTHER AND MINOR CHILD ON SOCIAL MEDIA | M | 10 | 160 |
| 8/21/2025 | ORDER REGARDING MOTHERS VERIFIED EMERGENCY EX PARTE MOTION FOR ORDER DIRECTING FATHER TO IMMEDIATELY CEASE AND DESIST POSTING ANYTHING RELATED TO THIS CASE THE MOTHER AND THE MINOR CHILDREN ON SOCIAL MEDIA | O | 2 | 161 |
| 9/19/2025 | UNDELIVERED ENVELOPE | U | 3 | 162 |
| 9/19/2025 | UNDELIVERED ENVELOPE | U | 4 | 163 |
| 9/19/2025 | UNDELIVERED ENVELOPE | U | 3 | 164 |
| 9/26/2025 | MOTHERS VERIFIED EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | MCE | 17 | 165 |

## Public Records Online
### CASE INFORMATION

**Printed as of 5/11/2026 by Public**

Case Number:      **2019DR003499000000**

Judge:            **WILLIAM D SITES**               Section:   **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 9/26/2025 | Calendar entry added for: 10/23/2025 08:30 AM | CINS | 0 | 166 |
| | Reason: EMERG_HRG | | | |
| 9/29/2025 | ORDER SETTING IN PERSON HEARING ON MOTHERS VERIFIED EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | OSH | 2 | 167 |
| 9/29/2025 | LETTER FROM ATTORNEY'S OFFICE | LAO | 1 | 168 |
| 10/21/2025 | FAXED FILINGS / EMERGENCY MOTION | M | 12 | 174 |
| 10/21/2025 | FAXED FILINGS / EMERGENCY MOTION | M | 23 | 175 |
| 10/22/2025 | FAX COVER LETTER | L | 1 | 169 |
| 10/22/2025 | VERIFIED MOTION TO DISQUALIFY JUDGE MELISSA GRAVITT REQUEST FOR ADMINISTRATIVE TRANSFER AND EMERGENCY REFERRAL PACKAGE | M | 2 | 170 |
| 10/22/2025 | EMERGENCY MOTION TO REESTABLISH CONTACT / ENFORCE PARENTING PLAN | M | 4 | 171 |
| 10/22/2025 | VERIFIED MOTION TO QUASH OR VACATE CONTEMPT | M | 2 | 172 |
| 10/22/2025 | MOTION TO APPEAR REMOTELY (VIA ZOOM OR TELEPHONE) | M | 2 | 173 |
| 10/22/2025 | FAMILY MEMO TO JUDGE | ME | 1 | 176 |
| 10/22/2025 | ORDER CONTINUING AND RESCHEDULING HEARING ON MOTHERS VERIFIED EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | O | 2 | 177 |
| 10/23/2025 | ORDER ON VERIFIED MOTION TO DISQUALIFY JUDGE MELISSA GRAVITT REQUEST FOR ADMINISTRATIVE TRANSFER AND EMERGENCY REFERRAL PACKAGE | O | 2 | 178 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:     **2019DR003499000000**

Judge:            **WILLIAM D SITES**                    Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 11/7/2025 | Calendar entry added for: 12/16/2025 02:30 PM | CINS | 0 | 179 |
| | Reason: MOT_HRG | | | |
| 11/12/2025 | UNDELIVERED ENVELOPE | U | 3 | 180 |
| 11/20/2025 | ORDER RESCHEDULING IN PERSON HEARING ON MOTHERS VERIFIED EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | OSH | 2 | 181 |
| 12/2/2025 | NOTICE OF UPDATED ADDRESS ADA ACCOMMODATIONS FEDERAL SUPREMACY AND REQUEST FOR STAY | N | 4 | 182 |
| 12/2/2025 | UNDELIVERED ENVELOPE | U | 3 | 183 |
| 12/8/2025 | ORDER ON PETITIONERS NOTICE OF UPDATED ADDRESS ADA ACCOMMODATION FEDERAL SUPREMACY AND REQUEST FOR STAY | O | 2 | 184 |
| 12/16/2025 | FAX COVER LETTER-WITH RESPONSE FROM PLAINTIFF | L | 2 | 185 |
| 12/16/2025 | FAX COVER LETTER-WITH RESPONSE FROM PLAINTIFF | L | 2 | 186 |
| 12/17/2025 | FAX COVER SHEET/LETTER DANIEL FLEISCHMAN NOT ADMITTED TO TEAMS FOR HEARING | L | 2 | 187 |
| 12/17/2025 | FAX COVER LETTER WITH ATTACHED NOTICE OF SWORN STATEMENT OF MONICA RICHEY | L | 10 | 188 |
| 12/17/2025 | NOTICE OF FILING EMAIL CHAIN BETWEEN DANIEL FLEISCHMAN AND JA CHERYL STARLING | NF | 3 | 189 |
| 1/2/2026 | EVIDENCE REPORT | EV | 4 | 190 |
| 1/15/2026 | NOTICE OF FILING CORRESPONDENCE FROM DANIEL BENJAMIN FLEISCHMAN DATED JANUARY 14 2026 | NF | 12 | 191 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number:    **2019DR003499000000**

Judge:    **WILLIAM D SITES**                    Section:    **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 1/21/2026 | ORDER GRANTING MOTHERS VERIFIED EMERGENCY MOTION FOR CONTEMPT AND ENFORCEMENT | OCO | 5 | 192 |
| 1/21/2026 | NOTICE CONFIDENTIAL INFORMATION WITHIN COURT FILING | NCI | 1 | 193 |
| 4/8/2026 | UNDELIVERED ENVELOPE | U | 7 | 194 |
| 4/20/2026 | FATHERS EMERGENCY MOTION FOR RELIEF FROM JANUARY 2026 CONTEMPT ORDER TO VACATE AS VOID OR REOPEN | M | 6 | 195 |
| | FOR EVIDENTIARY REVIEW TO STAY ENFORCEMENT TO CLARIFY JUDICIAL ASSIGNMENT AND TO PRESERVE TO PRODUCE | | | |
| | ENTRY / SERVICE RECORDS | | | |
| 4/20/2026 | NOTICE OF FILING EXHIBIT PACKET IN SUPPORT OF FATHERS EMERGENCY MOTION FOR RELIEF FROM | NF | 6 | 196 |
| | JANUARY 21 2026 CONTEMPT ORDER TO VACATE AS VOID OR REOPEN FOR EVIDENTIARY REVIEW TO STAY | | | |
| | ENFORCEMENT TO CLARIFY JUDICIAL ASSIGNMENT AND TO PRESERVE AND PRODUCE ENTRY / SERVICE RECORDS | | | |
| 4/20/2026 | FAMILY MEMO TO JUDGE | ME | 1 | 197 |
| 4/21/2026 | EMAIL | OTH | 1 | 199 |
| 4/21/2026 | PETITIONERS NOTICE OF FILING | NF | 2 | 200 |
| 4/21/2026 | CERTIFICATE OF SERVICE | COS | 1 | 201 |
| 4/22/2026 | ORDER REGARDING EMERGENCY RELIEF (DENIED) | O | 2 | 198 |
| 5/5/2026 | NOTICE OF FILING REDACTED PARENTING PLAN EXCERPTS SUPPORTING EMERGENCY BIRTHDAY CONTACT MOTION | NF | 2 | 202 |
| 5/5/2026 | EXHIBIT A | EX | 42 | 203 |

**Public Records Online**

**CASE INFORMATION**

**Printed as of 5/11/2026 by Public**

Case Number: **2019DR003499000000**

Judge: **WILLIAM D SITES**          Section: **02**

**Dockets**

| Date | Action | Type | Pages | Sequence |
|------|--------|------|-------|----------|
| 5/5/2026 | EMERGENCY VERIFIED MOTION TO ENFORCE AND CLARIFY PARENTING PLAN FOR THE PARTIES SONS TWELFTH | M | 5 | 204 |
| | BIRTHDAY CONTACT CHILD ONLY COMMUNICATION AND EXPEDITED RELIEF | | | |
| 5/5/2026 | FAMILY MEMO TO JUDGE | ME | 1 | 205 |
| 5/5/2026 | ORDER REGARDING EMERGENCY EX PARTE RELIEF | O | 2 | 206 |

No Hearing Data Available

No Payment Data Available

No Disposition Data Available

No Reopen Data Available

Polk County Clerk of Courts



**Stacy M. Butterfield, CPA**
Clerk of Courts & Comptroller
Polk County, Florida

# Polk Records Online

Accessibility Information

User: PUBLIC - IP (172.56.103.58)

Home    Help    My Account    Log Out

# Case Detail

New Search        Back to Search Results

**Case : 2025DR002205000000**
**Case Type : DOMV - DOMESTIC VIOLENCE**
**Section : 09 JULIE HILL**
**Case Style : PENA FINOL CAROLA V vs. FLEISCHMAN DANIEL B**
**Disposition : Open**

Print Case Summary

| Dockets | Parties | Hearings | Financial | Disposition |
|---------|---------|----------|-----------|-------------|

⬤ Available for viewing          ⊖ Not available for viewing

▽ Available for viewing after manual review          ▲ Manual review pending or completed

**Click icon in 'View' column to access document**

| Date | Action | Pages | Sequence | View |
|------|--------|-------|----------|------|
| 03/19/2025 | CIVIL COVER SHEET | 2 | 1 | ⊖ |
| 03/19/2025 | NOTICE OF RELATED CASES | 4 | 2 | ⊖ |
| 03/19/2025 | PETITION FOR INJUNCTION | 36 | 3 | ⊖ |
| 03/19/2025 | DEMOGRAPHIC INFORMATION SHEET | 1 | 4 | ⊖ |
| 03/19/2025 | DEMOGRAPHIC INFORMATION SHEET | 2 | 5 | ⊖ |
| 03/19/2025 | PETITIONER'S REQUEST FOR CONFIDENTIAL FILING OF ADDRESS | 1 | 6 | ⊖ |
| 03/19/2025 | UNIFORM CHILD CUSTODY JURISDICTION AFFIDAVIT | 6 | 7 | ⊖ |
| 03/19/2025 | ORDER SETTING HEARING | 3 | 9 | ⊖ |
| 03/19/2025 | INJUNCTION APPROVAL SHEET | 2 | 10 | ⊖ |
| 03/19/2025 | SERVICE PACKET ORDER SETTING HEARING | 50 | 11 | ⊖ |
| 03/20/2025 | Calendar entry added for: 04/02/2025 08:45 AM | 0 | 8 | |
| | Reason: NOH | | | |

| Date | Description | | |
|---|---|---|---|
| 04/02/2025 | Calendar entry added for: 04/16/2025 08:45 AM | 0 | 12 |
| | Reason: NOH | | |
| 04/02/2025 | NOTICE OF HEARING | 1 | 14 |
| 04/02/2025 | SERVICE PACKET NOTICE OF HEARING | 51 | 15 |
| 04/07/2025 | SERVICE OF PROCESS SERVED/ FLEISCHMAN DANIEL B/ 04/02/2025 | 1 | 16 |
| 04/08/2025 | SERVICE OF PROCESS SERVED/ DANIEL FLEISCHMA/04-02-2025 | 1 | 17 |
| 04/08/2025 | SERVICE OF PROCESS UNSERVED | 1 | 18 |
| 04/11/2025 | MOTION TO DISMISS INJUNCTION AND FOR SANCTIONS | 4 | 19 |
| 04/11/2025 | RESPONDENT'S COMPREHENSIVE PRE-HEARING MOTIONS/MOTION IN LIMINE/MOTION TO COMPEL DISCLOSURE OF | 5 | 20 |
| | EVIDENCE/MOTION FOR CIVL CONTEMPT AND ENFORCEMENT OF TIME-SHARING ORDER/MOTION TO APPOINT GUARDIAN | | |
| | AD LITEM/MOTION FOR PSYCHOLOGICAL EVALUATION OF PETITIONER UNDER FLA. STAT. 61.20/MOTION TO REFER | | |
| | CASE TO FAMILY DIVISION FOR CONSOLIDATION/MOTION FOR PROTECTIVE ORDER TO BAR FURTHER FALSE REPORTS/ | | |
| | MOTION TO DISMISS FOR LACK OF STANDING/MOTION FOR JUDICIAL NOTICE OF PRIOR RULINGS AND RECORDS | | |
| 04/11/2025 | RESPONDENT'S FIRST REQUEST FOR PRODUCTION, INTERROGATORIES, AND REQUEST FOR ADMISSIONS TO PETITIONER | 4 | 21 |
| 04/11/2025 | RESPONDENT'S VERIFIED MOTION TO CONTINUE FINAL INJUNCTION HEARING DATE | 3 | 22 |
| 04/11/2025 | NOTICE OF INTENT TO SEEK SANCTIONS PURSUANT TO SECTION 57.105, FLORIDA STATUTES (?SAFE HARBOR? | 18 | 23 |
| | NOTICE) | | |
| 04/15/2025 | MOTION FOR CIVIL CONTEMPT / ENFORCEMENT | 3 | 24 |
| 04/15/2025 | REPONDENTS VERIFIED MOTION TO CONTINUE FINAL INJNCTION HEARING DATE | 3 | 25 |
| 04/15/2025 | MOTION TO DISMISS INJUNCTION PETITION | 181 | 26 |
| 04/15/2025 | RESPONDENTS MOTION TO SET HEARING ON MOTION TO DISMISS | 2 | 27 |
| 04/16/2025 | Calendar entry added for: 05/14/2025 01:30 PM | 0 | 28 |
| | Reason: TEMP | | |
| 04/16/2025 | TEMPORARY INJUNCTION FOR PROTECTION | 7 | 29 |
| 04/16/2025 | SERVICE PACKET PARTY SERVED IN COURT | 7 | 30 |
| 04/17/2025 | NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS | 1 | 31 |
| 05/02/2025 | NOTICE OF APPEARANCE (INJ.) | 1 | 32 |
| 05/02/2025 | RESPONDENTS REQUEST TO PRODUCE | 2 | 33 |
| 05/02/2025 | NOTICE OF DESIGNATION OF ELECT. MAIL ADDRESS (INJ.) | 1 | 34 |
| 05/12/2025 | RESPONDENTS SECOND REQUEST TO PRODUCE | 2 | 37 |
| 05/13/2025 | SUPPLEMENTAL PETITION FOR INJUNCTION | 100 | 35 |

| 05/13/2025 | SUPPLEMENTAL PETITION FOR INJUNCTION PART TWO | 190 | 36 | |
| 05/13/2025 | SUPPLEMENTAL ORDER SETTING HEARING | 3 | 39 | |
| 05/13/2025 | SUPPLEMENTAL INJUNCTION APPROVAL SHEET | 1 | 40 | |
| 05/13/2025 | SUPPLEMENTAL SERVICE PACKET ORDER SETTING HEARING | 293 | 42 | |
| 05/14/2025 | Calendar entry added for: 05/28/2025 02:30 PM | 0 | 43 | |
| | Reason: OTE | | | |
| 05/14/2025 | INJUNCTION EXTENDED | 1 | 44 | |
| 05/14/2025 | SERVICE PACKET PARTY SERVED IN COURT | 1 | 45 | |
| 05/23/2025 | NOTICE OF PRODUCTION FROM NON PARTY | 1 | 46 | |
| 05/23/2025 | SUBPOENA DUCES TECUM WITHOUT DEPOSITION S AND D REAL ESTATE SERVICE LLC | 2 | 47 | |
| 05/23/2025 | NOTICE OF PRODUCTION FROM NON PARTY | 3 | 48 | |
| 05/28/2025 | INJUNCTION EXTENDED | 1 | 49 | |
| 05/28/2025 | SERVICE PACKET PARTY SERVED IN COURT | 1 | 50 | |
| 05/28/2025 | Calendar entry added for: 06/04/2025 10:00 AM | 0 | 51 | |
| | Reason: OTE | | | |
| 06/04/2025 | HOPE CARD REQUEST RECEIVED VIA IN PERSON | 1 | 52 | |
| 06/04/2025 | HOPE CARD PROVIDED TO PETITIONER VIA IN PERSON | 1 | 53 | |
| 06/04/2025 | FINAL JUDGMENT OF INJUNCTION FOR PROTECTION | 11 | 54 | |
| 06/04/2025 | SERVICE PACKET PARTY SERVED IN COURT | 11 | 55 | |
| 06/05/2025 | EVIDENCE REPORT | 2 | 56 | |
| 07/03/2025 | NOTICE OF APPEAL | 7 | 57 | |
| 07/03/2025 | NOTICE OF APPEAL TRANSMITTAL FORM | 2 | 58 | |
| 07/07/2025 | LETTER FOR APPEAL FILING FEE | 1 | 59 | |
| 07/07/2025 | ACKNOWLEDGMENT OF NEW CASE | 1 | 60 | |
| 07/07/2025 | DCA ORDER | 1 | 61 | |
| 07/07/2025 | DCA ORDER | 1 | 62 | |
| 07/07/2025 | DCA ORDER | 1 | 63 | |
| 07/07/2025 | DCA ORDER | 1 | 64 | |
| 07/08/2025 | CLERK'S DETERMINATION OF INDIGENT STATUS (APPLICATION ONLY) | 1 | 65 | |
| 07/08/2025 | CLERK'S DETERMINATION OF INDIGENT STATUS | 1 | 66 | |
| 07/08/2025 | CLERK'S DETERMINATION OF INDIGENT STATUS APPROVED | 1 | 67 | |
| 07/17/2025 | NOTICE- FAX | 1 | 68 | |
| 07/17/2025 | PROOF OF SERVICE | 1 | 69 | |

| 08/01/2025 | FAX COVER SHEET | 1 | 70 | |
| 08/01/2025 | NOTICE OF FILING | 3 | 71 | |
| 08/22/2025 | SERVICE OF COPY OF INDEX | 9 | 72 | |
| 08/22/2025 | INVOICE | 6 | 73 | |
| 09/12/2025 | DCA ORDER | 1 | 74 | |
| 09/12/2025 | STATUS REPORT | 1 | 75 | |
| 09/17/2025 | UNDELIVERED ENVELOPE | 16 | 76 | |
| 10/10/2025 | DEFENDANT'S FAX COVER SHEET WITH REQUEST TO CLERK | 3 | 77 | |
| 10/10/2025 | LETTER FROM DEPUTY CLERK | 1 | 78 | |
| 10/14/2025 | DCA ORDER | 1 | 79 | |
| 10/22/2025 | UNDELIVERED ENVELOPE | 2 | 80 | |
| 10/29/2025 | FAX COVER SHEET | 1 | 81 | |
| 10/29/2025 | ROUTING COVER SHEET PACKET | 6 | 82 | |
| 10/29/2025 | VERIFIED MOTION TO VACATE DISMISSAL AND REINSATE APPEAL FOR FRAUD ON THE COURT; MOTION TO COMPEL IMMEDIATE TRANSMISSION OF TRANSCRIPTS; AND REQUEST FOR SANCTIONS - APPEAL PROCEEDING | 5 | 83 | |
| 10/29/2025 | NOTICE OF SYSTEMIC PATTERN OF JUDICIAL MISCONDUCT AND FEDERAL INTEREST - APPEAL PROCEEDING | 2 | 84 | |
| 10/29/2025 | MOTION FOR SUPERVISORY ORDER AND TO COMPEL TRANSMISSION OF RECORD - APPEAL PROCEEDING | 2 | 85 | |
| 10/29/2025 | MOTION TO REINSTATE APPEAL AND FOR GOOD CASUE SHOWN - APPEAL PROCEEDING | 3 | 86 | |
| 10/29/2025 | NOTICE OF TRANSCRIPT UNAVAILABILITY AND REQUEST FOR SUPERVISORY INTERVENTION | 2 | 87 | |
| 10/29/2025 | NOTICE OF RELATED FEDERAL PROCEEDINGS - APPEAL PROCEEDING | 2 | 88 | |
| 10/29/2025 | MOTION TO COMPEL RECORD TRANSMISSION AND FOR SANCTIONS - APPEAL PROCEEDING | 2 | 89 | |
| 10/29/2025 | JUDICIAL QUALIFICATIONS COMISSSION COMPLAINT - APPEAL PROCEEDING | 1 | 90 | |
| 10/29/2025 | PUBLIC RECORDS REQUEST - TRANSCRIPTS AND AUDIO RECORDINGS | 4 | 91 | |
| 10/29/2025 | DEMAND FOR IMMEDIATE PRODUCTION OF TRANSCRIPTS AND RECORD | 2 | 92 | |
| 10/30/2025 | DUPLICATE APPEAL FILINGS | 29 | 93 | |
| 10/30/2025 | PUBLIC RECORDS REQUEST - TRANSCRIPTS AND AUDIO RECORDINGS | 6 | 94 | |
| 10/30/2025 | FAX COVER LETTER- MOTION TO REINSTATE APPEAL, NOTICE OF TRANSCRIPT UNAVAILABILITY, MOTION FOR SUPERISORY ORDER AND TO COMPEL RECORD TRANSMISSION, MOTION TO COMPEL RECORD TRANSMISSION AND SANCTIONS, NOTICE OF RELATED FEDERAL PROCEEDINGS, DEMAND FOR IMMEDIATE PRODUTION OF TRANSCRIPTS, PUBLIC RECORDS REQUEST TRANSCRIPTS, IQC COMPLAINT TRANSCRIPT | 31 | 95 | |

| Date | Description | | |
|---|---|---|---|
| | SUPPRESSION | | |
| 10/31/2025 | FAX COVER LETTER- MOTION TO REINSTATE APPEAL, NOTICE OF TRANSCRIPT UNAVAILABILITY, MOTION FOR | 31 | 96 |
| | SUPERVISORY ORDER AND TO COMPEL RECORD TRANSMISSION, MOTION TO COMPEL RECORD TRANSMISSION AND | | |
| | SANCTIONS, NOTICE OF RELATED FEDERAL PROCEEDINGS, DEMAND FOR IMMEDIATE PRODUTION OF TRANSCRIPTS, | | |
| | PUBLIC RECORDS REQUEST TRANSCRIPTS, JQC COMPLAINT TRANSCRIPT SUPPRESSION | | |
| 10/31/2025 | DCA ORDER | 1 | 97 |
| 11/03/2025 | STATUS REPORT | 1 | 103 |
| 11/06/2025 | DCA ORDER | 1 | 98 |
| 11/07/2025 | FAX COVER LETTER-WITH VERIFIED MOTION TO VACATE FINAL INJUNCTION AS VOID CASE 6D2025-1576 / 2025DR- | 14 | 99 |
| | 002205 (CERTIFICATION OF INDIGENCY & COMPLIANCE WITH 11/6/25 DCA ORDER) | | |
| 11/07/2025 | CLERK'S DETERMINATION OF INDIGENT STATUS (APPLICATION ONLY) | 2 | 100 |
| 11/14/2025 | FAX COVER LETTER- FINAL NOTICE OF CONSTITUTIONAL CLAIMS | 34 | 101 |
| 11/19/2025 | UNDELIVERED ENVELOPE | 3 | 102 |
| 12/10/2025 | MANDATE | 1 | 104 |
| 04/21/2026 | RESPONDENTS EMERGENCY MOTION TO REOPEN CASE FOR POST JUDGMENT PROCEEDINGS AND TO DIRECT CLERK | 7 | 105 |
| | TO ACCEPT AND DOCKET PENDING FILINGS | | |
| 04/21/2026 | RESPONDENTS MOTION TO DISSOLVE FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC | 5 | 106 |
| | VIOLENCE OR IN THE ALTERNATIVE TO MODIFY | | |
| 04/21/2026 | FAMILY MEMO TO JUDGE | 1 | 107 |
| 04/21/2026 | RESPONDENTS NOTICE OF FILING PROPOSED ORDER FOR RECORD PRESERVATION PURPOSES | 3 | 108 |
| 04/21/2026 | EXHIBIT A PROPOSED ORDER | 3 | 109 |
| 04/21/2026 | CERTIFICATE OF SERVICE | 2 | 110 |
| 04/23/2026 | ANSWER/RESPONSE FROM JUDGE SET FOR 30 MINUTE EVIDENTIARY IN PERSON HEARING WITH LEGAL SERVICE TO | 1 | 111 |
| | OPPOSING PARTY PETITIONER | | |
| 04/23/2026 | ANSWER/RESPONSE FROM JUDGE DENIED AS MOOT | 1 | 112 |
| 04/23/2026 | Calendar entry added for: 05/06/2026 08:45 AM | 0 | 113 |
| | Reason: R/MOT DISM/MOD | | |
| 04/23/2026 | NOTICE OF HEARING | 1 | 114 |
| 04/29/2026 | SERVICE OF PROCESS SERVED CAROLA PENA FINOL 04/29/2026 | 1 | 115 |
| 04/29/2026 | MOTION FOR CONTINUANCE | 2 | 116 |

| Date | Description | | |
|---|---|---|---|
| 04/30/2026 | Calendar entry deleted for: 05/06/2026 08:45 AM | 0 | 117 |
| 04/30/2026 | Calendar entry added for: 05/20/2026 08:45 AM | 0 | 118 |
| | Reason: R/MOT DISM/MOD | | |
| 04/30/2026 | ANSWER/RESPONSE FROM JUDGE-GRANTED-CONTINUE TO 5/20 | 1 | 119 |
| 04/30/2026 | NOTICE OF HEARING | 1 | 120 |
| 05/05/2026 | TIME SENSITIVE MOTION TO CLARIFY THAT COURT APPROVED 2019DR BIRTHDAY CONTACT AND NEUTRAL SERVICE DO NOT VIOLATE THE INJUNCTION | 3 | 121 |
| 05/05/2026 | EMERGENCY VERIFIED MOTION TO CONTINUE RESET OR ABATE HEARING UNTIL COMPLETE RECORD IS PRODUCED | 4 | 122 |
| 05/05/2026 | VERIFIED EMERGENCY MOTION TO COMPEL COMPLETE RECORD TRANSCRIPT AUDIO SERVICE FILE CORRECTION QUEUE METADATA AND PROESERVATION | 3 | 123 |
| 05/05/2026 | EMERGENCY MOTION FOR REMOTE APPEARANCE AND ALTERNATIVE CONTINUANCE | 3 | 124 |
| 05/05/2026 | MOTION TO CLARIFY PRESIDING JUDGE COUNSEL OF RECORD SERVICE NOTICE HEARING SCOPE PARENTING APP STATUS DOCKET INTEGRITY AND NO VIOLENCE/NO THREAT RECORD | 4 | 125 |
| 05/05/2026 | VERIFIED MOTION TO DISSOLVE VACATE MODIFY OR CLARIFY FINAL JUDGMENT OF INJUNCTION | 4 | 126 |
| 05/05/2026 | MOTION TO IMPLEMENT PARENTING APP OR CLARIFY THAT NO OPERATIVE COMMUNICATION CHANNEL EXISTS | 3 | 127 |
| 05/05/2026 | NOTICE OF FILING SWORN DECLARATION OF MONICA RICHEY AND CHILD SAFETY EVIDENCE | 3 | 128 |
| 05/05/2026 | NOTICE OF ACTIVE 2019DR PARENTING PLAN AND 2025DR FUNCTIONAL SEVERANCE | 3 | 129 |
| 05/05/2026 | NOTICE OF FILING EXHIBITS AND ATTACHMENT INDEX | 3 | 130 |
| 05/05/2026 | NARROW NOTICE OF RELATED FEDERAL AND APPELLATE RECORD PRESERVATION ISSUES | 3 | 131 |
| 05/05/2026 | COPY FINAL JUDGEMENT OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE WITH MINOR CHILDREN AFTER NOTICE | 11 | 132 |
| 05/05/2026 | COPY AGREED FINAL JUDGMENT OF PATERNITY PARENTAL RESPONDIBILITY PARENTING PLAN AND CHILD SUPPORT | 42 | 133 |
| 05/05/2026 | CASE INFORMATION | 9 | 134 |
| 05/05/2026 | CASE INFORMATION | 14 | 135 |
| 05/05/2026 | EMAILS AND CASE INFORMATION | 27 | 136 |
| 05/05/2026 | WITNESS STATEMENT | 2 | 137 |
| 05/05/2026 | EMAIL | 6 | 138 |
| 05/05/2026 | CRIMINAL LIABILITY NOTICE | 7 | 139 |

| 05/05/2026 | EMERGENCY RESPONSE | 9 | 140 | |
| 05/05/2026 | SUMMONS SERVICE INSTRUCTIONS | 23 | 141 | |
| 05/05/2026 | \EXHIBIT | 100 | 142 | |
| 05/06/2026 | RESPONDENTS NOTICE OF NON APPEARANCE RECORD OBJECTION AND REQUEST THAT COURT REVIEW PENDING FILINGS BEFORE HEARING | 1 | 143 | |
| 05/08/2026 | SERVICE OF PROCESS SERVED/ CAROLA V PENA FINOL/ 05/01/2026 | 1 | 144 | |
| 05/08/2026 | SERVICE OF PROCESS SERVED/ CAROLA V PENA FINOL/ 05/01/2026 | 1 | 145 | |

Terms of Use Help & FAQ

To learn more about Polk Clerk of Courts and Comptroller please visit Polk County Clerk of the Courts website

or follow us on Facebook Follow Polk County Clerk on Facebook

PRO Release Version 1.2.4.0

© 2026 - Polk County, all rights reserved



**Stacy M. Butterfield, CPA**
Clerk of Courts & Comptroller
Polk County, Florida

# Polk Records Online

Accessibility Information

User: PUBLIC - IP (172.56.103.58)

Home    Help    My Account    Log Out

# Search Results for Cases

## Search Parameters

| | | |
|---|---|---|
| Case Number: | UCN : | Citation : |
| Last Name :FleiSchman | First Name :Daniel | Middle Name : |
| Filing Date From : | Filing Date To : | Court Types : |
| New Search | Modify Search Values | Back to Main Menu |

**Maximum records returned are limited to the first 100 records. For additional cases please refine your search criteria.**

Show 100 ⌄ entries                    Filter records: 🔍

| Case Number | Party | Division | Filing Date | Judge Name | Action |
|---|---|---|---|---|---|
| 2019DR003499000000 | PENA FINOL CAROLA VIRGINIA | DR | 05/08/2019 | WILLIAM D SITES | View details for 2019DR003499000000 |
| 2021CA003190000000 | FLEISCHMAN DANIEL BENJAMIN | CA | 11/10/2021 | NO JUDGE ASSIGNED | View details for 2021CA003190000000 |
| 2021CC0005590000LK | MILLER, LATRICE | CC | 02/02/2021 | HOPE M PATTEY | View details for 2021CC0005590000LK |
| 2021CC0007730000LK | FLEISCHMAN, DANIEL B | CC | 02/12/2021 | HOPE M PATTEY | View details for 2021CC0007730000LK |
| 2021DR000440000000 | MILLER PATRICE | DR | 01/21/2021 | WILLIAM D SITES | View details for 2021DR000440000000 |
| 2021SC003950000000 | FLEISCHMAN, DANIEL | SC | 05/20/2021 | ALLISON CHRISTINE KAYLOR | View details for 2021SC003950000000 |
| 2022SC006405000000 | FLEISCHMAN, DANIEL | SC | 08/25/2022 | ALLISON CHRISTINE KAYLOR | View details for 2022SC006405000000 |

| | | | | | |
|---|---|---|---|---|---|
| 2024DR002806000000 | RICHEY RANDALL SETH | DR | 04/05/2024 | JULIE HILL | View details for 2024DR002806000000 |
| 2024DR004338000000 | RICHEY RANDALL SETH | DR | 05/24/2024 | JULIE HILL | View details for 2024DR004338000000 |
| 2024DR004425000000 | RICHEY RANDALL SETH | DR | 05/29/2024 | JULIE HILL | View details for 2024DR004425000000 |
| 2024DR004430000000 | FLEISCHMAN DANIEL B | DR | 05/29/2024 | JULIE HILL | View details for 2024DR004430000000 |
| 2024DR004495000000 | FLEISCHMAN DANIEL B | DR | 05/31/2024 | JULIE HILL | View details for 2024DR004495000000 |
| 2024DR007406000000 | SANTOS RAFAEL | DR | 09/06/2024 | JULIE HILL | View details for 2024DR007406000000 |
| 2024DR007408000000 | SANTOS RAFAEL | DR | 09/06/2024 | JULIE HILL | View details for 2024DR007408000000 |
| 2024DR007411000000 | RICHEY RANDALL SETH | DR | 09/06/2024 | JULIE HILL | View details for 2024DR007411000000 |
| 2024DR007414000000 | RICHEY RANDALL SETH | DR | 09/06/2024 | JULIE HILL | View details for 2024DR007414000000 |
| 2025CC007270A000BA | FLEISCHMAN, DANIEL | CC | 08/13/2025 | HOPE M PATTEY | View details for 2025CC007270A000BA |
| 2025DR002205000000 | FLEISCHMAN DANIEL B | DR | 03/19/2025 | JULIE HILL | View details for 2025DR002205000000 |

Showing 1 to 18 of 18 entries                         Previous   | 1 |   Next

Terms of Use Help & FAQ

To learn more about Polk Clerk of Courts and Comptroller please visit Polk County Clerk of the Courts website

or follow us on Facebook Follow Polk County Clerk on Facebook

PRO Release Version 1.2.4.0

© 2026 - Polk County, all rights reserved

Filing # 247904378 E-Filed 05/11/2026 02:49:38 PM

IN THE CIRCUIT COURT IN
AND FOR POLK COUNTY, FLORIDA
FAMILY LAW DIVISION

CASE NO.: 25DR-2205
SECTION: 09

**CAROLA V. PENA FINOL,**
Petitioner,

and

**DANIEL BENJAMIN FLEISCHMAN,**
Respondent.

_____/

CASE NO.: 2019DR-3499
SECTION: 02

**DANIEL B. FLEISCHMAN,**
Petitioner,

v

**CAROLA VIRGINIA PENA FINOL,**
Respondent.

_____/

## ORDER OF REASSIGNMENT

The undersigned judges have been assigned cases that involve the same parties and have determined that a reassignment should occur in order to unify family cases. Specifically, the Clerk assigned a Complaint for Paternity case to Section 02 in 2019, which is currently an active case. A DV case was assigned to Section 09 in 2025. It has been determined that the case pending in Section 09 should be reassigned to Section 02.

The undersigned judges submit the case with the highest case number to the Chief Judge requesting that the case be reassigned to the division having the lowest case number.

DATED in Chambers at Bartow, Polk County, Florida, this MAY 1 1 2026 day of May, 2026.

_____
JULIE C. HILL,
Judge (Sending)

_____
William Sites,
Judge (Receiving)

## ORDER OF REASSIGNMENT

**ORDERED** that this cause be, and the same is hereby, reassigned to the Honorable William Sites, Division 02.

**ORDERED** in Chambers at Bartow, Polk County, Florida, this ___11th___ day of ~~~~ May, 2026.

_____
Chief Judge
James A. Yancey

Copies furnished to:

Honorable William Sites
Honorable Julie Hill
Petitioner
Respondent

Filing # 247905989 E-Filed 05/11/2026 02:58:42 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NUMBER: 53-2025-DR-002205-0000-00
02

PENA FINOL CAROLA V,
   Petitioner,

and

FLEISCHMAN DANIEL B,
   Respondent.

_____

## ORDER REGARDING EX PARTE RELIEF

Pending before the Court is Respondent's Motion to Implement a Parenting App et al.. After consideration and review of the pleading(s), the Court finds as follows:

___wds_____   The Court treats the Respondent's motion as a request for clarification. As such, the Repondent's ex parte request is considered and **GRANTED**.

___wds_____   Both Parties are directed to use Our Family Wizard as the Court ordered parenting app for purposes of any communications involving the parties minor child. Any such communications are allowable only as authorized by Court order in case number 2019-DR-3499. No further motions regarding time sharing, and,or communciations to, or involving the parties minor child, will be heard in case number 2025-DR-002205. All such motions must be filed under case number 2019-DR-003499. The Court has issued this directive two times. Failure to adhere will result in sanctions.

**ORDERED** in Bartow, Polk County, Florida on this Monday, May 11, 2026.

53-2025-DR-002205-0000-00 05/11/2026 01:59:05 PM

_____
William Sites, Circuit Judge
53-2025-DR-002205-0000-00 05/11/2026 01:59:05 PM

---

*53-2025-DR-002205-0000-00*                    *Page 1 of 2*

PENA FINOL CAROLA V
CONFIDENTIAL
CLERK DATA MISSING,

FLEISCHMAN DANIEL B
4885 MCKNIGHT ROAD #123
PITTSBURGH, PA 15237

DANIEL B FLEISCHMAN
OPERATIONREUNIFICATION@GMAIL.COM
DANIEL@EXPONENTIALBUSINESSCOACHING.COM

JEANETTE CRISTINA ABUCHAIBE
jeanette.abuchaibe@peacerivercenter.org
abuchaibelaw@gmail.com

Scott K Spivack
pleadings@SpivLaw.com

Case No. 8:25-cv-03229-JLB-CPT

*Fleischman v. Polk County Clerk of Court*

Plaintiff's Notice of Supplemental Evidence

(Filed May 12, 2026)

# EXHIBIT 3

## FLHSMV DAVID Audit Reports (P845279 and P949956-040926)

*(12 pages)*

Florida Department of Highway Safety and Motor Vehicles, Bureau of Records, DAVID audit responses to Plaintiff's two Florida public records requests, comprising response letters, FLHSMV invoices, and itemized accessor logs for the period April 9, 2022 through April 9, 2026. Reflects, among other entries, the April 2, 2025 Sumter County Sheriff's Office McGhee entries with purpose code "036 – Verify Identity, 2025DR2205," the October 2, 2024 ten-entry Polk County Sheriff's Office Austin cluster, the July 25, 2025 Polk County Sheriff's Office Thurlo / Cavataio entries, the August 8, 2025 State Attorney's Office Tenth Judicial Circuit McConchie entries, and the September 22, 2025 FDLE Tampa Sonera entry. Authenticated by § 1746 Declaration of Plaintiff. Cited at §§ III.B and IV.D of the Notice and summarized at Schedule 2B.



**FLHSMV**
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES

Dave Kerner
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
· www.flhsmv.gov

APRIL 22, 2025

Daniel Fleischman
daniel.fleischman1@gmail.com & daniel@exponentialbusinesscoaching.com

Public Record Request P845279
Search Type: Driver License
Request Date: 10/14/2023 - 04/14/2025

Greetings:

Attached are the results for your above referenced Public Records Request. There was charge & enclosed is the payment receipt. As stated on the last page of the report, if you have any questions, as to who or why your record was inquired upon, please contact the agency's representatives listed above each agency.

This is a public records request / FOIA for the possible misuse of information by opposing parties either inside the police department or sheriff's office or anybody else with access to improper information for the benefit of another party in a legal matter.

Please let me know if you need any additional information. Thank you so much.

Hi Dave, Could you please provide for the time frame of the last 18 months. Please let me know if you need anything further. Thank you.

Sincerely,

*Manisha Dave*

MS-Business Consultant II
Bureau of Records
DAVIDPublicRecordRequest@flhsmv.gov

*Service • Integrity • Courtesy • Professionalism • Innovation • Excellence*
An Equal Opportunity Employer

# Department of Highway Safety & Motor Vehicles

# INVOICE

## Division of Motorist Services

*Bureau of Records, D.A.V.I.D Audits*

DATE: APRIL 22, 2025

2900 Apalachee Parkway, MS78
Tallahassee, Florida 32399-0500
Phone 850-617-2805 Fax 850-617-3926

TO    Daniel Fleischman
      daniel.fleischman1@gmail.com  &
      daniel@exponentialbusinesscoaching.com

P845279

| EMPLOYEE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| MD | Public Records Request | CK/MO/CC | Upon receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| ½ + 1 hr. | Record Search ($19.08 per hour) First ½ Hour Free (1 hr.)<br><br>Folder Setup and Audit; Sort and entered agency info<br><br>Setup Release request; Release Request to Agencies<br><br><br><br>**Payment for report options are as follows:**<br><br>-Check/Money order:<br><br>   Make payable to:<br>      "Department of Highway Safety and Motor Vehicles"<br><br>   Mail payment to: DHSMV, Motorist Services- **D.A.V.I.D** Audits<br><br>            2900 Apalachee Parkway, MS 78<br><br>            Tallahassee, FL 32399-0500<br><br>-**Credit Card:**  Call the Data Listing Unit at 850-617-2805 | $19.08 | 19.08 |
| | SUBTOTAL | | |
| | LESS ESTIMATE | | |
| | TOTAL | | $19.08 |

PAID IN FULL

**MAKE ALL CHECKS PAYABLE TO FLORIDA DIVISION OF MOTORIST SERVICES**

**THANK YOU FOR YOUR BUSINESS!**

Department of Highway Safety and Motor Vehicles

2900 APALACHEE PKWY A234 TALLAHASSEE FL 32399

Payment Receipt

Date: Apr 17, 2025 8:54 AM EDT

Customer Name:

Amount: $19.08

Confirmation#: 207871038

X: _____

Mission : Providing Highway Safety and Security through Excellence in Service, Education and Enforcement. Please let us know how we are doing via our online customer service survey at
http://www.flhsmv.gov/

**STATE OF FLORIDA**
Department of Highway Safety & Motor Vehicles
**Driver And Vehicle Information Database**

DANIEL BENJAMIN FLEISCHMAN (Customer Name)
**Driver License Number: F425162821610**
**Date Range: 10/14/2023 - 04/14/2025**

| Full Name | Agency | Time Accessed (Eastern Time) | Purpose Code | Page Viewed |
|---|---|---|---|---|
| Tina Faye Wyant | | | | |
| Tina.Wyant@lakelandgov.net | | | | |
| (863) 834-8943 | | | | |
| Rebecca Jean-Gilles | Lakeland Police Department | 04/12/2024 02:57:31 PM | 036 - Verify Identity | Record Detail |
| Rebecca Jean-Gilles | Lakeland Police Department | 04/12/2024 02:57:31 PM | 036 - Verify Identity | Vehicles |
| Hughlan Bennett | | | | |
| Hughlan.Bennett@myflfamilies.com | | | | |
| (352) 681-2029 | | | | |
| Robert Watts | Florida Department of Children and Families | 05/30/2024 09:08:57 AM | 004 - Child or Adult Protective Services | Record Detail |
| Robert Watts | Florida Department of Children and Families | 05/30/2024 09:08:57 AM | 004 - Child or Adult Protective Services | Vehicles |
| Robert Watts | Florida Department of Children and Families | 05/30/2024 09:09:53 AM | 004 - Child or Adult Protective Services | Driver History |
| Tina Faye Wyant | | | | |
| Tina.Wyant@lakelandgov.net | | | | |
| (863) 834-8943 | | | | |
| Cheyenne Cheshire | Lakeland Police Department | 05/30/2024 06:17:57 PM | 013 - Dispatch, CFS #829 | Record Detail |
| Cheyenne Cheshire | Lakeland Police Department | 05/30/2024 06:17:57 PM | 013 - Dispatch, CFS #829 | Vehicles |
| Hughlan Bennett | | | | |
| Hughlan.Bennett@myflfamilies.com | | | | |
| (352) 681-2029 | | | | |
| Jennifer Ramirez | Florida Department of Children and Families | 06/01/2024 01:40:16 PM | 004 - Child or Adult Protective Services | Record Detail |
| Jennifer Ramirez | Florida Department of Children and Families | 06/01/2024 01:40:16 PM | 004 - Child or Adult Protective Services | Vehicles |
| Jennifer Ramirez | Florida Department of Children and Families | 06/01/2024 01:40:31 PM | 004 - Child or Adult Protective Services | Photo and Signature Array |
| Jennifer Ramirez | Florida Department of Children and Families | 06/01/2024 01:40:43 PM | 004 - Child or Adult Protective Services | Addresses |
| Hughlan Bennett | | | | |
| Hughlan.Bennett@myflfamilies.com | | | | |
| (352) 681-2029 | | | | |
| shannon L forgit | Florida Department of Children and Families [ Central Region ] | 06/07/2024 02:52:25 PM | 004 - Child or Adult Protective Services | Record Detail |
| shannon L forgit | Florida Department of Children and Families [ Central Region ] | 06/07/2024 02:52:26 PM | 004 - Child or Adult Protective Services | Vehicles |
| shannon L forgit | Florida Department of Children and Families [ Central Region ] | 06/07/2024 02:52:27 PM | 004 - Child or Adult Protective Services | Addresses |
| shannon L forgit | Florida Department of Children and Families [ Central Region ] | 06/07/2024 02:53:05 PM | 004 - Child or Adult Protective Services | Prior Vehicles |
| Tina Faye Wyant | | | | |
| Tina.Wyant@lakelandgov.net | | | | |
| (863) 834-8943 | | | | |
| Brittney Thomas | Lakeland Police Department | 07/25/2024 06:32:46 PM | 012 - Customer Inquiry | Record Detail |
| Brittney Thomas | Lakeland Police Department | 07/25/2024 06:32:47 PM | 012 - Customer Inquiry | Vehicles |
| HOROLEN MONT-ROS | | | | |
| HMont-Ros@polksheriff.org | | | | |
| (863) 298-6266 | | | | |

| | | | | |
|---|---|---|---|---|
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:27:52 PM | 036 - Verify Identity | Record Detail |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:27:53 PM | 036 - Verify Identity | Vehicles |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:28:01 PM | 036 - Verify Identity | Display DL Scanned Document |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:28:01 PM | 036 - Verify Identity | Display DL Scanned Document |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:29:47 PM | 036 - Verify Identity | Record Detail |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:29:48 PM | 036 - Verify Identity | Vehicles |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:29:53 PM | 036 - Verify Identity | Record Detail |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 03:29:53 PM | 036 - Verify Identity | Vehicles |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 04:29:48 PM | 036 - Verify Identity | Record Detail |
| Leanna Christine Austin | Polk County Sheriff's Office | 10/02/2024 04:29:48 PM | 036 - Verify Identity | Vehicles |
| Shaun Walliser | Polk County Sheriff's Office | 11/29/2024 01:46:54 PM | 033 - Traffic Related Inquiry | Record Detail |
| Shaun Walliser | Polk County Sheriff's Office | 11/29/2024 01:46:55 PM | 033 - Traffic Related Inquiry | Vehicles |
| Shaun Walliser | Polk County Sheriff's Office | 01/10/2025 09:12:47 AM | 033 - Traffic Related Inquiry | Record Detail |
| Shaun Walliser | Polk County Sheriff's Office | 01/10/2025 09:12:48 AM | 033 - Traffic Related Inquiry | Vehicles |
| Shaun Walliser | Polk County Sheriff's Office | 01/10/2025 09:13:53 AM | 033 - Traffic Related Inquiry | Driver History |
| | | | | |
| Cody Malander | | | | |
| cmalander@mytreasureisland.org | | | | |
| (727) 547-4592 | | | | |
| Kyle Brodeur | Treasure Island Police Department | 01/11/2025 02:02:22 PM | 036 - Verify Identity | Record Detail |
| Kyle Brodeur | Treasure Island Police Department | 01/11/2025 02:02:23 PM | 036 - Verify Identity | Vehicles |
| Kyle Brodeur | Treasure Island Police Department | 01/11/2025 02:02:26 PM | 036 - Verify Identity | Driver History |
| | | | | |
| CAREN MICHELLE HOLLOWAY | | | | |
| CHOLLOWAY@SUMTERCOUNTYSHERIFF.ORG | | |  | |
| (352) 793-2621 | | | | |
| sara jan mcghee | Sumter County Sheriff's Office | 04/02/2025 02:15:55 PM | 036 - Verify Identity, 2025DR2205 | Record Detail |
| sara jan mcghee | Sumter County Sheriff's Office | 04/02/2025 02:15:57 PM | 036 - Verify Identity, 2025DR2205 | Vehicles |
| sara jan mcghee | Sumter County Sheriff's Office | 04/02/2025 02:15:59 PM | 036 - Verify Identity, 2025DR2205 | Record Detail |

All questions as to who or why this record was inquired on should be directed to the appropriate agency contact listed above the agency queries. Information not subject to disclosure and specifically exempted from the requirements of Section 119.07(1), Florida Statutes may have been omitted from this report. DHSMV is not at liberty to discuss this further and cannot confirm or deny whether such information has been omitted.



Dave Kerner
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

May 5, 2026

Daniel Benjamin Fleischman
operationreunification@gmail.com

Re: Public Record Request: P949956-040926
Search Type: Driver License
Request Date: April 9, 2022 – October 14, 2023 and April 14, 2025 – April 9, 2026

Greetings:

Attached are the results for your above referenced Public Records Request. Enclosed is the payment receipt. As stated on the last page of the report, if you have any questions, as to who or why your record was inquired upon, please contact the agency's representatives listed above each agency.

Sincerely,

*Deborah D. Taylor*

MS-Business Consultant II
Bureau of Records
DAVIDPublicRecordRequest@flhsmv.gov



**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

Dave Kerner
Interim Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

| Department of Highway Safety & Motor Vehicles | INVOICE |
|---|---|

**Division of Motorist Services**
*Bureau of Records, D.A.V.I.D Audits*

DATE: MAY 5, 2026

2900 Apalachee Parkway, MS78
Tallahassee, Florida 32399-0500
Phone 850-617-2805 Fax 850-617-3926

To: Daniel Benjamin Fleischman
Ref: P949956-040926

| EMPLOYEE | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| DT | Public Records Request | CK/MO/CC | Upon receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| ½ + | Record Search ($19.08 per hour) First ½ Hour Free (1 hr.) | $19.08 | $0.00 |
| .50 | Folder Setup and Audit | | $9.54 |
| .50 | Sort and entered agency info | | $9.54 |
| .50 | Setup Release Request | | $9.54 |
| .50 | Release Request to Agencies | | $9.54 |

Payment for report options are as follows:

-Check/Money order:

Make payable to:
Florida Division of Motorist Services

Mail payment to:
DHSMV, Motorist Services – D.A.V.I.D Audits

2900 Apalachee Parkway, MS 78

Tallahassee, FL 32399-0500

-Credit Card: Call the Data Listing Unit at 850-617-2805

| | Subtotal | $38.16 |
|---|---|---|
| | Less estimate | $38.16 |
| | Total | $0.00 |

*Service • Integrity • Courtesy • Professionalism • Innovation • Excellence*
An Equal Opportunity Employer

| Agency | Time Accessed (Eastern Time) | Purpose Code |
|---|---|---|
| | | |
| | | |
| Polk County Sheriff's Office | 05/19/2022 01:42:02 PM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 05/19/2022 01:42:03 PM | 033 - Traffic Related Inquiry |
| | | |
| | | |
| Florida Department of Children and Families [ Central Region ] | 10/17/2022 12:32:15 PM | 004 - Child or Adult Protective Se |
| Florida Department of Children and Families [ Central Region ] | 10/17/2022 12:32:16 PM | 004 - Child or Adult Protective Se |
| Florida Department of Children and Families [ Central Region ] | 10/18/2022 09:31:12 PM | 004 - Child or Adult Protective Se |
| Florida Department of Children and Families [ Central Region ] | 10/18/2022 09:31:12 PM | 004 - Child or Adult Protective Se |
| Florida Department of Children and Families [ Central Region ] | 10/18/2022 09:31:16 PM | 004 - Child or Adult Protective Se |
| Florida Department of Children and Families [ Central Region ] | 10/18/2022 09:31:19 PM | 004 - Child or Adult Protective Se |
| | | |
| | | |
| Polk County Sheriff's Office [ Detention ] | 11/09/2022 09:35:52 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 11/09/2022 09:35:53 AM | 008 - Court Purposes |
| | | |
| | | |
| Polk County Sheriff's Office | 11/25/2022 10:41:14 PM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 11/25/2022 10:41:15 PM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 11/25/2022 10:41:22 PM | 033 - Traffic Related Inquiry |
| | | |
| | | |
| Polk County Sheriff's Office [ Detention ] | 12/20/2022 04:06:23 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 12/20/2022 04:06:24 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 12/20/2022 04:07:46 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 12/20/2022 04:07:46 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 12/20/2022 04:07:47 PM | 008 - Court Purposes |

| | | |
|---|---|---|
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 09:43:17 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 09:43:18 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 09:43:46 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 09:57:11 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 09:58:02 AM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/05/2023 10:01:26 AM | 008 - Court Purposes |
| | | |
| | | |
| | | |
| | | |
| Lakeland Police Department | 01/12/2023 09:19:08 AM | 033 - Traffic Related Inquiry |
| Lakeland Police Department | 01/12/2023 09:19:09 AM | 033 - Traffic Related Inquiry |
| | | |
| | | |
| | | |
| | | |
| Polk County Sheriff's Office [ Detention ] | 01/23/2023 03:46:33 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/23/2023 03:46:36 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 01/23/2023 03:47:39 PM | 008 - Court Purposes |
| | | |
| | | |
| | | |
| Polk County Sheriff's Office [ West Division ] | 02/01/2023 09:24:16 AM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office [ West Division ] | 02/01/2023 09:24:21 AM | 033 - Traffic Related Inquiry |
| | | |
| | | |
| | | |
| Orange County Sheriff's Office | 03/09/2023 11:28:55 PM | 011 - Criminal Investigation |
| Orange County Sheriff's Office | 03/09/2023 11:28:55 PM | 011 - Criminal Investigation |
| Orange County Sheriff's Office | 03/09/2023 11:29:35 PM | 011 - Criminal Investigation |
| Orange County Sheriff's Office | 03/09/2023 11:30:43 PM | 011 - Criminal Investigation |
| Orange County Sheriff's Office | 03/09/2023 11:30:46 PM | 011 - Criminal Investigation |
| | | |
| | | |
| | | |
| Lakeland Police Department | 08/14/2023 09:33:17 AM | 036 - Verify Identity |
| Lakeland Police Department | 08/14/2023 09:33:17 AM | 036 - Verify Identity |

| | | |
|---|---|---|
| | 07/25/2025 10:33:34 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/25/2025 10:33:35 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/25/2025 10:37:52 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/25/2025 10:37:53 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/25/2025 10:51:21 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/25/2025 10:51:21 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 07/29/2025 11:38:38 AM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 07/29/2025 11:38:39 AM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 07/29/2025 11:38:39 AM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | 07/29/2025 11:38:40 AM | 033 - Traffic Related Inquiry |
| Polk County Sheriff's Office | | |
| | | |
| | | |
| | 08/04/2025 04:55:36 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | 08/04/2025 04:55:37 PM | 008 - Court Purposes |
| Polk County Sheriff's Office [ Detention ] | | |
| | | |
| | | |
| | 08/07/2025 04:10:21 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 04:10:21 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 04:11:01 PM | 011 - Criminal Investigation |
| Polk County Sheriff's Office | 08/07/2025 04:11:02 PM | 011 - Criminal Investigation |
| Polk County Sheriff's Office | | |
| | | |
| | | |
| | 08/07/2025 04:14:52 PM | 027 - Response to Calls for Assis |
| Polk County Sheriff's Office [ Criminal Investigations Division ] | 08/07/2025 04:14:52 PM | 027 - Response to Calls for Assis |
| Polk County Sheriff's Office [ Criminal Investigations Division ] | 08/07/2025 04:24:27 PM | 027 - Response to Calls for Assis |
| Polk County Sheriff's Office [ Criminal Investigations Division ] | 08/07/2025 04:24:27 PM | 027 - Response to Calls for Assis |
| Polk County Sheriff's Office [ Criminal Investigations Division ] | | |
| | | |
| | | |
| | 08/07/2025 05:54:15 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 05:54:16 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 05:54:23 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 05:54:32 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 08:11:04 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/07/2025 08:11:05 PM | 036 - Verify Identity |
| Polk County Sheriff's Office | | |

| | | |
|---|---|---|
| State Attorney Office 10th Judicial Circuit | 08/08/2025 10:45:45 AM | 008 - Court Purposes, invest |
| State Attorney Office 10th Judicial Circuit | 08/08/2025 10:45:45 AM | 008 - Court Purposes, invest |
| State Attorney Office 10th Judicial Circuit | 08/08/2025 10:46:01 AM | 008 - Court Purposes, invest |
| | | |
| | | |
| | | |
| Polk County Sheriff's Office | 08/11/2025 09:11:47 AM | 036 - Verify Identity |
| Polk County Sheriff's Office | 08/11/2025 09:11:49 AM | 036 - Verify Identity |
| | | |
| | | |
| | | |
| Florida Department of Law Enforcement [ FDLE - Tampa Regional Operations Center ] | 09/22/2025 11:28:33 AM | 011 - Criminal Investigation, TM-7 |
| Florida Department of Law Enforcement [ FDLE - Tampa Regional Operations Center ] | 09/22/2025 11:28:34 AM | 011 - Criminal Investigation, TM-7 |

JS

record was inquired on should be directed to the appropriate agency contact listed above the agency queries. Information not subject to disclosure and specifically exempted from 1), Florida Statutes may have been omitted from this report. DHSMV is not at liberty to discuss this further and cannot confirm or deny whether such information has been omitted.

Department of Highway Safety and Motor Vehicles

2900 APALACHEE PKWY A234 TALLAHASSEE FL 32399

Payment Receipt

Date: Apr 16, 2026 3:37 PM EDT

Customer Name:

Amount: $38.16

Confirmation#: 269495320

X: _____

Mission : Providing Highway Safety and Security through Excellence in Service, Education and Enforcement. Please let us know how we are doing via our online customer service survey at
http://www.flhsmv.gov/

Case No. 8:25-cv-03229-JLB-CPT

*Fleischman v. Polk County Clerk of Court*

Plaintiff's Notice of Supplemental Evidence

(Filed May 12, 2026)

# EXHIBIT 4

## Sumter County Sheriff's Benevolent Fund Payment Receipt

*(1 pages)*

Clover-platform online receipt dated April 2, 2025, 11:18 a.m.: $1,500.00 charge to "SUMTER CTY SHERIFF BENEV," 1010 N Main Street, Bushnell, FL 33513, telephone (727) 641-9077, paid by Visa ending in 2268, Payment ID 747649C1ZSRKY, Auth ID 012081, Reference ID 509200500347, method recorded as "TELEPHONE ORDER." Same calendar date as the McGhee DAVID entries identified in Exhibit 3. Offered solely as preservation and provenance evidence. Authenticated by § 1746 Declaration of Plaintiff. Cited at § III.B of the Notice.



# SUMTER CTY SHERIFF BENEV

### 1010 N MAIN STREET
### BUSHNELL, FL 33513
### +1 727-641-9077

| | |
|---|---|
| **Subtotal** | **$1,500.00** |
| Total Taxes | $0.00 |

**Total**   **$ 1,500 00**

## PAYMENT ID: 747649C1ZSRKY

Hide Details

Card: Visa 2268
April 02, 2025, 11:18 AM
Method: TELEPHONE ORDER
Auth ID: 012081
Reference ID: 509200500347
Authorizing Network: VISA

| DATE | VISA |
|---|---|
| April 02, 2025 11:18 am | **VISA** 2268 |

View the Privacy Policies for
Clover